AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  11 October 2006 |
| NAME OF SERVER (PRINT)  Jason D. Wallach | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified mail

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL  0 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11 October 2006      /s/ Jason D. Wallach
             Date                   Signature of Server

             1825 Eye St., NW
             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Edward F. Reilly, Jr., Chairman
   United States Parole Commission
   5550 Friendship Blvd., Suite 420
   Chevy Chase, MD 20815-7286

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X [signature]  ☐ Agent  ☐ Addressee
- B. Received by (Printed Name)
- C. Date of Delivery: 9/28/06
- D. Is delivery address different from item 1? ☐ Yes  ☐ No

[Postmark: BETHESDA, MD BCC ANNEX, SEP 28]

3. Service Type: ☐ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0003 7210 8122

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

## Receipt 2

Article Addressed to:

Cranston J. Mitchell, Commissioner
United States Parole Commission
5550 Friendship Blvd., Suite 420
Chevy Chase, MD 20815

[Signature, postmark BETHESDA, MD BCC ANNEX, SEP 28]

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Isaac Fulwood, Jr, Commissioner
   U.S. Parole Commission
   5550 Friendship Blvd., Suite 420
   Chevy Chase, MD 20815

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X [signature]  ☐ Agent  ☐ Addressee
- B. Received by (Printed Name)
- C. Date of Delivery: 9/28/06
- D. Is delivery address different from item 1? ☐ Yes  ☐ No

[Postmark: BETHESDA, MD BCC ANNEX, SEP 28]

3. Service Type: ☐ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0003 7210 8160

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

## Receipt 4

Article Addressed to:

Deborah A. Spagnoli, Commissioner
United States Parole Commission
5550 Friendship Blvd., Suite 420
Chevy Chase, MD 20815

[Signature, postmark BETHESDA, MD BCC ANNEX, SEP 28]

## Receipt 5

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Patricia K. Cushwa, Commissioner
   U.S. Parole Commission
   5550 Friendship Blvd., Suite 420
   Chevy Chase, MD 20815

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X [signature]  ☐ Agent  ☐ Addressee
- B. Received by (Printed Name)
- C. Date of Delivery: 9/28/06
- D. Is delivery address different from item 1? ☐ Yes  ☐ No

[Postmark: BETHESDA, MD BCC ANNEX, SEP 28]

3. Service Type: ☐ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0003 7210 8153

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney for the
   District of Columbia
   555 4th Street, NW
   Washington, DC  20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Daniel L Parker_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
OCT 0 2 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No
   _Daniel L Parker_
   OCT 0 2 2006

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 0100 0003 7210 8177

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Civil Process Clerk
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC  20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Daniel L Parker_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
OCT 0 2 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 0100 0003 7210 8184

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540