IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TONY R. SELLMON<br>Fed. Reg. No: 11630-007<br>FCI Cumberland<br>Federal Correctional<br>Institution<br>P.O. Box 1000<br>Cumberland, MD 21501<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EDWARD F. REILLY, Jr.,<br>Chairman of the United<br>States Parole Commission,<br><br>CRANSTON J. MITCHELL,<br>Commissioner of the United<br>States Parole Commission,<br><br>DEBORAH A. SPAGNOLI,<br>Commissioner of the United<br>States Parole Commission,<br><br>PATRICIA K. CUSHWA,<br>Commissioner of the United<br>States Parole Commission,<br><br>and<br><br>ISSAC FULWOOD, Jr.,<br>Commissioner of the United<br>States Parole Commission<br><br>UNITED STATES<br>PAROLE COMMISSION<br>5550 Friendship Boulevard<br>Suite 420<br>Chevy Chase, MD 20815-7286<br><br>　　　　　Defendants. | Civil Action No. 06-1650 (ESH) |

**NOTICE OF APPEARANCE**

    The Clerk of the Court will please enter the appearance of Diane M. Sullivan, Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

                                         Respectfully submitted,

                                         ___/s/_____  
                                         DIANE M. SULLIVAN, D.C. Bar #12765  
                                         Assistant United States Attorney  
                                         555 Fourth Street, N.W.  
                                         Room E4919  
                                         Washington, D.C.  20530  
                                         (202)514-7205