IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TONY R. SELLMON, ) | |
|         Plaintiff, ) | |
|    v. ) | Civil Action No. 06-1650 (ESH) |
| EDWARD F. REILLY, Jr., ) Chairman of the United ) States Parole Commission, ) et al. ) | |
|         Defendants. ) | |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

The defendants, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time up to and including January 17, 2006 to answer the Amended Complaint.

The answer to the original Complaint is due December 12, 2006. On November 15, 2006, plaintiff filed an Amended Complaint adding five plaintiff's. While there are some common issues of law, the addition of five plaintiff's creates essentially five additional lawsuits because of the factual differences between the plaintiff's who are also incarcerated at different locations. The defendants will need additional time and hopes to answer the Amended Complaint and anticipates that it can answer by January 17, 2007.

Plaintiff consents to this request for an extension of time.

Wherefore, it is respectfully requested that the defendants have up to and including January 17, 2007 to answer the Amended Complaint.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


\_\_/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205