IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
DEC 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TONY SELLMON, et. al., )
)
   Plaintiffs, )
)
v. ) Civil No.: 1:06-cv-01650-ESH
)
UNITED STATES, et. al., )
)
   Defendants. )

## MOTION TO INTERVENE

COMES NOW movant Troy A.X Martin, DCDC 205-170, Reg. No. 18918-083, acting pro-se, on this 12th day of December 2006. Respectfully moving this court pursuant to Federal Rules of Civil Procedure (FRCP), Rule 24(b) to intervene in the foregoing class action.

The party herein shares the same issues relating to the transactions and occurrences in the present class action complaint in that, defendant United States Parole Commission (USPC) violated statutory enactments of the D.C. Code, and enhancing statutory indeterminate minimum sentencing range for time to be served before becoming suitable for parole through, standards, policies, regulations and provisions adopted and or enacted pursuant to D.C. Code 24-1231(a) of the National Capital Revitalization and Self-Government Improvement Act of 1997, (section 11231; Public Law 105-33), and denying movant the right to appeal its parole decisions. Whereby, this class is being denied constitutional guarantees in the defendant's acts and omissions in violation of Ex Post Facto, Fourteenth Amendment of the United States Constitution. This movant seeks compensatory and punitive damages in the amount demanded in the original complaint and injunctive relief is sought as a class member.

Dated: December 12, 2006.

Respectfully submitted,

_____
Troy A.X Martin
DCDC 205-170
Reg. No. 18918-083

## CERTIFICATE OF SERVICE

I do certify on this 12th day of December 2006, the original and two (2) copies of the foregoing Motion to Intervene pursuant to Rule 5(e) of the Federal Rules of Civil Procedure, was served by first class mail, postage prepaid, to the Office of the Clerk, United States District Court for the District of Columbia, at 333 Constitution Avenue, Northwest, Washington, D.C. 20001.

Respectfully submitted,

_____
Troy A.X Martin
DCDC 205-170
Reg. No. 18918-083
USP Lee
P.O. Box 305
Jonesville, VA 24263

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TONY SELLMON, et. al., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No.: 1:06-cv-01650-ESH |
| UNITED STATES, et. al., | ) ) ) |
| Defendants. | ) |

**ORDER**

UPON DULY CONSIDERATION TO THE MOTION TO INTERVENE PURSUANT TO RULE 7(b) of Federal Rules of Civil Procedure,

it is this ____ day of _____, 2006, HEREBY ADJUDGED AND GRANTED.

_____
UNITED STATES DISTRICT COURT JUDGE