IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
TONY R. SELLMON, et al.,       )
                               )
          Plaintiffs,          )
                               )
     v.                        )  Civil Action No. 06-1650 (ESH)
                               )
EDWARD F. REILLY, Jr.,         )
Chairman of the United         )
States Parole Commission,      )
et al.,                        )
                               )
          Defendants.          )
                               )
_____)
```

**MOTION FOR AN ENLARGEMENT OF TIME**

    The defendants, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, move to respond to the motion to intervene by filed by Troy A.X. Martin, pro se, up to and including January 24, 2007.

    Mr. Troy filed his motion while counsel was out of the office on "use or lose" leave during the holidays. Counsel has numerous substantive pleadings due and five depositions in the next two weeks. The answer to the complaint is not due until January 17, 2007. Moreover, contrary to Mr. Troy's assertion in his motion to intervene, this is not a class-action.

    The prospective intervenor, Mr. Troy, was not contacted because he is presently incarcerated at a federal correctional institution in Jonesville, Virginia.

Wherefore, it respectfully requested that the defendants have up to and including January 24, 2007 to file an opposition to the motion to intervene.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205