IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TONY R. SELLMON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDWARD F. REILLY, Jr., <br> Chairman of the United <br> States Parole Commission, <br> et al., <br><br> Defendants. | Civil Action No. 06-1650(ESH) |

**UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

The defendants, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, move the Court for an enlargement of time to answer the complaint and to respond to the motion to intervene up to and including January 30, 2007.

Agency counsel, who has been gathering the records of the plaintiffs from the various institutions, had a death in the family this week and the funeral is next week. The Assistant U.S. Attorney and agency counsel have rescheduled their meeting to review the files and prepare an answer for January 22, 2007. Counsel for the defendants requests an additional week to finalize an answer and prepare a response to the motion to intervene.

Plaintiffs' counsel has no objection to this motion. The prospective intervenor was not contacted because he is presently incarcerated.

Wherefore, it is respectfully requested that the defendants have up to and including January 30, 2007 to answer and to respond to the motion to intervene.

>Respectfully submitted,
>
>\_\_/s/_____
>JEFFREY A. TAYLOR, D.C. BAR # 498610
>United States Attorney
>
>\_\_/s/_____
>RUDOLPH CONTRERAS, D.C. BAR # 434122
>Assistant United States Attorney
>
>\_\_/s/_____
>DIANE M. SULLIVAN, D. C. BAR # 12765
>Assistant United States Attorney
>Judiciary Center Building
>555 Fourth Street, N.W.
>Room E4919
>Washington, D.C. 20530
>(202) 514-7205