RECEIVED
JAN 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DARU SWINTON,                    *
    Plaintiff,
-v-                              *  Civil No.:1:06-cv-01650-ESH
                                 *
UNITED STATES,                   *
    Defendants                   *

## MOTION TO INTERVENE

Comes now movant, Daru Swinton, pro se, on this day of January 12, 2007, respectfully moves this Court pursuant to Federal Rules of Civil Procedure Rule 24(b) to intervene in the foregoing class action.

The party herein shares the same issues relating to the transactions and occurences in the present class action complaint in that, the defendant United States Parole Commission violated statutory enactments of the D.C. Code, and enhancing statutory indeterminate minimum sentencing range for time to be served before becoming suitable for parole through, standards, policies, regulations and provisions adopted and or enacted pursuant to D.C. Code 24-1231(a) of the National Capital Revitalization and Self-Government Improvement Act of 1997, (section 11231; Public Law 105-33), and denying movant the right

to appeal its parole decisions. Whereby, this class is being denied constitutional gurantees in the defendant's acts and omissions in violation of Ex Post Facto, Fourteenth Amendment of the United States Constitution. This movant seeks compensatory and punitive damages in the amount demanded in the original complaint and injuctive relief is sought as a class member.

                                           Respectfully Submitted,

                                           DARU SWINTON, Pro-se
                                           #48752-053
                                           USP LEWISBURG
                                           P.O. BOX 1000
                                           LEWISBURG, PA. 17837

## CERTIFICATE FO SERVICE

    I, Daru Swinton, do certify on this 12th day of January 2007, the original and two (2) copies of the foregoing Motion To Intervene pursuant to Rule 5(e) of the Federal Rules of Civil Procedure, was served by first class mail, postage prepaid, to the Office of the Clerk, United States District Court for the District of Columbia, at 333 Constitution Avenue, Northwest, Washington, D.C. 20001.

                                           Respectfully Submitted,

                                           DARU SWINTON, Pro-Se
                                           #48752-053
                                           USP LEWISBURG P.O. BOX 1000
                                           LEWISBURG, PA. 17837