# United States District Court

FOR THE _____ DISTRICT OF _____ COLUMBIA _____

| | |
|---|---|
| DARU SWINTON,<br>    PLAINTIFF,<br><br>V.<br><br>UNITED STATES,<br>    DEFENDANT. | APPLICATION TO PROCEED IN<br>FORMA PAUPERIS, SUPPORTING<br>DOCUMENTATION AND ORDER<br><br>CASE NUMBER:<br>    Civil No.: <u>1:06-cv- 01650-ESH</u> |

I, _____ DARU SWINTON  48752-053 _____, declare that I am the *(check appropriate box)*

[X] petitioner/plaintiff          [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant       [ ] _____
                                          *other*

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

<u>"MOTION TO INTERVENE"</u>

*[STAMP: U.S. PENITENTIARY LEWISBURG, PA 17837 — JAN 11 2007 — RECEIVED ACCOUNTING DEPARTMENT]*

In further support of this application, I answer the following questions.

1. Are you presently employed?                                    Yes [ ]    No [X]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)




   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
                                       I have been incarcerated for the last ten years.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment          Yes [ ]    No [X]
   b. Rent payments, interest or dividends?                           Yes [ ]    No [X]
   c. Pensions, annuities or life insurance payments?                 Yes [ ]    No [X]
   d. Gifts or inheritances?                                           Yes [ ]    No [X]
   e. Any other sources?                                               Yes [ ]    No [X]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   NONE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___JANUARY 12th, 2007___          _____
                    (Date)                          Signature of Applicant

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ __64.64__ on account to his credit at the __United States Penitentiary, Lewisburg, Pennsylvania__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: __N/A__

I further certify that during the last six months the applicant's average balance was $ __40.32__

__A. Nemchick, Acctg. Technician__
Authorized Officer of Institution

## ORDER OF COURT

The application is hereby denied

The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

_____  _____        _____  _____
   United States Judge     Date             United States Judge    Date
                                              or Magistrate

A05-0095

Date: 01/12/2007
Time: 11:50:19 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Start Date: 07/01/2006
End Date: 01/12/2007
Inmate Reg#: 48752053
Account Status: All
Institution: All

Facility: LEW

Case 1:06-cv-01650-ESH  Document 9-2  Filed 01/22/2007  Page 4 of 14

Date: 01/12/2007
Time: 11:50:20 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: LEW

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 48752053 | Living Quarters: | H01-111L |
| Inmate Name: | SWINTON, DARU | Arrived From: | |
| Current Site Name: | Lewisburg USP | Transferred To: | |
| Housing Unit: | UNIT 3 | Account Creation Date: | 8/8/2001 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| LEW | 07/03/2006 07:29:12 PM | ITS0703 | | | Phone Withdrawal | ($2.00) | | $2.59 |
| LEW | 07/04/2006 05:45:05 AM | 70161201 | | | Lockbox - CD | $50.00 | | $52.59 |
| LEW | 07/04/2006 09:06:35 PM | ITS0704 | | | Phone Withdrawal | ($2.00) | | $50.59 |
| LEW | 07/05/2006 08:28:13 PM | ITS0705 | | | Phone Withdrawal | ($2.00) | | $48.59 |
| LEW | 07/07/2006 09:08:21 PM | ITS0707 | | | Phone Withdrawal | ($3.00) | | $45.59 |
| LEW | 07/10/2006 05:17:45 AM | 70161503 | | | Lockbox - CD | $25.00 | | $70.59 |
| LEW | 07/10/2006 08:47:04 AM | FIPP0606 | | | Payroll - IPP | $21.60 | | $92.19 |
| LEW | 07/10/2006 04:32:44 PM | 37 | | | Sales | ($38.15) | | $54.04 |
| LEW | 07/11/2006 08:22:05 PM | ITS0711 | | | Phone Withdrawal | ($3.00) | | $51.04 |
| LEW | 07/11/2006 09:06:48 PM | ITS0711 | | | Phone Withdrawal | ($3.00) | | $48.04 |
| LEW | 07/13/2006 08:57:13 PM | ITS0713 | | | Phone Withdrawal | ($3.00) | | $45.04 |
| LEW | 07/14/2006 06:30:25 PM | ITS0714 | | | Phone Withdrawal | ($3.00) | | $42.04 |
| LEW | 07/16/2006 09:36:21 PM | ITS0716 | | | Phone Withdrawal | ($3.00) | | $39.04 |
| LEW | 07/17/2006 06:02:04 PM | 66 | | | Sales | ($7.40) | | $31.64 |
| LEW | 07/21/2006 05:20:49 AM | 70162401 | | | Lockbox - CD | $40.00 | | $71.64 |
| LEW | 07/21/2006 07:58:27 PM | ITS0721 | | | Phone Withdrawal | ($3.00) | | $68.64 |
| LEW | 07/23/2006 08:58:16 PM | ITS0723 | | | Phone Withdrawal | ($2.00) | | $66.64 |
| LEW | 07/23/2006 09:39:59 PM | ITS0723 | | | Phone Withdrawal | ($4.00) | | $62.64 |
| LEW | 07/24/2006 06:07:48 PM | 90 | | | Sales | ($30.40) | | $32.24 |
| LEW | 07/25/2006 08:19:16 PM | ITS0725 | | | Phone Withdrawal | ($3.00) | | $29.24 |
| LEW | 07/28/2006 09:36:59 PM | ITS0728 | | | Phone Withdrawal | ($2.00) | | $27.24 |
| LEW | 07/29/2006 08:46:51 PM | ITS0729 | | | Phone Withdrawal | ($3.00) | | $24.24 |
| LEW | 07/29/2006 09:41:11 PM | ITS0729 | | | Phone Withdrawal | ($1.00) | | $23.24 |
| LEW | 07/31/2006 05:28:48 PM | 66 | | | Sales | ($10.60) | | $12.64 |
| LEW | 08/04/2006 01:37:26 PM | FIPP0706 | | | Payroll - IPP | $22.32 | | $34.96 |
| LEW | 08/06/2006 08:55:30 PM | ITS0806 | | | Phone Withdrawal | ($2.00) | | $32.96 |
| LEW | 08/07/2006 05:31:10 PM | 57 | | | Sales | ($16.50) | | $16.46 |
| LEW | 08/08/2006 05:55:52 AM | 70163601 | | | Lockbox - CD | $100.00 | | $116.46 |
| LEW | 08/09/2006 07:45:14 PM | ITS0809 | | | Phone Withdrawal | ($3.00) | | $113.46 |
| LEW | 08/09/2006 08:38:25 PM | ITS0809 | | | Phone Withdrawal | ($3.00) | | $110.46 |

Page 2

Case 1:06-cv-01650-ESH    Document 9-2    Filed 01/22/2007    Page 6 of 14

Date: 01/12/2007
Time: 11:50:22 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: LEW

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 48752053 | Living Quarters: | H01-111L |
| Inmate Name: | SWINTON, DARU | Arrived From: | |
| Current Site Name: | Lewisburg USP | Transferred To: | |
| Housing Unit: | UNIT 3 | Account Creation Date: | 8/8/2001 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|
| LEW | 08/11/2006 08:37:17 PM | ITS0811 | | Phone Withdrawal | ($3.00) | | $107.46 |
| LEW | 08/12/2006 09:49:42 PM | ITS0812 | | Phone Withdrawal | ($2.00) | | $105.46 |
| LEW | 08/13/2006 09:08:10 PM | ITS0813 | | Phone Withdrawal | ($3.00) | | $102.46 |
| LEW | 08/14/2006 04:52:24 PM | 9 | | Sales | ($24.65) | | $77.81 |
| LEW | 08/18/2006 09:19:53 PM | ITS0818 | | Phone Withdrawal | ($3.00) | | $74.81 |
| LEW | 08/19/2006 09:46:52 PM | ITS0819 | | Phone Withdrawal | ($3.00) | | $71.81 |
| LEW | 08/20/2006 08:54:59 PM | ITS0820 | | Phone Withdrawal | ($3.00) | | $68.81 |
| LEW | 08/21/2006 05:10:59 PM | 50 | | Sales | ($19.75) | | $49.06 |
| LEW | 08/22/2006 09:40:30 PM | ITS0822 | | Phone Withdrawal | ($3.00) | | $46.06 |
| LEW | 08/23/2006 09:48:20 PM | ITS0823 | | Phone Withdrawal | ($3.00) | | $43.06 |
| LEW | 08/25/2006 07:37:31 PM | ITS0825 | | Phone Withdrawal | ($2.00) | | $41.06 |
| LEW | 08/26/2006 08:46:18 PM | ITS0826 | | Phone Withdrawal | ($2.00) | | $39.06 |
| LEW | 08/27/2006 09:24:08 PM | ITS0827 | | Phone Withdrawal | ($2.00) | | $37.06 |
| LEW | 08/28/2006 05:01:22 PM | 38 | | Sales | ($10.05) | | $27.01 |
| LEW | 08/30/2006 09:12:24 PM | ITS0830 | | Phone Withdrawal | ($3.00) | | $24.01 |
| LEW | 09/01/2006 08:40:01 PM | ITS0901 | | Phone Withdrawal | ($3.00) | | $21.01 |
| LEW | 09/03/2006 09:20:45 PM | ITS0903 | | Phone Withdrawal | ($3.00) | | $18.01 |
| LEW | 09/04/2006 08:50:28 PM | ITS0904 | | Phone Withdrawal | ($3.00) | | $15.01 |
| LEW | 09/06/2006 09:14:30 PM | ITS0906 | | Phone Withdrawal | ($3.00) | | $12.01 |
| LEW | 09/07/2006 09:20:53 PM | ITS0907 | | Phone Withdrawal | ($3.00) | | $9.01 |
| LEW | 09/08/2006 01:25:28 PM | FIPP0806 | | Payroll - IPP | $22.32 | | $31.33 |
| LEW | 09/11/2006 09:36:01 PM | ITS0911 | | Phone Withdrawal | ($2.00) | | $29.33 |
| LEW | 09/14/2006 09:00:15 PM | ITS0914 | | Phone Withdrawal | ($2.00) | | $27.33 |
| LEW | 09/15/2006 08:59:04 PM | ITS0915 | | Phone Withdrawal | ($2.00) | | $25.33 |
| LEW | 09/18/2006 05:05:28 PM | 41 | | Sales | ($8.00) | | $17.33 |
| LEW | 09/18/2006 09:44:20 PM | ITS0918 | | Phone Withdrawal | ($2.00) | | $15.33 |
| LEW | 09/20/2006 08:23:13 PM | ITS0920 | | Phone Withdrawal | ($2.00) | | $13.33 |
| LEW | 09/22/2006 08:24:09 PM | ITS0922 | | Phone Withdrawal | ($2.00) | | $11.33 |
| LEW | 09/23/2006 08:13:48 PM | ITS0923 | | Phone Withdrawal | ($1.00) | | $10.33 |
| LEW | 10/01/2006 09:36:29 PM | ITS1001 | | Phone Withdrawal | ($2.00) | | $8.33 |

Date: 01/12/2007
Time: 11:50:22 am

Facility: LEW

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Sensitive But Unclassified

### General Information

Inmate Reg#:       48752053
Inmate Name:       SWINTON, DARU
Current Site Name: Lewisburg USP
Housing Unit:      UNIT 3

Living Quarters:       H01-111L
Arrived From:
Transferred To:
Account Creation Date: 8/8/2001

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| LEW | 10/04/2006 05:08:12 PM | 14 | | | Sales | ($5.90) | | $2.43 |
| LEW | 10/06/2006 05:35:01 AM | 70167801 | | | Lockbox - CD | $60.00 | | $62.43 |
| LEW | 10/06/2006 09:22:12 PM | ITS1006 | | | Phone Withdrawal | ($3.00) | | $59.43 |
| LEW | 10/07/2006 09:45:30 PM | ITS1007 | | | Phone Withdrawal | ($3.00) | | $56.43 |
| LEW | 10/08/2006 09:25:03 PM | ITS1008 | | | Phone Withdrawal | ($3.00) | | $53.43 |
| LEW | 10/09/2006 09:46:57 PM | ITS1009 | | | Phone Withdrawal | ($2.00) | | $51.43 |
| LEW | 10/10/2006 03:09:19 PM | GIPP0906 | | | Payroll - IPP | $21.60 | | $73.03 |
| LEW | 10/10/2006 08:22:56 PM | ITS1010 | | | Phone Withdrawal | ($3.00) | | $70.03 |
| LEW | 10/12/2006 05:26:25 PM | 27 | | | Sales | ($45.50) | | $24.53 |
| LEW | 10/15/2006 06:47:23 PM | ITS1015 | | | Phone Withdrawal | ($3.00) | | $21.53 |
| LEW | 10/18/2006 04:57:17 PM | 15 | | | Sales | ($12.65) | | $8.88 |
| LEW | 10/18/2006 05:34:02 PM | ITS1018 | | | Phone Withdrawal | ($2.00) | | $6.88 |
| LEW | 10/21/2006 09:04:14 PM | ITS1021 | | | Phone Withdrawal | ($2.00) | | $4.88 |
| LEW | 10/23/2006 08:37:53 PM | ITS1023 | | | Phone Withdrawal | ($2.00) | | $2.88 |
| LEW | 10/25/2006 05:25:55 AM | 70169001 | | | Lockbox - CD | $50.00 | | $52.88 |
| LEW | 10/25/2006 06:20:29 PM | 56 | | | Sales | ($12.50) | | $40.38 |
| LEW | 10/25/2006 09:05:00 PM | ITS1025 | | | Phone Withdrawal | ($3.00) | | $37.38 |
| LEW | 10/28/2006 08:58:55 PM | ITS1028 | | | Phone Withdrawal | ($3.00) | | $34.38 |
| LEW | 10/29/2006 04:55:23 PM | ITS1029 | | | Phone Withdrawal | ($3.00) | | $31.38 |
| LEW | 10/29/2006 07:32:13 PM | ITS1029 | | | Phone Withdrawal | ($3.00) | | $28.38 |
| LEW | 11/01/2006 05:59:08 PM | 42 | | | Sales | ($3.50) | | $24.88 |
| LEW | 11/01/2006 06:00:03 PM | 43 | | | Sales | ($0.65) | | $24.23 |
| LEW | 11/03/2006 08:31:13 PM | ITS1103 | | | Phone Withdrawal | ($2.00) | | $22.23 |
| LEW | 11/04/2006 07:09:34 PM | ITS1104 | | | Phone Withdrawal | ($3.00) | | $19.23 |
| LEW | 11/06/2006 02:53:22 PM | GIPP1006 | | | Payroll - IPP | $22.32 | | $41.55 |
| LEW | 11/08/2006 06:36:32 PM | 74 | | | Sales | ($15.85) | | $25.70 |
| LEW | 11/10/2006 05:48:14 PM | ITS1110 | | | Phone Withdrawal | ($3.00) | | $22.70 |
| LEW | 11/10/2006 08:02:25 PM | ITS1110 | | | Phone Withdrawal | ($2.00) | | $20.70 |
| LEW | 11/15/2006 06:00:47 PM | ITS1115 | | | Phone Withdrawal | ($1.00) | | $19.70 |
| LEW | 11/17/2006 06:05:29 PM | ITS1117 | | | Phone Withdrawal | ($2.00) | | $17.70 |

Date: 01/12/2007
Time: 11:50:22 am

Facility: LEW

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Sensitive But Unclassified

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 48752053 | Living Quarters: | H01-111L |
| Inmate Name: | SWINTON, DARU | Arrived From: | |
| Current Site Name: | Lewisburg USP | Transferred To: | |
| Housing Unit: | UNIT 3 | Account Creation Date: | 8/8/2001 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|
| LEW | 11/17/2006 08:38:56 PM | ITS1117 | | Phone Withdrawal | ($2.00) | | $15.70 |
| LEW | 11/19/2006 06:32:42 PM | ITS1119 | | Phone Withdrawal | ($3.00) | | $12.70 |
| LEW | 11/19/2006 08:55:46 PM | ITS1119 | | Phone Withdrawal | ($2.00) | | $10.70 |
| LEW | 11/22/2006 05:21:53 AM | 70171101 | | Lockbox - CD | $60.00 | | $70.70 |
| LEW | 11/22/2006 04:56:32 PM | 9 | | Sales | ($22.85) | | $47.85 |
| LEW | 11/22/2006 08:59:43 PM | ITS1122 | | Phone Withdrawal | ($3.00) | | $44.85 |
| LEW | 11/29/2006 04:43:54 PM | 11 | | Sales | ($25.55) | | $19.30 |
| LEW | 11/30/2006 05:17:23 PM | ITS1130 | | Phone Withdrawal | ($3.00) | | $16.30 |
| LEW | 11/30/2006 08:55:33 PM | ITS1130 | | Phone Withdrawal | ($3.00) | | $13.30 |
| LEW | 12/01/2006 07:05:14 PM | ITS1201 | | Phone Withdrawal | ($3.00) | | $10.30 |
| LEW | 12/02/2006 08:31:57 PM | ITS1202 | | Phone Withdrawal | ($2.00) | | $8.30 |
| LEW | 12/02/2006 09:27:08 PM | ITS1202 | | Phone Withdrawal | ($2.00) | | $6.30 |
| LEW | 12/04/2006 08:25:05 PM | ITS1204 | | Phone Withdrawal | ($2.00) | | $4.30 |
| LEW | 12/05/2006 08:41:51 PM | ITS1205 | | Phone Withdrawal | ($2.00) | | $2.30 |
| LEW | 12/10/2006 05:29:24 AM | 70172302 | | Lockbox - CD | $50.00 | | $52.30 |
| LEW | 12/10/2006 05:01:57 PM | ITS1210 | | Phone Withdrawal | ($3.00) | | $49.30 |
| LEW | 12/10/2006 08:07:07 PM | ITS1210 | | Phone Withdrawal | ($3.00) | | $46.30 |
| LEW | 12/11/2006 02:56:13 PM | GIPP1106 | | Payroll - IPP | $22.32 | | $68.62 |
| LEW | 12/11/2006 06:33:51 PM | ITS1211 | | Phone Withdrawal | ($3.00) | | $65.62 |
| LEW | 12/13/2006 06:18:56 PM | 61 | | Sales | ($23.70) | | $41.92 |
| LEW | 12/13/2006 07:02:06 PM | ITS1213 | | Phone Withdrawal | ($3.00) | | $38.92 |
| LEW | 12/14/2006 07:38:21 PM | ITS1214 | | Phone Withdrawal | ($3.00) | | $35.92 |
| LEW | 12/15/2006 05:16:47 PM | ITS1215 | | Phone Withdrawal | ($3.00) | | $32.92 |
| LEW | 12/15/2006 06:01:12 PM | ITS1215 | | Phone Withdrawal | ($7.00) | | $25.92 |
| LEW | 12/17/2006 08:39:38 PM | ITS1217 | | Phone Withdrawal | ($3.00) | | $22.92 |
| LEW | 12/19/2006 09:15:26 PM | ITS1219 | | Phone Withdrawal | ($2.00) | | $20.92 |
| LEW | 12/20/2006 04:43:58 PM | 7 | | Sales | ($6.95) | | $13.97 |
| LEW | 12/20/2006 08:59:38 PM | ITS1220 | | Phone Withdrawal | ($3.00) | | $10.97 |
| LEW | 12/22/2006 05:57:18 AM | 70173201 | | Lockbox - CD | $100.00 | | $110.97 |
| LEW | 12/23/2006 10:30:14 AM | 70173301 | | Lockbox - CD | $50.00 | | $160.97 |

Date: 01/12/2007  
Time: 11:50:22 am  

Facility: LEW

## Federal Bureau of Prisons
### TRUFACS
### Inmate Statement
Sensitive But Unclassified

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 48752053 | Living Quarters: | H01-111L |
| Inmate Name: | SWINTON, DARU | Arrived From: | |
| Current Site Name: | Lewisburg USP | Transferred To: | |
| Housing Unit: | UNIT 3 | Account Creation Date: | 8/8/2001 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|
| LEW | 12/23/2006 05:16:51 PM | ITS1223 | | Phone Withdrawal | ($3.00) | | $157.97 |
| LEW | 12/23/2006 06:02:19 PM | ITS1223 | | Phone Withdrawal | ($5.00) | | $152.97 |
| LEW | 12/24/2006 09:31:53 PM | ITS1224 | | Phone Withdrawal | ($2.00) | | $150.97 |
| LEW | 12/27/2006 09:07:29 PM | ITS1227 | | Phone Withdrawal | ($3.00) | | $147.97 |
| LEW | 12/29/2006 06:33:41 PM | ITS1229 | | Phone Withdrawal | ($3.00) | | $144.97 |
| LEW | 01/02/2007 09:57:17 PM | ITS0102 | | Phone Withdrawal | ($3.00) | | $141.97 |
| LEW | 01/03/2007 06:41:21 PM | 103 | | Sales | ($63.85) | | $78.12 |
| LEW | 01/05/2007 05:51:19 PM | ITS0105 | | Phone Withdrawal | ($3.00) | | $75.12 |
| LEW | 01/07/2007 06:16:54 PM | ITS0107 | | Phone Withdrawal | ($3.00) | | $72.12 |
| LEW | 01/07/2007 09:03:56 PM | ITS0107 | | Phone Withdrawal | ($1.00) | | $71.12 |
| LEW | 01/09/2007 06:19:32 PM | 103 | | Sales | ($19.80) | | $51.32 |
| LEW | 01/09/2007 09:57:14 PM | ITS0109 | | Phone Withdrawal | ($3.00) | | $48.32 |
| LEW | 01/10/2007 08:34:02 AM | GIPP1206 | | Payroll - IPP | $22.32 | | $70.64 |
| LEW | 01/10/2007 07:51:25 PM | ITS0110 | | Phone Withdrawal | ($3.00) | | $67.64 |
| LEW | 01/10/2007 09:46:42 PM | ITS0110 | | Phone Withdrawal | ($3.00) | | $64.64 |
| | **Total Transactions:** | **135** | | **Totals:** | **$60.05** | **$0.00** | |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| LEW | $64.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $64.64 |
| **Totals:** | **$64.64** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$64.64** |



RECEIVED
JAN 22 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT