IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                   )
TONY R. SELLMON, et al.,           )
                                   )
            Plaintiffs,            )
                                   )
    v.                             )  Civil Action No. 06-1650(ESH)
                                   )
EDWARD F. REILLY, Jr.,             )
Chairman of the United             )
States Parole Commission,          )
et al.,                            )
                                   )
            Defendants.            )
                                   )
_____)
```

**NOTICE OF RELATED CASE**

The defendant notes that the legal issues and claims presented in this case are related to <u>Fletcher v. District of Columbia</u>, Civil Action No. 01-0601, presently assigned to the Honorable John D. Bates.

                                  Respectfully submitted,

                                  __/s/_____
                                  DIANE M. SULLIVAN, D. C. BAR # 12765
                                  Assistant United States Attorney
                                  Judiciary Center Building
                                  555 Fourth Street, N.W.
                                  Room E4919
                                  Washington, D.C. 20530
                                  (202) 514-7205