UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TONY R. SELLMON, et al.,** | : |
| **Plaintiffs,** | : |
| v. | : Civil Action No. 06-1650 (ESH) |
| **EDWARD F. REILLY, JR., Chairman of the United States Parole Commission, et al.,** | : |
| **Defendants.** | : |

## ORDER

Any other parties shall be joined or the pleadings amended within 45 days of the issuance of the Court's scheduling order. Discovery will be permitted until June 30, 2007. Dispositive motions shall be filed by July 30, 2007, memoranda in opposition shall be filed by August 31, 2007, and reply briefs shall be filed by September 14, 2007.

**SO ORDERED**, this _____ day of _____, 2007.

_____
United States District Judge
Ellen S. Huvelle