IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

TONY R. SELLMON, et. al                Case 1: 06-cv-01650-ESH

vs.

Edward F. Reilly, Jr., Chairman
of the U.S. Parole Commission, et. al


MOTION FOR LEAVE TO INTERVENE


    Comes now the movant, Charles A. Phillips, on this 22nd day of February 2007, respectfully move this Court pursuant to FRCP Rule 24(b) to intervene in the foregoing civil action bought by several inmates convicted of violating the District of Columbia Code.

    The party herein moves this Court for Leave To Intervene in this action as a plaintiff, in order to assert claims set forth in the attached Complaint In Intervention, on the grounds that common questions of fact and law, Ex Post Facto and Due Process violations by the defendants are alleged as in the principle complaint (Case 1: 06-cv-01650-ESH).

    The granting of movant's motion will not cause undue delay to the original suit. Judicial economy and continuity will be accomplished given the similar causes of action.

Dated: 2/22/07

Respectfully submitted,

Charles A. Phillips, Movant
#02952-000
P.O. Box 1000
Lewisburg, PA 17837

1