United States District Court
for the District of Columbia

Sellman, et al., Plaintiffs

v.

Reilly, et al., Defendants

1:06 cv 1650 ESH

<u>Notice Appeal</u>

Please take notice Troy Martin, acting pro se hereby appeal the Order of Feb. 6, 2007 denying the <u>Motion to Intervene</u>.

The court has jurisdiction pursuant to Federal Rules of Appellate Procedure, Rule 4 et seq and 28 U.S.C. § 1291.

Further, note pursuant to Federal Rules Appellate Procedure, Rule 24 et seq, the In Forma Pauperis shall follow from the preceding thereof.

Date 2/26/07

Respectfully Submitted

Troy A. Martin
Troy Martin #18918-083
U.S.P. Lee
P.O. Box 305