IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


Quentin Yates
     Plaintiff


   V.

                         Civil Action No. 06-1650 (ESH)

Edward F. Reilly Jr.
Chairman of the United
States Parole Commission,
et, al.
     Defendant

# RECEIVED

## MAY 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT


## MOTION TO INTERVENE


Comes now movant, Quentin Yates, DCDC# 268-672; Reg. No. 11346-007, acting pro-se on this 20th day of May 2007. Respectfully moving this Court pursuant to Federal Rules of Civil Procedure, rule 24(b) to intervene in the foregoing Civil Action.

The party herein shares the same issues relating to the transactions and occurances in the present Civil Action complaint in that, the Defendant The United States Parole Commission (USPC) violated statutory enactments of the D.C. Code, and enhancing statutory indeterminate minimum sentencing range for time to be served before becoming suitable for parole. This is done through, standards, policies, regulations and provisions adopted and or enacted pursuant to D.C. Code 24 § 1231(a) of the National Capital Revitalization and Self-Government Inprovement Act of 1997.

Section 11231; Public Law 105-33, and denying movant the right to appeal it's parole decision. Whereby, this Civil Action is being denied constititutional guarantees in the Defendant's act's and omissions in violation of the Ex post facto clause of the Constitution, Due Process, and Equal Protection under the First, Fifth and Fourteenth Amendments of the United States Constitution. The movant seeks to have himself added to the foremention Civil Action and seeks also the same relief sought as the other named Plaintiffs.

Date: _May 21_ ,2007

Respectfully Submitted

_Quentin Yates_

## CERTIFICATE OF SERVICE

I do certify on this _21_ day of _May_ ,2007. The original and two (2) copies of the foregoing Motion to Intervene pursuant to Rule 5(e) of the Federal Rules of Civil Procedure, was served by first class mail, postage prepaid, to the Office of the Clerk, of the United States District Court for the District of Columbia, at 333 Constitution Avenue, Northwest Washington D.C. 20001.

_Quentin Yates_

Mr. Quentin Yates

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Quentin Yates
      Plaintiff

   V.                                    Civil Action No. 06-1650 (ESH)

Edward F. Reilly Jr.
Chairman of the United
States Parole Commission,
et, al.
      Defendant


## DECLARATION OF INDIGENCY

      Pursuant to 28 U.S.C. § 1746, all plaintiffs must declare that they do not have the financial means to intervene in this above mentioned Civil Action Complaint. Therefore, the affiant request that the Court permit commencment to proceed "In Forma Pauperis" pursuant to 28 U.S.C. § 1915.

Date_____,2007


                                    _____
                                         Affiant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


Quentin Yates
          Plaintiff

                                              Civil Action No. 06-1650 (ESH)

     V.


Edward F. Reilly Jr.
Chairman of the United
States parole Commission,
et, al.



ORDER

     Upon due consideration to the Plaintiffs Motion to Intervene

pursuant to Rule 7(b) of the Federal Rules of Civil Procedures.


          It is hereby ordered this _____ day of _____, 2007.

This Motion is hereby adjudged and granted.


                                        _____
                                        Signed in Chambers