Case 1:06-cv-01650-ESH

Honorable Judge Ellen S. Huvelle

Let this be filed
ESH 7/20

My name is Curtis Eason. I am one of the Plaintiffs on the Civil Suite as you are aware. First let me say that I am very <u>Remorseful</u> for what I have done when I was much younger, yes I have made some Bad Choices in Life. I just would like to ask you respectfully to really Read <u>my</u> case and have some consideration for me. The U.S. Parole Board has given me <u>10 years</u> in set off. I am under the old Law. I have not been a Disciplinary factor at all. The U.S.P.C. Keep saying <u>Accountability Puposes</u>. Yes I take full responsibility for what I've done, I can not change the past, I value People and Life today more than I ever done. All I am asking for is one more chance. I was Sentence in 1988 by <u>Judge Glady Kessler</u>, which is now a Federal Judge such as yourself. Please tell the U.S. Parole Board to give me a out date.

I have a good home to go to in Waldolf, md., Plus a job waiting for me. Please help me. I won't disapoint you at all. God Bless you.

Thank you
Curtis Eason