UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TONY R. SELLMON, et al.,** | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-1650 (ESH) |
| **EDWARD F. REILLY, JR., et al.,** | : |
| Defendants. | : |

**JOINT MOTION TO EXTEND THE TIME FOR DISCOVERY
AND FOR THE FILING OF DISPOSITIVE MOTIONS
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Federal Rule of Civil Procedure 6 and Local Civil Rule 16.4, the parties respectfully move the Court to extend the deadlines for the close of discovery and the briefing of dispositive motions. Specifically, the parties request that the Court extend the time for:

1. the completion of discovery to September 6, 2007;

2. Plaintiffs to file motions for summary judgment, if any, to October 4, 2007;

3. Defendants to file oppositions to any Plaintiffs' motions for summary judgment and/or to cross-move for summary judgment to November 7, 2007;

4. Plaintiffs to file oppositions to any Defendants' motions for summary judgment and/or to file reply briefs to November 22, 2007; and

5. Defendants to file reply briefs to December 5, 2007.

In support of this motion, the parties offer the following reasons and authorities. Since the parties appeared before the Court, the cases of two additional Plaintiffs have been consolidated with this case, and the Defendants have substituted

2295976.01

their counsel from those Plaintiffs' cases for their counsel in this case. Defendants' counsel has been working with Defendants to gather materials for and respond to Plaintiffs' discovery requests and expects to produce responsive documents and serve responses to those requests by August 17, 2007. Plaintiffs anticipate that they will need to depose 2-3 witnesses once they receive the Defendants' document production. All counsel in this matter consent to the relief sought, and there have been no prior extensions of this deadline.

The parties refer this Court to the following authorities in support of this motion:

1. Federal Rule of Civil Procedure 6(b)(1);
2. Local Civil Rule 16.4;
3. the equitable powers of this Court; and
4. the consent of all counsel in this matter.

WHEREFORE, the parties respectfully request that this Court grant this motion.

Dated: July 30, 2007                               Respectfully Submitted,

By:   /s/ Kenneth Adebonojo              By:   /s/ Jason D. Wallach
Kenneth Adebonojo                                Jason D. Wallach (Bar No. #456154)
Assistant United States Attorney                 DICKSTEIN SHAPIRO, LLP
555 Fourth Street, N.W.                          1825 Eye Street, NW
Washington, D.C. 20530                           Washington, D.C. 20006
(202) 514-7157                                   (202) 420-2200
(202) 514-8780                                   (202) 420-2201 facsimile

Attorney for Defendants                          Attorneys for Plaintiffs

2295976.01