UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TONY R. SELLMON, et al.,** : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | Civil Action No. 06-1650 (ESH) |
| : | |
| **EDWARD F. REILLY, JR., et al.,** : | |
| : | |
| **Defendants.** : | |
| : | |

## ORDER

Upon consideration of the parties' Joint Motion to Extend the Time for Discovery and for the Filing of Dispositive Motions and Memorandum in Support Thereof, it is hereby

ORDERED, that the joint motion to extend discovery until September 6, 2007 is GRANTED;

ORDERED, that Plaintiffs shall file their motions for summary judgment, if any, by October 4, 2007;

ORDERED, that Defendants shall file oppositions to any motion by Plaintiffs for summary judgment and any cross-motion for summary judgment by November 7, 2007;

ORDERED, that Plaintiffs shall file reply briefs in support of any motion by them for summary judgment and oppositions to any cross-motion by Defendants  by November 22, 2007; and

2295976.01

ORDERED, that Defendants shall file reply briefs in support of any cross-motion by them for summary judgment by December 5, 2007.


Dated: _____     _____
                                    ELLEN SEGAL HUVELLE
                                    UNITED STATES DISTRICT JUDGE

2295976.01