UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TONY R. SELLMON, et al.,** : | |
| Plaintiffs, : | |
| v. : | Civil Action No. 06-1650 (ESH) |
| **EDWARD F. REILLY, JR., et al.,** : | |
| Defendants. : | |

**PLAINTIFFS' CONSENT MOTION TO EXTEND THE TIME FOR DISCOVERY
AND FOR THE FILING OF DISPOSITIVE MOTIONS
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Federal Rule of Civil Procedure 6 and Local Civil Rule 16.4, Plaintiffs respectfully move the Court to extend the deadlines for the close of discovery and the briefing of dispositive motions. Specifically, Plaintiffs request that the Court extend the time for:

1. the completion of discovery to November 9, 2007;

2. Plaintiffs to file motions for summary judgment, if any, to November 19, 2007;

3. Defendants to file oppositions to any Plaintiffs' motions for summary judgment and/or to cross-move for summary judgment to December 17, 2007;

4. Plaintiffs to file oppositions to any Defendants' motions for summary judgment and/or to file reply briefs to January 7, 2008; and

5. Defendants to file reply briefs to January 18, 2008.

In support of this motion, Plaintiffs offer the following reasons and authorities. On July 30, 2007, the parties jointly moved to extend the discovery and

2328480.01

dispositive motion deadlines because the cases of two additional Plaintiffs had been consolidated with this case and Defendants had substituted their counsel from those cases for their counsel in this case. In their moving papers, the parties had indicated that Defendants' counsel was working with Defendants to gather materials responsive to Plaintiffs' discovery requests and expected to produce such documents and serve responses to those requests by August 17, 2007.

For unknown reasons, Defendants did not produce any documents until September 17, 2007, and then only produced the parole files of most of the Plaintiffs and the parole files that the Defendants had produced in the *Fletcher* case, which the Defendants could have produced in June when Plaintiffs first served their document requests. Despite persistent inquiries from Plaintiffs, Defendants did not supplement this production with the actual responses to Plaintiffs' document requests and other responsive documents until October 1, 2007. As of the date of this filing, Defendants' production still is not complete. Furthermore, the parties still need to meet and confer regarding a privilege log, which Plaintiffs have requested on several occasions, and the Defendants' production and discovery objections.

In the parties' earlier joint motion to extend, the Plaintiffs also indicated that they needed to depose two or three witnesses after they received the Defendants' document production. Since then, Plaintiffs have identified several other witnesses and have asked Defendants on numerous occasions to provide dates on which those witnesses are available for deposition, but Defendants have provided no dates. As a result, Plaintiffs desire an extension of the discovery and dispositive motion deadlines to allow the parties to complete discovery.

2328480.01

Defendants do not object to Plaintiffs' requested extensions. As indicated above, the Court has extended these deadlines once already based on the parties' representations regarding the timing for Defendants' disclosures.

Plaintiffs refer this Court to the following authorities in support of this motion:

1. Federal Rule of Civil Procedure 6(b)(1);
2. Local Civil Rule 16.4;
3. the equitable powers of this Court; and
4. the consent of all counsel in this matter.

WHEREFORE, Plaintiffs respectfully request that this Court grant this motion.

Dated: October 2, 2007                                    Respectfully Submitted,

                                          By:   /s/ Jason D. Wallach
                                                Jason D. Wallach (Bar No. #456154)
                                                DICKSTEIN SHAPIRO, LLP
                                                1825 Eye Street, NW
                                                Washington, D.C. 20006
                                                (202) 420-2268
                                                (202) 420-2201 facsimile

                                                Attorneys for Plaintiffs

2328480.01