UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TONY R. SELLMON, <br><br> Plaintiff, <br><br> v. <br><br> EDWARD F. REILLY, JR., Chairman of the United States Parole Commission, *et al.*, <br><br> Defendants. | Civil Action No. 06-01650 (ESH) |
| CHARLES A. PHILLIPS, <br><br> Plaintiff, <br><br> v. <br><br> EDWARD F. REILLY, JR., Chairman of the United States Parole Commission, *et al.*, <br><br> Defendants. | Civil Action No. 07-00742 (ESH) |
| DARU SWINTON, <br><br> Plaintiff, <br><br> v. <br><br> EDWARD F. REILLY, JR., Chairman of the United States Parole Commission, *et al.*, <br><br> Defendants. | Civil Action No. 07-01120 (ESH) |

**ORDER**

On July 16, 2007, with the agreement of counsel for all parties, the Court ordered that the above-captioned cases be consolidated into Civil Action No. 06-01650 and that Civil Actions

No. 07-00742 and 07-01120 be administratively closed pending further order of the Court. In light of the administrative closure of Civil Actions No. 07-00742 and 07-01120, it is hereby

**ORDERED** that all pleadings in any of the above-captioned actions shall henceforth be filed <u>only</u> in Civil Action No. 06-01650.

**SO ORDERED**.

                                            /s/
                                    ELLEN SEGAL HUVELLE
                                    United States District Judge

Date: October 9, 2007