UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TONY R. SELLMON, et al.,** : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 06-1650 (ESH) |
| : | |
| **EDWARD F. REILLY, JR., et al.,** : | |
| : | |
| Defendants. : | |
| : | |

**PLAINTIFFS' OPPOSED MOTION TO EXTEND THE TIME FOR DISCOVERY
AND UNOPPOSED MOTION TO EXTEND THE TIME FOR THE FILING OF
DISPOSITIVE MOTIONS AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Federal Rule of Civil Procedure 6 and Local Civil Rule 16.4, Plaintiffs respectfully move the Court to extend the deadlines for the close of discovery and the briefing of dispositive motions. Specifically, Plaintiffs request that the Court extend the time for:

1. the completion of discovery to January 11, 2008;

2. Plaintiffs to file motions for summary judgment, if any, to December 10, 2007;

3. Defendants to file oppositions to any Plaintiffs' motions for summary judgment and/or to cross-move for summary judgment to January 7, 2008;

4. Plaintiffs to file oppositions to any Defendants' motions for summary judgment and/or to file reply briefs to January 14, 2008; and

5. Defendants to file reply briefs to January 21, 2008.

In support of this motion, Plaintiffs offer the following reasons and authorities. On July 30, 2007, the parties jointly moved to extend the discovery and

2328480

dispositive motion deadlines because the cases of two additional Plaintiffs had been consolidated with this case and Defendants had substituted their counsel from those cases for their counsel in this case. In their moving papers, the parties had indicated that Defendants' counsel was working with Defendants to gather materials responsive to Plaintiffs' discovery requests and expected to produce such documents and serve responses to those requests by August 17, 2007.

For unknown reasons, Defendants did not produce any documents until September 17, 2007, and then only produced the parole files of most of the Plaintiffs and the parole files that the Defendants had produced in the *Fletcher* case, which the Defendants could have produced in June when Plaintiffs first served their document requests. Despite persistent inquiries from Plaintiffs, Defendants did not supplement this production with the actual responses to Plaintiffs' document requests and other responsive documents until October 1, 2007. As of the date of this filing, Defendants' production still is not complete. Furthermore, the parties still need to meet and confer regarding a privilege log, which Plaintiffs have requested on several occasions, and the Defendants' production and discovery objections.

In the parties' July 30, 2007, joint motion to extend, the Plaintiffs also indicated that they needed to depose two or three witnesses after they received the Defendants' document production. Since then, Plaintiffs have identified several other witnesses, including the Defendants themselves, and have asked Defendants on numerous occasions to provide dates on which those witnesses are available for deposition. Defendants, however, did not provide a single date until the week of November 5th, and then only for two witnesses (Paul Howard, a U.S. Parole Commission Hearing Examiner who was involved in only one parole hearing for one

2328480

Plaintiff, and Rockne Chickinell, the General Counsel for the U.S. Parole Commission). This week, Defendants also provided a deposition date (November 20, 2007) for the Rule 30(b)(6) designee of the U.S. Parole Commission.

In response to Plaintiffs' requests for deposition dates for the remaining witnesses they have identified, Defendants on Wednesday of this week advised Plaintiffs that it was their position that the three witnesses that Defendants are producing are sufficient to address Plaintiffs' discovery needs, and Defendants do not intend to produce any other witnesses for deposition, not even the Defendants themselves. As a result, Plaintiffs request an extension of discovery until January 10, 2008, to allow Plaintiffs time to compel the depositions of the additional witnesses they have identified and to complete the remaining document discovery.

Despite Defendants' failure to comply with the discovery schedule, Plaintiffs' counsel believes that certain issues can determined on the undisputed factual record Plaintiffs have developed to date. As a result, Plaintiffs are proposing only a three-week extension, to December 10, 2008, of the deadline for them to submit dispositive motions. Plaintiffs' counsel expects to submit at least two separate dispositive motions and has been working diligently to try and meet the current deadline of November 19, 2007, while at the same time handling Defendants' tardy production of witnesses and documents.

Defendants object to Plaintiffs' requested extension of the discovery schedule on the ground that Defendants believe that the three witnesses they have produced for deposition adequately address the issues in this case. Defendants, however, do not object to extending the deadlines for dispositive motions.

2328480

The Court has extended the discovery and dispositive motion deadlines twice already based on the parties' representations regarding the timing for Defendants' disclosures.

Plaintiffs refer this Court to the following authorities in support of this motion:

1. Federal Rule of Civil Procedure 6(b)(1);
2. Local Civil Rule 16.4;
3. the equitable powers of this Court; and
4. the consent of all counsel in this matter.

WHEREFORE, Plaintiffs respectfully request that this Court grant this motion.


Dated: November 16, 2007                                        Respectfully Submitted,


                                                    By:    /s/ Jason D. Wallach
                                                           Jason D. Wallach (Bar No. #456154)
                                                           DICKSTEIN SHAPIRO, LLP
                                                           1825 Eye Street, NW
                                                           Washington, D.C. 20006
                                                           (202) 420-2268
                                                           (202) 420-2201 facsimile

                                                           Attorneys for Plaintiffs

2328480