UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TONY R. SELLMON, et al.,** | : |
| **Plaintiffs,** | : |
| v. | : Civil Action No. 06-1650 (ESH) |
| **EDWARD F. REILLY, JR., Chairman of the United States Parole Commission, et al.,** | : |
| **Defendants.** | : |

## ORDER

Upon consideration of Plaintiffs' Consent Motion to Extend the Time for Discovery and for the Filing of Dispositive Motions and Memorandum In Support Thereof, it is hereby order that:

1. Discovery will be permitted until January 11, 2008;

2. Plaintiffs shall file motions for summary judgment, if any, by December 10, 2007;

3. Defendants shall file oppositions to any Plaintiffs' motion for summary judgment and/or to cross-move for summary judgment by January 7, 2008;

4. Plaintiffs shall file oppositions to any Defendants' motions for summary judgment and/or file reply briefs by January 14, 2008;

5. Defendants shall file reply briefs by January 21, 2008.

**SO ORDERED**, this _____ day of _____, 2007.

_____
United States District Judge
Ellen S. Huvelle

2328660