UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TONY R. SELLMON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 06-1650 (ESH) |
| | ) (ECF) |
| EDWARD F. REILLY, JR., et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND DISCOVERY**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants respectfully request an enlargement of time up to and including December 10, 2007, to file an opposition to Plaintiff's Opposed Motion to Extend the Time for Discovery in this case. In support of this motion, Defendants state the following:

1.  On November 16, 2007, Plaintiff filed an Opposed Motion to Extend the Time for Discovery and Unopposed Motion to Extend the Time for the Filing of Dispostive Motions and Memorandum in Support Thereof. Defendants' opposition is due November 29, 2007.

2.  In this action, Plaintiffs have raised an ex post facto challenge to the United States Parole Commissions ("USPC") initial parole regulations. Defendants contend that this matter can be resolved as a matter of law and therefore oppose Plaintiffs' motion.

3.  Over the last few weeks, Defendants have submitted a hearing officer, Paul Howard, the USPC's General Counsel, Rockne Chickinell and a Fed. R. Civ. P. 30(b)(6) deponent, Steven Husk, to be deposed in this matter. Defendants maintain that there is no further

need for discovery in a case where only matters of law are implicated.

    4.    The additional time is needed to enable the undersigned to conclude discussions with Agency Counsel prepare a more detailed opposition to Plaintiffs' Motion to Extend Discovery.

    5.    This is Defendant's first request for an extension.

    6.    Defendants have contacted Plaintiffs' counsel who consents to this request.

WHEREFORE, Defendants request that this enlargement be granted.  A minute order is requested

November 29, 2007                Respectfully submitted,

                                    _____/s/_____
                                    JEFFREY A. TAYLOR, D.C. BAR # 498610
                                    United States Attorney

                                    _____/s/_____
                                    RUDOLPH CONTRERAS, D.C. BAR # 434122
                                    Assistant United States Attorney

                                    _____/s/_____
                                    KENNETH ADEBONOJO
                                    Assistant United States Attorney
                                    Judiciary Center Building
                                    555 4th Street, N.W. – Civil Division
                                    Washington, D.C.  20530
                                    (202) 514-7157
                                    (202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I certify I that on this 29th day of November 2007, I caused the foregoing Defendant's Motion to Enlarge Time to File Opposition to Plaintiff's Motion to Extend Discovery to be served on Plaintiff's attorney, Jason D. Wallach, via the Court's Electronic Case Filing system.

_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)