UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TONY R. SELLMON, et al.,** | : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | : Civil Action No. 06-1650 (ESH) <br> : |
| **EDWARD F. REILLY, JR., et al.,** | : <br> : |
| Defendants. | : <br> : |

**PLAINTIFFS' MOTION TO EXTEND THE TIME FOR
THE FILING OF PLAINTIFFS' DISPOSITIVE MOTIONS
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Federal Rule of Civil Procedure 6 and Local Civil Rule 16.4, Plaintiffs respectfully move the Court to extend the deadline for Plaintiffs to file their dispositive motions until Friday, December 14, 2007. In support of this motion, Plaintiffs offer the following reasons and authorities.

On November 16, 2007, Plaintiffs moved the Court to extend the deadline for Plaintiffs to file their dispositive motions until Monday, December 10, 2007. Despite the fact that the parties still were in the process of discovery and had scheduled the deposition of the United States Parole Commission's 30(b)(6) witness for November 20, 2007, Plaintiffs expected to be able to file their dispositive motions with the required factual support by the proposed deadline of December 10, 2007.

Unfortunately, Plaintiffs still have not received the final version of the transcript of the first day of deposition of the U.S. Parole Commission's 30(b)(6) designee, which Plaintiffs feel provides significant support for their claims, and the rough draft of the transcript that Plaintiffs received from the court reporting service is

2364745

largely incomprehensible.  Plaintiffs have asked the court reporting service for an estimate as to when a final transcript (or at least a cleaner rough draft) of the transcript of the November 20, 2007 deposition will be available, but the service does not have a definitive answer yet.  As a result, Plaintiffs request that the Court grant them an extension until Friday to file their dispositive motions.  Plaintiffs, however, will endeavor to file their dispositive motions prior to Friday if they receive the final transcript earlier.

Plaintiffs' counsel sought consent for this motion from Defendants' counsel earlier today.  Defendants' counsel, however, was not in his office and has not responded to Plaintiffs' counsel's message.  Plaintiffs' counsel does not expect that Defendants' counsel will object to this limited extension, and should Defendants' counsel feel it necessary to extend the remaining briefing deadlines, Plaintiffs' counsel is willing to consent to extend the deadlines by however many days the Court extends Plaintiffs' deadline or by whatever other reasonable period of time Defendants propose.

The Court has extended the discovery and dispositive motion deadlines three times already.   Plaintiffs refer this Court to the following authorities in support of this motion:

1. Federal Rule of Civil Procedure 6(b)(1);
2. Local Civil Rule 16.4; and
3. the equitable powers of this Court.

2364745

WHEREFORE, Plaintiffs respectfully request that this Court grant this motion.

Dated: December 10, 2007    Respectfully Submitted,

By:  /s/ Jason D. Wallach
Jason D. Wallach (Bar No. #456154)
DICKSTEIN SHAPIRO, LLP
1825 Eye Street, NW
Washington, D.C. 20006
(202) 420-2268
(202) 420-2201 facsimile

Attorneys for Plaintiffs

2364745