UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TONY R. SELLMON, et al.,** : | |
| **Plaintiffs,** : | |
| v. : | Civil Action No. 06-1650 (ESH) |
| **EDWARD F. REILLY, JR., et al.,** : | |
| **Defendants.** : | |

**CONSENT MOTION TO STAY DISCOVERY AND BRIEFING
ON PLAINTIFFS' MOTION TO EXTEND DISCOVERY
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Federal Rule of Civil Procedure 6 and Local Civil Rule 16.4, Plaintiffs respectfully move the Court to stay discovery and briefing on Plaintiffs' motion to extend discovery. In support of this motion, Plaintiffs offer the following reasons and authorities.

On November 16, 2007, Plaintiffs moved the Court to extend discovery in this case until January 11, 2008 to allow Plaintiffs an opportunity to address outstanding discovery issues and requests for depositions. On December 10, 2007, Defendants filed their opposition to Plaintiffs' motion to extend discovery and also asked the Court to stay discovery in this case pending the Court's decisions on dispositive motions. Plaintiffs' reply brief regarding the motion to extend discovery is due on Monday, December 17, 2007.

Although Plaintiffs believe that they are entitled to additional discovery and that Defendants' opposition to the motion to extend discovery lacks merit, Plaintiffs do not object to a stay of discovery pending the Court's determination of Plaintiffs'

2367261

dispositive motions (and Defendants' dispositive motions should they file any). As a result, Plaintiffs believe it would a waste of the parties' and the Court's resources to address Plaintiffs' motion to extend discovery at this time. If the Court determines that disputed issues of material fact preclude a grant of summary judgment, the Court and parties can address Plaintiffs' motion to extend discovery at that time.

Plaintiffs, therefore, request that the Court stay discovery in this case and the briefing schedule with respect to Plaintiffs' motion to extend discovery until the Court decides the parties' dispositive motions or such other time the Court deems appropriate. Defendants' counsel consents to the relief Plaintiffs are requesting.

Plaintiffs refer this Court to the following authorities in support of this motion:

1. Federal Rule of Civil Procedure 6(b)(1);
2. Local Civil Rule 16.4;
3. the parties' and
4. the equitable powers of this Court.

WHEREFORE, Plaintiffs respectfully request that this Court grant this motion.

Dated: December 14, 2007

Respectfully Submitted,

By: /s/ Jason D. Wallach
Jason D. Wallach (Bar No. #456154)
DICKSTEIN SHAPIRO, LLP
1825 Eye Street, NW
Washington, D.C. 20006
(202) 420-2268
(202) 420-2201 facsimile

Attorneys for Plaintiffs

2367261