UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TONY R. SELLMON, et al.,** | : |
| **Plaintiffs,** | : |
| v. | : Civil Action No. 06-1650 (ESH) |
| **EDWARD F. REILLY, JR., Chairman of the United States Parole Commission, et al.,** | : |
| **Defendants.** | : |

## ORDER

Upon consideration of Plaintiffs' Consent Motion to Stay Discovery and Briefing on Plaintiffs' Motion to Extend Discovery, it is hereby order that:

1. Discovery is stayed pending the Court's resolution of the parties' dispositive motions; and

2. Briefing on Plaintiffs' motion to extend discovery is stayed pending the Court's resolution of the parties' dispositive motions.

**SO ORDERED**, this _____ day of _____, 2007.

_____
United States District Judge
Ellen S. Huvelle

2328660