UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TONY R. SELLMON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| | ) Civil Action No. 06-1650 (ESH) |
| v. | ) (ECF) |
| | ) |
| EDWARD F. REILLY, JR., et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO EXTEND TIME TO FILE A DISPOSITIVE MOTION
AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants respectfully request an enlargement of time up to and including January 28, 2008, to file a dispositive motion and opposition to Plaintiffs' Motion for Summary Judgment. In support of this motion, Defendants state the following:

1. In this action, Plaintiffs have raised an ex post facto challenge to the United States Parole Commission's ("USPC") initial parole regulations. On December 14, 2007, Plaintiffs filed their voluminous Motion for Summary Judgment.

2. Pursuant to the Court's Order dated December 11, 2007, Defendants' dispositive motion and opposition to Plaintiffs' Motion for Summary Judgment is due on January 11, 2008.

3. This action raises many very complicated constitutional issues and Defendants respectfully request the additional time to ensure that these issues are properly briefed.

4. Defendants have contacted Plaintiffs' counsel who graciously consents to this request. The parties also consent to modifying the briefing schedule as follows: Plaintiffs' reply/opposition

shall be due on February 6, 2008; and Defendants' reply/opposition shall be due on February 13, 2008.

WHEREFORE, Defendants respectfully request that this enlargement be granted. A minute order is respectfully requested.

January 9, 2008                               Respectfully submitted,


                                              _/s/_____
                                              JEFFREY A. TAYLOR, D.C. BAR # 498610
                                              United States Attorney

                                              _/s/_____
                                              RUDOLPH CONTRERAS, D.C. BAR # 434122
                                              Assistant United States Attorney

                                              _/s/_____
                                              KENNETH ADEBONOJO
                                              Assistant United States Attorney
                                              Judiciary Center Building
                                              555 4th Street, N.W. – Civil Division
                                              Washington, D.C. 20530
                                              (202) 514-7157
                                              (202) 514-8780 (facsimile)

## **CERTIFICATE OF SERVICE**

I certify I that on this 9th day of January 2008, I caused the foregoing Defendants' Motion to Enlarge Time to File a Dispositive Motion and Opposition to Plaintiffs' Motion for Summary Judgment to be served on Plaintiffs' attorney, Jason D. Wallach, Esq., via the Court's Electronic Case Filing system.

                                                                                                       _/s/_____
                                                                                                       KENNETH ADEBONOJO
                                                                                                        Assistant United States Attorney
                                                                                                        Judiciary Center Building
                                                                                                        555 4th Street, N.W. – Civil Division
                                                                                                        Washington, D.C.  20530
                                                                                                        (202) 514-7157
                                                                                                        (202) 514-8780 (facsimile)