UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TONY R. SELLMON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | Civil Action No. 06-1650 (ESH) |
| v. ) | (ECF) |
| ) | |
| EDWARD F. REILLY, JR., et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO EXTEND TIME TO FILE A DISPOSITIVE MOTION
AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants respectfully request an enlargement of time up to and including February 11, 2008, to file a dispositive motion and opposition to Plaintiffs' Motion for Summary Judgment. In support of this motion, Defendants state the following:

1. In this action, Plaintiffs have raised an ex post facto challenge to the United States Parole Commission's ("USPC") initial parole regulations. On December 14, 2007, Plaintiffs filed their voluminous Motion for Summary Judgment.

2. Pursuant to the Court's minute order dated January 15, 2008, Defendants' dispositive motion and opposition to Plaintiffs' Motion for Summary Judgment is due on January 28, 2008.

3. In addition to the complicated issued raised here, which require a comprehensive response, the undersigned is currently involved in briefing whether to seek an emergency stay and appeal of a district court ruling in an unrelated matter.

4.    Defendants have contacted Plaintiffs' counsel who graciously consents to this request.

5.    The parties also consent to modifying the briefing schedule as follows: Plaintiffs' reply/opposition shall be due on February 25, 2008; and Defendants' reply/opposition shall be due on March 3, 2008.

WHEREFORE, Defendants respectfully request that this enlargement be granted. A minute order is respectfully requested.

January 27, 2008                             Respectfully submitted,


                                             _/s/_____
                                             JEFFREY A. TAYLOR, D.C. BAR # 498610
                                             United States Attorney

                                             _/s/_____
                                             RUDOLPH CONTRERAS, D.C. BAR # 434122
                                             Assistant United States Attorney

                                             _/s/_____
                                             KENNETH ADEBONOJO
                                             Assistant United States Attorney
                                             Judiciary Center Building
                                             555 4th Street, N.W. – Civil Division
                                             Washington, D.C.  20530
                                             (202) 514-7157
                                             (202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I certify that on this 27th day of January 2008, I caused the foregoing Defendants' Motion to Enlarge Time to File a Dispositive Motion and Opposition to Plaintiffs' Motion for Summary Judgment to be served on Plaintiffs' attorney, Jason D. Wallach, Esq., via the Court's Electronic Case Filing system.

_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)