UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TONY R. SELLMON, et al., | ) |
|       Plaintiffs, | ) |
| v. | ) Civil Action No. 06-1650 (ESH)<br>) (ECF) |
| EDWARD F. REILLY, JR., et al., | ) |
|       Defendants. | ) |

**DEFENDANTS' MOTION TO EXTEND TIME TO FILE A DISPOSITIVE MOTION AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants respectfully request an enlargement of time up to and including February 13, 2008, to file a dispositive motion and opposition to Plaintiffs' Motion for Summary Judgment. In support of this motion, Defendants state the following:

1. The Court graciously granted Defendants' last Motion for an Enlargement of Time to File a Summary Judgment Motion and Opposition to Plaintiffs' Motion for Summary Judgment until February 11. 2008.

2. Defendants' motion and opposition substantially complete.

3. In light of the significance of this matter, Defendants' motion and opposition is quite detailed. The additional time is needed to submit same for supervisory review and incorporate likely comments and suggestions.

4. Defendants have contacted Plaintiffs' counsel who graciously consents to this request.

5. The parties also consent to modifying the briefing schedule as follows: Plaintiffs'

reply/opposition shall be due on February 27, 2008; and Defendants' reply/opposition shall be due on March 5, 2008.

WHEREFORE, Defendants respectfully request that this enlargement be granted. A minute order is respectfully requested.

February 10, 2008                                   Respectfully submitted,


  /s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 /s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

 /s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I certify that on this 10th day of February 2008, I caused the foregoing Defendants' Motion to Enlarge Time to File a Dispositive Motion and Opposition to Plaintiffs' Motion for Summary Judgment to be served on Plaintiffs' attorney, Jason D. Wallach, Esq., via the Court's Electronic Case Filing system.

                                                _/s/_____
                                                KENNETH ADEBONOJO
                                                Assistant United States Attorney
                                                Judiciary Center Building
                                                555 4th Street, N.W. – Civil Division
                                                Washington, D.C.  20530
                                                (202) 514-7157
                                                (202) 514-8780 (facsimile)