UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TONY R. SELLMON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 06-1650 (ESH) |
| v. ) | (ECF) |
| ) | |
| EDWARD F. REILLY, JR., et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO EXTEND TIME TO FILE A DISPOSITIVE MOTION
AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants respectfully request an enlargement of time up to and including February 15, 2008, to file a dispositive motion and opposition to Plaintiffs' Motion for Summary Judgment. In support of this motion, Defendants state the following:

1. Defendants' dispositive motion and opposition to Plaintiffs' Motion for Summary Judgment is due today, February 13, 2008.

2. Defendants' motion and opposition is substantially complete but responses to a few inquiries to Agency Counsel are still outstanding.

3. The undersigned should have said responses by tomorrow but is asking for an extension until February 15, 2008, out of an abundance of caution.

4. Pursuant to LCvR 7(m), the undersigned sent opposing counsel an email a short while ago but has not heard back.

5.      This request should be minimally inconvenient and prejudicial to the parties as it adds only two days to each of the current due dates.

WHEREFORE, Defendants respectfully request that this enlargement be granted. A minute order is respectfully requested.

February 13, 2008                               Respectfully submitted,


                                                _/s/_____
                                                JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                United States Attorney

                                                _/s/_____
                                                RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                Assistant United States Attorney

                                                _/s/_____
                                                KENNETH ADEBONOJO
                                                Assistant United States Attorney
                                                Judiciary Center Building
                                                555 4th Street, N.W. – Civil Division
                                                Washington, D.C.  20530
                                                (202) 514-7157
                                                (202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I certify that on this 13th day of February 2008, I caused the foregoing Defendants' Motion to Enlarge Time to File a Dispositive Motion and Opposition to Plaintiffs' Motion for Summary Judgment to be served on Plaintiffs' attorney, Jason D. Wallach, Esq., via the Court's Electronic Case Filing system.

_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)