UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
TONY R. SELLMON, et al., )
 )
      Plaintiffs, )
 )
 ) Civil Action No. 06-1650 (ESH)
      v. )  (ECF)
 )
EDWARD F. REILLY, JR., et al., )
 )
      Defendants. )
_____)

**DEFENDANTS' MOTION TO EXTEND TIME TO FILE A DISPOSITIVE MOTION
AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

    Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants respectfully request an enlargement of time up to and including February 20, 2008, to file a dispositive motion and opposition to Plaintiffs' Motion for Summary Judgment. In support of this motion, Defendants state the following:

    1.    Defendants' dispositive motion and opposition to Plaintiffs' Motion for Summary Judgment is due today, February 15, 2008.

    2.    Upon supervisory review, certain issues have arisen that require a brief extension to resolve. In addition, it appears that some of Plaintiffs' parole records require redactions before filing.

    3.    The undersigned does not anticipate any further requests for extensions with regard to this motion as the outstanding issues should be resolved and the brief submitted for final supervisory approval by Tuesday.

4.	Pursuant to LCvR 7(m), the undersigned sent opposing counsel an email a short while ago but has not heard back.

5.	This request should be minimally inconvenient and prejudicial to the parties whose pleadings will be due five days from the dates currently set by the court.

WHEREFORE, Defendants respectfully request that this enlargement be granted. A minute order is respectfully requested.

February 15, 2008	Respectfully submitted,

\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I certify that on this 15th day of February 2008, I caused the foregoing Defendants' Motion to Enlarge Time to File a Dispositive Motion and Opposition to Plaintiffs' Motion for Summary Judgment to be served on Plaintiffs' attorney, Jason D. Wallach, Esq., via the Court's Electronic Case Filing system.

                                                                                                          _/s/_____
                                                                                                          KENNETH ADEBONOJO
                                                                                                          Assistant United States Attorney
                                                                                                          Judiciary Center Building
                                                                                                          555 4th Street, N.W. – Civil Division
                                                                                                          Washington, D.C.  20530
                                                                                                          (202) 514-7157
                                                                                                          (202) 514-8780 (facsimile)