UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TONY R. SELLMON, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-1650 (ESH)<br>) (ECF) |
| EDWARD F. REILLY, JR., et al., | ) |
| Defendants. | ) |

**REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME TO FILE A DISPOSITIVE MOTION AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 6(b)(1), on February 15, 2008, Defendants respectfully sought an enlargement of time up to and including February 20, 2008, to file a dispositive motion and opposition to Plaintiffs' Motion for Summary Judgment. Plaintiffs opposed Defendants' Motion to Enlarge. In reply to Plaintiffs' opposition, Defendants state the following:

1. The undersigned had completed a draft of the Motion to Enlarge at about the time he sought Plaintiffs' consent. The undersigned remained in the office to work on Defendants' dispositive motion and opposition to Plaintiffs' Motion for Summary Judgment until approximately three hours after receiving Plaintiffs' email but inadvertently failed to correct the motion before filing. The failure was entirely an oversight, which the undersigned regrets.

2. While acknowledging that a few extensions have been sought and the sensitivity of this matter to Plaintiffs, the undersigned notes that Defendants' dispositive motion and opposition in this complicated matter is overdue by a little over a month beyond the time most recently contemplated by the parties and approved by the Court.

3. The undersigned does not anticipate any further requests for extensions with regard to this motion as the outstanding issues are resolved and the brief submitted for final supervisory approval by Today.

4. While Defendants' maintain that this matter only presents issues of law, the factual and legal backgrounds are fairly lengthy. Defendants' brief, which, as of this morning, is approximately sixty pages, has required more than one round of supervisory review. Plaintiffs have consented to a brief that exceeds the page limits. This enlargement will enable Defendants to ensure a fully responsive brief that also supports disposition as a matter of law.

5. The undersigned acknowledges and appreciates that Plaintiffs' have demonstrated a spirit of co-operativeness, which Defendants have reciprocated.

WHEREFORE, Defendants respectfully request that this enlargement be granted. A minute order is respectfully requested.

February 19, 2008                             Respectfully submitted,

                                              _/s/_____
                                              JEFFREY A. TAYLOR, D.C. BAR # 498610
                                              United States Attorney

                                              _/s/_____
                                              RUDOLPH CONTRERAS, D.C. BAR # 434122
                                              Assistant United States Attorney

                                              _/s/_____
                                              KENNETH ADEBONOJO
                                              Assistant United States Attorney
                                              Judiciary Center Building
                                              555 4th Street, N.W. – Civil Division
                                              Washington, D.C. 20530
                                              (202) 514-7157
                                              (202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I certify that on this 19th day of February 2008, I caused the foregoing Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Enlarge to be served on Plaintiffs' attorney, Jason D. Wallach, Esq., via the Court's Electronic Case Filing system.

                                           _/s/_____
                                           KENNETH ADEBONOJO
                                           Assistant United States Attorney
                                           Judiciary Center Building
                                           555 4th Street, N.W. – Civil Division
                                           Washington, D.C.  20530
                                           (202) 514-7157
                                           (202) 514-8780 (facsimile)