# SMITH

# EXHIBIT   H1

```
5H    PAR5A  540*23 *          SENTENCE MONITORING              02-04-2004
      PAGE 001        *        COMPUTATION DATA              11:21:56
                               AS OF 02-04-2004
```

REGNO..: 05639-000 NAME: SMITH, DARIUS C

```
FBI NO...........: 635019MA8      DATE OF BIRTH:      -1969
ARS1.............: LEE/A-DES
UNIT.............: J               QUARTERS.....: J02-207L
DETAINERS........: NO              NOTIFICATIONS: NO
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  LIFE

-----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

```
COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F-12101-92D,E,F
JUDGE...........................: ALPRIN
DATE SENTENCED/PROBATION IMPOSED: 04-06-1994
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 03-17-1995
HOW COMMITTED...................: DC SUPERIOR COURT COMT
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:
```

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

-----------------------CURRENT OBLIGATION NO: 010 -----------------------

```
OFFENSE CODE....:   621
OFF/CHG: T22 2403 SECOND DEGREE MURDER WHILE ARMED, T22 3204 POSS
         OF A F/A DURING A CRIME OF VIOLENCE, T22 3204 CARRY PISTOL
         WITHOUT A LICENSE.

 SENTENCE PROCEDURE.............: DC GTCA ADULT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.: LIFE
 MINIMUM TERM...................:     15 YEARS
 DC MANDATORY MINIMUM TERM......:      5 YEARS
 DATE OF OFFENSE................: 11-21-1992

 REMARKS.......: CT D - 5 TO 15 YEARS (5 YEAR MANDATORY MINIMUM APPLIES)
                 CT E - 1 YEAR
                 CT F - 15 YEARS TO LIFE (5 YEAR MANDATORY MINIMUM APPLIES)
5H               ALL COUNTS CONCURRENT TO EACH OTHER.
```

G0002      MORE PAGES TO FOLLOW . . .


GOVERNMENT EXHIBIT

```
5H    PAR5A  540*23 *           SENTENCE MONITORING          *    02-04-2004
PAGE 002 OF 002 *              COMPUTATION DATA          *    11:21:56
                               AS OF 02-04-2004
```

REGNO..: 05639-000 NAME: SMITH, DARIUS C

------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 09-03-2002 AT LEE AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN..........: 04-06-1994
TOTAL TERM IN EFFECT............: LIFE
TOTAL TERM IN EFFECT CONVERTED..: LIFE
EARLIEST DATE OF OFFENSE........: 11-21-1992

JAIL CREDIT.....................:      FROM DATE       THRU DATE
                                      06-11-1993      04-05-1994

TOTAL JAIL CREDIT TIME..........: 299
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 0
TOTAL SGT POSSIBLE..............: 0
PAROLE ELIGIBILITY..............: 02-26-2005
STATUTORY RELEASE DATE..........: N/A
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: LIFE

NEXT PAROLE HEARING DATE........: 05-00-2004
TYPE OF HEARING.................: INITIAL

PROJECTED SATISFACTION DATE.....: N/A
PROJECTED SATISFACTION METHOD...: LIFE
```

S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE

# SMITH

# EXHIBIT   H2

SUPER~~IOR COU~~RT OF THE DISTRICT OF ~~COLUM~~BIA

United States of America
District of Columbia

*Darius C. vs. Smith*

143

Case No. _F1210___
PDID No. _437___

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☒ Not Guilty ☐ Guilty to the Charge(s) of ____
COUNT D - POSSESSION FIREARM DURING A CRIME OF VIOLENCE,
COUNT E - CARRYING A PISTOL WITHOUT A LICENSE, COUNT F - MURDER II while armed
and having been found guilty by ☒ Jury ☐ Court, it is hereby ORDERED that the defendant has been
convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to ____
COUNT D - FIVE TO FIFTEEN YEARS
COUNT E - ONE YEAR
COUNT F - FIFTEEN YEARS TO LIFE
ALL COUNTS ARE TO RUN CONCURRENT TO EACH OTHER

☒ MANDATORY MINIMUM term of  5 YEARS Count D  5 Years Count F  applies to the sentence imposed.

☐ MANDATORY MINIMUM term does not apply.

☒ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for
the period imposed above.

☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and super-
vision provided by the D.C. Department of Corrections pursuant to Title 24, Section 803[b] of the D.C. Code
[Youth Rehabilitation Act 1985].

☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division,
and it is further ORDERED that while on probation the defendant observe the following marked conditions
of probation:

  ☐ Observe the general conditions of probation listed on the back of this order.

  ☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with
  written notice from your Probation Officer.

  ☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows:

  ☐ Restitution of $_____ in monthly installments of $_____ beginning _____
  (see reverse side for payment instructions). The Court
  will distribute monies to _____

  ☐ _____

*A TRUE COPY*
*TEST: 022395*

Costs in the aggregate amount of $_____ have been assessed under the Victims of Violent Crime
Compensation Act of 1981, and ☐ have ☐ have not been paid.

ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the
copy shall serve as the commitment/order for the defendant.

4/6/94
Date

_____
Judge

Certification by Clerk pursuant to Criminal Rule 32(d).

4/6/94
Date

PST attached

_____
Deputy Clerk

GOVERNMENT EXHIBIT B

# SMITH

# EXHIBIT    H3

## HEARING SUMMARY

**Name: Smith, Darius**                                    **Reg No: 05639-000**

### Hearing Parameters

Hearing Type .................................: **Initial**

Hearing Date .................................: 6/22/04

Examiner.......................................: Rob Haworth

Institution .....................................: Lee County USP

### Sentence Parameters

Sentence Type................................: **DC Parole Eligible**

MR/Statutory Release ..................: None

Full Term Date..............................: Life

Months in Custody.......................: 132 as of 6/10/04

Fines/Restitution/Assessment ......: None

Detainer.........................................: None

**Additional text regarding the above parameters:** None

---

### Prior Action & Institutional Factors

**Prior Action:** None.

**Codefendants:** Leo Spriggs – Subject stated Spriggs cooperated and testified against him. He stated that Spriggs received 5-15 years for manslaughter. This information cannot be verified by this examiner.

**Representative & Representative's Statement:** None. However, CODE Coordinator Francine Hellare attended the hearing and made statements about subject's participation in CODE. There will be more information on that later in this report.

**Prisoner's Statement:** The subject admitted that he committed this offense. He admitted that he shot the victim. He stated he did not know the victim. He was with codefendant Spriggs and claimed that Spriggs had a dispute with the victim and that Spriggs instructed subject to shoot in the victim's car. The subject stated they only intended to scare the victim and did not intend to kill him. Subject acknowledged how irresponsible his decision was to fire these shots at the victim. He expressed what appeared to be sincere remorse for the victim. The subject stated during the hearing that he incorrectly felt that his allegiance was to his codefendant and that he would give anything if he could change that. He was immature and young when this happened.

### Disciplinary Infractions

The Prehearing Assessment describes three serious disciplinary reports.

**No. 1 - BOP Incident Report No. 522943**



**Description of Behavior:** Assault: On 5/2/97 the subject Assaulted another Prisoner with a Knife. The DHO report shows that the subject and the other prisoner had a disagreement during a basketball game. The subject attacked the other prisoner in his cell and cut the other prisoner on the arm. The report shows that subject entered the cell swinging a homemade knife at the victim.

**Prisoner's Response:** The subject admitted that he cut inmate Lyons. However, the subject stated that Lyons had the homemade knife and he took it away from Lyons. He stated that he made no excuses for this incident and knows that it was very serious.

This examiner agrees with the Prehearing Assessment that the offense should be rated new criminal conduct of Category Seven severity. The way the incident is described in the DHO report it appears that subject did intend to inflict serious bodily injury. The DHO report does not support subject's claim that inmate Lyons had the knife.

**Findings of Fact:** This examiner finds that the subject violated the rules of the institution as indicated in the above violation.

**Basis:** DHO finding of 10/9/97.

**Severity:** Category Seven because it involved Assault with Serious Bodily Injury Intended.

**Rescission Guideline:** 64-92 months.

**No. 2 - BOP Incident Report No. 494672**

**Description of Behavior:** Possession of a Weapon: On 5/12/97 a homemade shank was found in subject's cell.

**Prisoner's Response:** The subject admitted to this charge.

**Findings of Fact:** This examiner finds that the subject violated the rules of the institution as indicated in the above violation.

**Basis:** Your admission.

**Severity:** Category Three because it involved Possession of a Weapon.

**Rescission Guideline:** 12-16 months.

**No. 3 - BOP Incident Report No. 586186**

**Description of Behavior:** Possession of a Weapon: On 5/14/98 subject was reported for possessing a homemade weapon.

**Prisoner's Response:** Subject admitted to the violation.

**Findings of Fact:** This examiner finds that the subject violated the rules of the institution as indicated in the above violation.

**Basis:** Your admission.

**Severity:** Category Three because it involved Possession of a Weapon.

**Rescission Guideline:** 12-16 months.

**Program Achievement:** The record shows that subject has been involved in programs at one level or another since 1998. He received a certificate that year for participating in Group Counseling. In 1999 he completed Anger Management and Group Counseling Course. In 2000 he participated in Counseling. Also in 2000 he completed Creative Writing and Parenting.

The subject's most significant programming began when he entered the CODE Program at Lee County USP. For the past 2 years he has participated in CODE and completed that program 11/25/03. Code Coordinator Francine Hellare attended the hearing and stated the subject completed 412 hours CODE Program during the 2-year period. Those programs include Anger Management, Victim Impact and other Core Curriculum. Ms.

Hellare stated the subject also participated in programs outside the CODE completing Anger Management, Real Estate, Hitting the Streets, Corporate Law and he has consistently received good work reports. The subject is currently assigned to the Associate Warden's Office as an Orderly.

The subject's program accomplishments can be considered superior for approximately 3 years his most significant accomplishments have been as part of the CODE Program. It is recommended that he receive a 12-month reduction for superior program achievement.

**Superior Program Achievement Award Recommendation:** This recommendation includes a 12-month credit for Superior Program Achievement; specifically, the CODE Program which includes all of the Core Curriculum. You also completed Anger Management, Corporate Law, Real Estate and Parenting. Additionally, you have consistently received good work reports and you have kept clear conduct for the past 6 years.

**Release Plans:** The subject plans to live in Greenbelt, MD when released. During the hearing he presented this examiner with a packet of letters showing good family and community support. He also presented a release prevention plan that he prepared.

## Guideline Parameters, Evaluation & Recommendation

**Salient Factor Score:**  8.
**Base Point Score:**   5.

```
Base Point Score Guideline Range: ...............................18-24
Months to Parole Eligibility Date: ...............................140-140
Disciplinary Guideline SINCE Last Hearing: ...............88-124
Superior Program Achievement SINCE Last Hearing: ...12-12
Total Guideline Range: ...............................................234-276
```

**Evaluation:** This subject is currently approximately 102 months away from the bottom of his guidelines. There is no reason to go outside the guidelines in this case. It is recommended that parole be denied and that he receive a 5-year setoff.

**Recommendation:** Schedule for a Reconsideration Hearing in June 2009.

**Conditions:** None.

**Statutory Interim Hearing:** None.

**Guideline Use:** A departure from the guidelines at this consideration is not warranted.

**Additional Text:** None.

**Executive Reviewer's Comments:**


JRH/PAH
June 25, 2004

# SMITH

# EXHIBIT    H4

U.S. Department of Justice                                 **Notice of Action**
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

| | |
|---|---|
| Name: SMITH, Darius | Institution: Lee County USP |
| Register Number: 05639-000 | Date: July 20, 2004 |
| DCDC No: 257-494 | |

In the case of the above-named, the following parole action was ordered:

Deny parole. Continue to a Reconsideration Hearing in June 2009.

**REASONS:**

Your Total Guideline Range is 234-276 months. See the attached sheet for the components that make up your Total Guideline Range. These components are your Salient Factor Score; Base Point Score; Base Point Score Guideline Range; Months Required to Serve to Parole Eligibility Date; Disciplinary Guidelines (if applicable); and Superior Program Achievement Award (if applicable).

You have been in confinement as a result of your current offense behavior for a total of 133 months as of June 22, 2004.

After consideration of all factors and information presented, a decision outside the Total Guideline Range at this consideration is not found warranted.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:     CSS Data Management Group
        D.C. Court Services & Offender Supervision Agency
        300 Indiana Avenue, N.W., Suite 2149
        Washington, D.C. 20001



## SALIENT FACTOR SCORE (SFS-98)

| Your Pts | Salient Factor Score (SFS-98) Item Explanations |
|---|---|

**2**    A - Prior convictions/adjudications (adult or juvenile) None = 3; One = 2; Two or three = 1; Four or more = 0

**2**    B - Prior commitments of more than thirty days (adult or juvenile) None = 2; One or two = 1; Three or more = 0

**2**    C - Age at commencement of the current offense/prior commitments of more than thirty days (adult or juvenile) (see table below for an explanation)

**1**    D - Recent commitment free period (three years)
No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1; Otherwise = 0

**1**    E - Probation/parole/confinement/escape status violator this time
Neither on probation, parole, confinement, or escape status at the time of the current offense; nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0

**0**    F - Older offenders
If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) = 1; Otherwise = 0

**8**    Salient Factor Score (SFS-98) (sum of points for A-F above)

### BASE POINT SCORE

| Your Pts | Base Point Score Category Explanations |
|---|---|

**0**    I - Contribution from Salient Factor Score
10-8 (Very Good Risk) = 0; 7-6 (Good Risk) = +1; 5-4 (Fair Risk) = +2; 3-0 (Poor Risk) = +3

**2**    II - Current or Prior Violence
Violence in current offense and any felony violence in two or more prior offenses = +4; Violence in current offense and any felony violence in one prior offense = +3; Violence in current offense = +2; No violence in current offense and any felony violence in two or more prior offenses = +2; Possession of firearm in current offense if current offense is not scored as a crime of violence = +2; No violence in current offense and any felony violence in one prior offense = +1

**3**    III - Death of Victim or High Level Violence (Category III points are added to points scored in Categories I and II)
Current offense was high level or other violence with death of victim resulting = +3; Current offense involved attempted murder or violence in which death of a victim would have been a probable result = +2; Current offense was other high level violence = +1

**5**    Base Point Score (sum I-III above)

---

## DISCIPLINARY GUIDELINES

You have behavior that constitutes new criminal conduct in a prison facility or community corrections center, which is rated as Category Three severity because it involved possession of a homemade knife. This requires 12-16 months to be added to your base point score guideline range.

You have behavior that constitutes new criminal conduct in a prison facility or community corrections center, which is rated as Category Three severity because it involved possession of a homemade knife. This requires 12-16 months to be added to your base point score guideline range.

You have behavior that constitutes new criminal conduct in a prison facility or community corrections center, which is rated as Category Seven severity because it involved assault with serious bodily injuries intended. This requires 64-92 months to be added to your base point score guideline range.

You have an aggregate disciplinary guideline range of 88-124 months, which is to be added to your base point score guideline range.

## SUPERIOR PROGRAM ACHIEVEMENT AWARD

You have been granted a reduction of 12 month(s) from your Total Guideline Range for superior program achievement. This was granted because you completed the CODE Program, which includes all of the Core Curriculum. You also completed Anger Management, Corporate Law, Real Estate and Parenting. Additionally, you have consistently received good work reports and you have kept clear conduct for the past 6 years.

## TOTAL GUIDELINE RANGE

18 — 24  Base Point Score Guideline Range
140 - 140  Months Required to Serve to Parole Eligibility Date
88 - 124  Disciplinary Guideline Range
less 12 — 12  Superior Program Achievement Award (if applicable)

234 - 276  Total Guideline Range



| Base Point Score Guideline Range | | Points For SFS Item C | | |
|---|---|---|---|---|
| Base Point Score | Guideline Range | | Prior Commitments | |
| | | | 0-3 | |
| 3 or less | 0-10 months | | 3 | 2 |
| 4 | 12-16 months | | | 0 |
| | 18-24 months | | 22-25 | 0 |
| 9 | 26-36 months | | | |
| | 54-72 months | | 20-21 | 0 | 0 |
| 8 | 72-96 months | | | |
| 9 | 116-150 months | | | |
| 10 | 136-172 months | | 0-19 | 0 | 0 | 0 |