UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TONY R. SELLMON, et al.,               ) | |
|                                        ) | |
|         Plaintiffs,                    ) | |
|                                        ) | |
|                                        ) | Civil Action No. 06-1650 (ESH) |
|     v.                                 ) | (ECF) |
|                                        ) | |
| EDWARD F. REILLY, JR., et al.,         ) | |
|                                        ) | |
|         Defendants.                    ) | |

**DEFENDANTS' MOTION TO EXTEND TIME TO FILE A STATEMENT OF
GENUINE ISSUES IN RESPONSE TO PLAINTIFFS' JOINT AND
INDIVIDUAL STATEMENTS OF MATERIAL FACTS**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants respectfully request an enlargement of time up to and including February 21, 2008, to file a Statement of Genuine Issues in Response to Plaintiffs' Joint and Individual Statement of Material Facts. In support of this motion, Defendants state the following:

1. A short while ago, Defendants filed their Motion for Judgment on the Pleadings or in the Alternative to Transfer and Opposition to Plaintiffs' Motion for Summary Judgment.

2. Defendants' Statement of Genuine Issues in Response to Plaintiffs' Joint and Individual Statements of Material Facts is substantially complete. However, in light of the technicalities involved, the undersigned seeks this brief extension to consult with Agency Counsel.

3. The undersigned does not anticipate any further requests for extensions with regard to this specific request.

4. Pursuant to LCvR 7(m), the undersigned sent opposing counsel an email seeking consent after the close of business and understandably has not heard back.

5. This request should be minimally inconvenient and prejudicial to the parties whose pleadings will be due five days from the dates currently set by the court.

WHEREFORE, Defendants respectfully request that this enlargement be granted. A minute order is respectfully requested.

February 20, 2008                    Respectfully submitted,

                                                             /s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                                             /s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                                                             /s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)

## **CERTIFICATE OF SERVICE**

I certify that on this 20th day of February 2008, I caused the foregoing Defendants' Motion to Enlarge Time to File a Statement of Genuine Issues in Response to Plaintiffs' Joint and Individual Statement of Material Facts to be served on Plaintiffs' attorney, Jason D. Wallach, Esq., via the Court's Electronic Case Filing system.

                                                                 _/s/_____
                                                                KENNETH ADEBONOJO
                                                                Assistant United States Attorney
                                                               Judiciary Center Building
                                                               555 4th Street, N.W. – Civil Division
                                                               Washington, D.C.  20530
                                                               (202) 514-7157
                                                               (202) 514-8780 (facsimile)