UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TONY R. SELLMON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-1650(ESH) |
| ) | |
| EDWARD F. REILLY, Jr., ) | |
| Chairman of the United ) | |
| States Parole Commission, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE

Edward F. Reilly, Jr., Chairman, United States Parole Commission ("USPC"), Cranston J. Mitchell, Deborah Spagnoli, Patricia Cushwa and Isaac Fulwood, Jr., Commissioners, USPC, in their official capacities (collectively "Defendants"), by and through the undersigned hereby submit this notice of filing of Opposition to Plaintiffs' Motion for Summary Judgment, Docket Entries 45 and 46. Attached hereto as Defendants' Statements of Genuine issues in Response to Plaintiffs' Individual and Joint Statements of Material Fact.

February 21, 2008                           Respectfully Submitted,

    /s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    /s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

    /s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
555 Fourth Street, N.W.

Washington, D.C.  20530
(202) 514-7157
kenneth.adebonojo@justice.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that service of the foregoing Notice of Filing of Opposition to Plaintiffs' Motion for Summary Judgment, Docket Nos 45 and 46 was sent by e-mail to:

Jason D. Wallach, Esq.
DICKSTEIN SHAPIRO, LLP
1825 Eye Street, NW
Washington, D.C. 20006

at wallachj@docksteinshapiro.com

on this 21st day of February, 2008.

      /s/
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.,
Washington, DC  20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov