UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TONY R. SELLMON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-1650(ESH) |
| ) | |
| EDWARD F. REILLY, Jr., ) | |
| Chairman of the United ) | |
| States Parole Commission, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION PURSUANT TO LCvR 7(e) FOR LEAVE TO EXCEED PAGE LIMIT**

Edward F. Reilly, Jr., Chairman, United States Parole Commission ("USPC"), Cranston J. Mitchell, Deborah Spagnoli, Patricia Cushwa and Isaac Fulwood, Jr., Commissioners, USPC, in their official capacities (collectively "Defendants"), by and through the undersigned hereby submit this Motion for Leave to Exceed Memorandum of Law Page Limit pursuant to LCvR 7(e) *nunc pro tunc*. Prior to filing the brief, Defendants sought and obtained Plaintiffs' consent.

February 21, 2008                          Respectfully Submitted,

                                            /s/_____
                                            JEFFREY A. TAYLOR, D.C. BAR # 498610
                                            United States Attorney

                                            /s/_____
                                            RUDOLPH CONTRERAS, D.C. BAR #434122
                                            Assistant United States Attorney
                                            /s/_____
                                            KENNETH ADEBONOJO
                                            Assistant United States Attorney
                                            555 Fourth Street, N.W.
                                            Washington, D.C.  20530
                                            (202) 514-7157
                                            kenneth.adebonojo@justice.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that service of the foregoing Motion to Exceed Memorandum of Law Page Limit Pursuant to LCvR 7(e) was sent by e-mail to:

  Jason D. Wallach, Esq.
  DICKSTEIN SHAPIRO, LLP
  1825 Eye Street, NW
  Washington, D.C. 20006

  at wallachj@dicksteinshapiro.com

on this 21st day of February, 2008

                                                   /s/
                                           KENNETH ADEBONOJO
                                           Assistant United States Attorney
                                           Judiciary Center Building
                                           555 4th Street, N.W.,
                                           Washington, DC  20530
                                           (202) 514-7157
                                           kenneth.adebonojo@usdoj.gov