UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TONY R. SELLMON, et al.,    :  | |
| : | |
| Plaintiffs,    : | |
| : | |
| v.    : | Civil Action No. 06-1650 (ESH) |
| : | |
| EDWARD F. REILLY, JR., et al.,    : | |
| : | |
| Defendants.    : | |

**CONSENT MOTION OF PLAINTIFFS TO EXTEND THE TIME FOR
THE FILING OF PLAINTIFFS' REPLY BRIEFS IN SUPPORT OF
THEIR MOTIONS FOR SUMMARY JUDGMENT AND
OPPOSITION BRIEF TO DEFENDANTS' DISPOSITIVE MOTIONS**

Pursuant to Federal Rule of Civil Procedure 6 and Local Civil Rule 16.4, Plaintiffs respectfully move the Court to extend the deadline for Plaintiffs to file their briefs in opposition to Defendants' dispositive motions and in reply to Defendants' opposition to Plaintiffs' motions for summary judgment until Monday, March 17, 2008. In support of this motion, Plaintiffs offer the following reasons and authorities.

On February 20, 2008, Defendants filed briefs and supporting materials in opposition to Plaintiffs' motions for summary judgment and in support of Defendants' motions to dismiss and for judgment on the pleadings. Plaintiffs are in the process of preparing reply and opposition briefs addressing Defendants' February 20 briefs and expect to be able to complete and file such briefs by March 17, 2008. As a result, Plaintiffs request that the Court extend the deadline for their reply and opposition briefs to March 17, 2008, and the deadline for Defendants' reply briefs in support of their motions to dismiss and for judgment on the pleadings until March 24, 2008.

2404509

Defendants' counsel consents to Plaintiffs' requested extension. There have been no prior extensions of these deadlines.

Plaintiffs refer this Court to the following authorities in support of this motion:

1. Federal Rule of Civil Procedure 6(b)(1);

2. the consent of the parties;

3. Local Civil Rule 16.4; and

4. the equitable powers of this Court.

WHEREFORE, Plaintiffs respectfully request that this Court grant this motion.

Dated: March 4, 2008                                Respectfully Submitted,

                                        By:    /s/ Jason D. Wallach
                                               Jason D. Wallach (Bar No. #456154)
                                               DICKSTEIN SHAPIRO, LLP
                                               1825 Eye Street, NW
                                               Washington, D.C. 20006
                                               (202) 420-2268
                                               (202) 379-9209 facsimile

                                               Attorneys for Plaintiffs

2404509