UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TONY R. SELLMON, et al.,** | : |
| | : |
| **Plaintiffs,** | : |
| | : |
| v. | : Civil Action No. 06-1650 (ESH) |
| | : |
| **EDWARD F. REILLY, JR., et al.,** | : |
| | : |
| **Defendants.** | : |

CONSENT MOTION OF PLAINTIFFS TO EXTEND THE TIME FOR
THE FILING OF PLAINTIFFS' REPLY BRIEFS IN SUPPORT OF
THEIR MOTIONS FOR SUMMARY JUDGMENT AND
<u>OPPOSITION BRIEF TO DEFENDANTS' DISPOSITIVE MOTIONS</u>

Pursuant to Federal Rule of Civil Procedure 6 and Local Civil Rule 16.4, Plaintiffs respectfully move the Court to extend the deadline for Plaintiffs to file their briefs in opposition to Defendants' dispositive motions and in reply to Defendants' opposition to Plaintiffs' motions for summary judgment until Wednesday, March 19, 2008 and the time for Defendants to file their reply brief in support of their dispositive motions until Wednesday, March 30, 2008. In support of this motion, Plaintiffs offer the following reasons and authorities.

On February 20, 2008, Defendants filed briefs and supporting materials in opposition to Plaintiffs' motions for summary judgment and in support of Defendants' motions to dismiss and for judgment on the pleadings. Plaintiffs expected to be able to complete and file their briefs in opposition and reply to Defendants' briefs by March 17, 2008, but require additional time to finalize the briefs and materials supporting those briefs. As a result, Plaintiffs request that the Court extend the deadline for their reply

2404509

and opposition briefs to March 19, 2008.  When Plaintiffs' counsel contacted Defendants' counsel to request consent to this Motion, Defendants' counsel requested that Defendants be given fourteen days to submit their reply briefs in support of their dispositive motions.

Defendants' counsel consents to Plaintiffs' requested extension, and Plaintiffs' counsel consents to Defendants' requested extension.  There has been one prior extension of these deadlines.

Plaintiffs refer this Court to the following authorities in support of this motion:

1. Federal Rule of Civil Procedure 6(b)(1);
2. the consent of the parties;
3. Local Civil Rule 16.4; and
4. the equitable powers of this Court.

WHEREFORE, Plaintiffs respectfully request that this Court grant this motion.

Dated:  March 13, 2008                              Respectfully Submitted,

By:   /s/ Jason D. Wallach
Jason D. Wallach (Bar No. #456154)
DICKSTEIN SHAPIRO, LLP
1825 Eye Street, NW
Washington, D.C. 20006
(202) 420-2268
(202) 379-9209 facsimile

Attorneys for Plaintiffs

2404509