# Exhibit C
# Part 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TONY R. SELLMON, et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 06-1650 (ESH) |
| | : |
| EDWARD F. REILLY, JR., et al., | : |
| | : |
| Defendants. | : |
| | : |

## DECLARATION OF JASON D. WALLACH

I, Jason Wallach, declare, under penalty of perjury, that the following is true:

1.  I am an attorney at the law firm of Dickstein Shapiro LLP, counsel of record for Plaintiffs Curtis Eason, James Gambrell, Carlton Martin, Charles Phillips, Tony R. Sellmon, Darius Smith, Daru Swinton, and Benson West-El in the above-captioned action, and am admitted to practice before this Court.  I have personal knowledge of the facts set forth in this Affidavit, and if called as a witness, I would testify competently to such facts under oath.

2.  I was integrally involved at every stage of the factual investigation in this case.  I both personally reviewed the documents produced by Defendants and the United States Parole Commission (the "USPC") in this litigation and oversaw the review by others of those documents.

3.  In their memorandum in support of their motion to dismiss or for judgment on the pleadings, Defendants make various arguments regarding an analysis the USPC alleges it performed of a sample of 100 decisions of the District of Columbia Board of Parole (the "D.C. Parole Board" or "Board") from 1997.  First, Defendants assert that:

> Consistent with the provisions of the 1987 guidelines, the Parole Board's
> actual practice under [the 1987] guidelines was to frequently depart from

DSMDB-2410514v03

> its numerical prognoses. 63 Fed. Reg. 39172 (July 21, 1998). When the USPC assumed the parole responsibilities of the D.C. Board in 1998, it found that the Board departed from its guidelines in more than half of its cases. *Id.*

Defs. Mot. at 25.

4. Defendants' Motion also asserts that "[t]he USPC's intentions [in revising the Board's 1987 Regulations] were to clarify procedures to increase fairness and administrative efficiency, and to improve the point score by incorporating factors into the score that had been frequently used by the D.C. Board as grounds for upward departures from the 1987 guidelines." *Id.* at 27. Defendants explain that "the 1998 guidelines expanded the TPS [Total Point Score] to include the degree of violence in the prisoner's current offense and the number of violent crimes on the prisoner's prior record previously considered by the D.C. Board in its actual practice under the 1987 guidelines." *Id.*

5. Finally, Defendants' Motion argues that:

> The USPC's own random sampling of one-hundred D.C. Board of Parole cases confirmed the practice of the[] reported cases [cited by Defendants]. When the USPC assumed the parole responsibilities of the D.C. Board in 1998, it found that the Board departed from its guidelines in more than half of its cases. 63 Fed. Reg. 39172 (July 21, 1998). Simply put, the Board's actual practice under the 1987 guidelines was to frequently depart upwardly from the guidelines, especially in the cases of violent offenders.

Defs. Mot. at 43-44.

6. The USPC's Supplementary Information to its interim rules for D.C. Code offenders at 63 Federal Register 39172 that Defendants' Motion cites in support of the above arguments describe the bases that the USPC identified as its reasons for revising the parole guidelines used by the D.C. Parole Board as follows:

> After an extensive review of the relevant regulations of the Board of Parole of the District of Columbia, as currently set forth in the District of Columbia Code of Municipal Regulations, the Commission decided to republish them with appropriate revisions.
>
> . . .

DSMDB-2410514v03

The continued use of th[e] [D.C. Parole Board's] point score system by the D.C. Board of Parole has resulted in a high rate of upward departures from the guidelines. For example, in a random sample of 100 cases decided by the D.C. Board of Parole in 1997, the Commission found departures in more than half of the cases. Factors cited by the Board to justify departures most often appear to involve aspects of the prisoner's current offense or criminal history that indicate a risk of violent recidivism. . . . The guidelines set forth below retain the basic framework of the Board's guidelines, but incorporate factors that would otherwise be expected to result in decisions outside the guidelines. The Commission intends this improved point score system to serve the Board's original purpose of predicting violent crime and incapacitating offenders with a high probability of serious recidivism. It is also intended to reduce the potential for unwarranted disparity that can be produced by the frequent exercise of unguided discretion.

. . .

Although the frequencies of extremely violent crimes (murder, rape, etc.) proved too small to yield empirical research results, the Commission decided that such cases present implied risk levels that would either justify repeated departures, or the inclusion of the relevant factors in the guideline system itself. The latter option was chosen. What constitutes "violent crime" in the current offense has therefore been given differentiation so that cases of "high level" violence receive appropriate point enhancements. This is consistent with past D.C. practice. The Board of Parole's current point score table assigns a one point enhancement for violence, regardless of the nature and seriousness of the crime, notwithstanding the factors at 28 DCMR 204.18. Departures are therefore frequent for cases of "unusual cruelty to victims," which appears to correlate with "high level violence" as defined by the Parole Commission in Category III of the revised point score.

. . .

In sum, although some of the "type of risk" factors that indicate a prisoner's potential for violent recidivism are given increased weight in the new scoring system, this will render unnecessary the unstructured discretionary departures that were frequently ordered by the D.C. Board of Parole in the past to compensate for an inadequate violence prediction ("type of risk") scale.

7. During discovery in this case, Plaintiffs requested "[a]ll documents . . . regarding the 1997 'random sample' of Board of Parole decisions described in the USPC's interim rules entitled 'Paroling, Recommitting, and Supervising Federal Prisoners: Prisoners Serving Sentences under the District of Columbia Code.'" In response to Plaintiffs' request, Defendants

3

stated that "[t]o the best of its ability, Defendants have collected this information in a central location at USPC headquarters, and Defendants will make these documents available for inspection and copying for Plaintiffs."

8. Plaintiffs arranged to have their copy service retrieve and copy the materials regarding the 1997 "random sample" of Board of Parole decisions from Defendants' business address.

9. The attachments to this affidavit include all of the materials that Defendants produced in response to Plaintiffs' requests for documents regarding the USPC's 1997 "random sample" of Board of Parole decisions. These materials include:

a. a seventeen-page document entitled "Preliminary Results from 100 Case Sample (3/27/98)" that lists the names and D.C. Department of Corrections ("DCDC") numbers of fifty individuals and other information regarding those individuals' current offense and prior violence and drug offenses (by codes as indicated on page 16 and in Appendix 1 of the report) and the D.C. Parole Board's decisions regarding their requests for parole;

b. thirty-four forms labeled "Coding Form DC 100 Case Sample (1/14/98)" or "Coding Form DC 100 Case Sample (1/26/98)" with the names and DCDC numbers of thirty-four individuals; and

c. a two-page document listing "Violence Codes" for Items 23 through 27 and "Negative Institutional Behavior Codes" for Items 36 through 38 of the coding forms (the document indicates Items 40 through 42 of the coding forms, but this appears to be an error, because the coding forms only go through Item 38 and Items 36 through 38 are under the heading "Negative Institutional Behavior").

DSMDB-2410514v03

10.   Also attached are summaries prepared by me of the information contained on the materials produced by Defendants regarding the 1997 "random sample" Board of Parole decisions.

11.   Tab 1 contains the item described in subparagraph a of paragraph 8 above.  This document appears to list fifty (50) of the individuals included in the USPC's sample of 100 D.C. Parole Board decisions.

12.   Tab 2 contains the item described in subparagraph b of  paragraph 8 above. These thirty-four (34) coding forms appear to provide information regarding thirty-four individuals in the USPC's sample of 100 D.C. Parole Board decisions.  Five of these coding forms, however, are for individuals listed in the "Preliminary Results from 100 Case Sample (3/27/98)" attached at Tab 1.  Thus, these coding forms provide information for an additional twenty-nine (29) individuals in the USPC's sample who were not listed in the "Preliminary Results from 100 Case Sample (3/27/98)".

13.   Tab 3 contains the item described in subparagraph c of paragraph 8 above.

14.   Defendants produced information in discovery for a total of seventy-nine (79) individuals from the USPC's sample of 100 D.C. Parole Board decisions.  Defendants did not produce any information regarding the remaining twenty-one (21) individuals in the USPC's sample.

15.   The document labeled "Preliminary Results from 100 Case Sample (3/27/98)" and the coding forms provide the names and DCDC numbers of seventy-nine (79) individuals, but only provide information regarding the D.C. Parole Board's decisions at the parole hearings of seventy-seven (77) of the seventy-nine (79) individuals.  The D.C. Parole Board's decisions at the initial parole hearings of the other two individuals are unknown.

DSMDB-2410514v03

16. Included in the information regarding the D.C. Parole Board's decision concerning the seventy-seven (77) individuals is information indicating whether the D.C. Parole Board departed from the action indicated for an individual's total point score by Sections 204.19 and 204.20 of the 1987 Regulations or from its ordinary setoff timeframes in rendering its decision, a numerical code representing the reasons for a departure if one was made either from the numerical guidelines or from the setoff timeframes, and a description of the offense.

17. I took the information on the document labeled "Preliminary Results from 100 Case Sample (3/27/98)" and entered it into a spreadsheet. Each row in the spreadsheet represented a different individual and captured the information from the document at Tab 1 for that individual's offense, SFS, total point score (as reflected in the materials Defendants produced or as calculated based on an individual's SFS, the type of risk assessment in the Board's 1987 Regulations, and any points for positive or negative institutional behavior identified), and the bases recorded by the USPC as the reasons for the Board's departure from the total point score or from its setoff timeframes.

18. I took the information on the thirty-four coding forms produced by Defendants and either supplemented the information provided for an individual by the document at Tab 1 or added a row in the spreadsheet for an individual not listed on the document at Tab 1.

19. To distinguish between the D.C. Parole Board's departures from the actions indicated in 28 D.C.M.R. §§ 204.19 and 204.20 and its departures from the setoff timeframes, I looked to the total point score reflected for each individual at his or her initial parole hearing. If the total point score at the initial parole hearing was three or more (or 1 or more in the case of an individual sentenced under the Youth Rehabilitation Act ("YRA") as indicated on the preliminary results or coding form), I identified that individual as having been denied parole in accordance with the D.C. Parole Board's numerical guidelines, i.e., the Board did not depart

DSMDB-2410514v03

from its guidelines in such cases.  If the total point score at the initial hearing was two or less (or 0 for individuals sentenced under the YRA), I identified that individual as a situation where the D.C. Parole Board decided to depart from its numerical guidelines, and I recorded in my spreadsheet the codes listed as the reasons for the departure.

20.  Tab 4 contains two charts that translate the reasons for departure from a numbered code to the corresponding reason for departure.

21.  Tab 5 contains four charts that summarize the resulting departure data from the preliminary results document at Tab 1 and coding forms at Tab 2.

22.  I created the Tab 5 charts by categorizing the seventy-nine (79) individuals for which the Defendants produced information into seven categories:

 a.  Unknown Decision;

 b.  Decision Consistent with the Action Indicated in 28 D.C.M.R.

§§ 204.19 or 204.20 of 1987 Regulations for the Total Point Score;

 c.  Departure Reason Not Recorded;

 d.  Departure Based on Unusual Cruelty to the Victim;

 e.  Departure Based on a Prior Record of Violent Behavior;

 f.  Departure Based on Ongoing Criminal Behavior; and

 g.  Departure Based Solely on Negative Institutional Behavior or

Programming Deficiencies.

23.  The four charts in Tab 5 contain the following information:

 a.  The Report Summary lists the information I gathered from the records and coding sheets in chart form, including the numerical code and descriptive reasons for departures from the guidelines.

7

     b.  The Departure Reason Analysis Chart groups the seventy-nine cases into the seven categories and describes each offense.

     c.  The Offense Summary Chart summarizes each offense and shows whether it is a violent crime, or a crime with a high level of violence.

     d.  The Departure Summary Chart provides the number and percentages of inmates in each of the categories, excluding the two unknown decisions.

24.  The data show that the D.C. Parole Board only departed from its numerical guidelines in twenty-eight (28) of the 77 sample cases for which Defendants produced information.

25.  The data also show that more than half of the D.C. Parole Board's decisions for which Defendants produced information (63.64%) were consistent with the action prescribed by the Board's total point score under Section 204.19 and 204.20 of the 1987 Regulations.

26.  The data also show that 14.29% (4 individuals) of the D.C. Parole Board's departures were based on the Board's belief that the parole candidate's crime involved unusual cruelty to the victim and the Board departed based on the parole candidate's prior record of violence only in 10.71% of its departures (3 individuals).

27.  By contrast, the D.C. Parole Board based over 40% of its departures from its numerical guidelines on negative institutional behavior or needed programming (12 inmates).

28.  Twenty-six (26) of the seventy-nine (79) individuals from the sample for whom Defendants produced information were convicted of "high level violence" crimes, as those crimes are defined in 28 C.F.R. § 2.80(g).  Of the twenty-six (26) high level violence crimes, the D.C. Parole Board adhered to its numerical guidelines in fourteen (14) of those cases.  Of the remaining twelve (12) individuals, the D.C. Parole Board only cited unusual cruelty to the victim as grounds for the departure in three (3) cases.

8

29.  Plaintiffs believe that the results of Plaintiffs' counsel's analysis of the raw data produced by Defendants regarding the USPC's 100 case sample raises serious doubts regarding the accuracy of the USPC's representations in the Federal Register regarding its findings concerning the sample and of Defendants' representations in this case.

30.  I hereby certify that the documents attached at Tabs 1, 2, 3, and 4 are true and accurate copies of the documents produced by Defendants to Plaintiffs' counsel in the course of discovery.

I declare, under penalty of perjury under the laws of the United States of America, that the forgoing is true and correct.

3/19/2008

Jason D. Wallach

9

DSMDB-2410514v03

# Exhibit  1

PRELIMINARY RESULTS FROM 100 CASE SAMPLE (3/27/98)

1.

Current Offense:  2 separate murders (2nd degree)
SFS 4
Prior Violence: 18 (1981), 22 (1985)
Prior Drug -no
Firearm in Offense: yes
Sentence: 360 months
PE: 80 months
DC DECISION: 141+ months (59,58,51)
DC GL: 80 (3pts) [not counting 1 pt for disciplinary infraction]
USPC GL: 150+ months (aggravating factor of multiple separate offenses)
PROPOSED BASE POINTS=9 [200-230 months]

2.

Current Offense: Burglary of office building with intent to steal two computers and phone.
SFS4
Prior Violence -no
Prior Drug -no
Firearm in Offense: no
Sentence: 72 months
PE: 19 months
DC DECISION: 34+ months (67)
DC GL: 19 months (3pt?) (Not counting institutional behavior)
USPC GL: 12-16 or 18-24 months (depending on value)
PROPOSED BASE POINTS=2 (19 months)

3.

Current Offense: Rape  (Defendant also admitted attempting to kill another individual)
SFS5
Prior Violence -no
Prior Drug -no
Firearm in Offense: no
Sentence: 504 months
PE: 136 months
DC DECISION: 193+ months (69, 63, 64, 67)
DC GL: 136 months  (3pt) [not counting 1 pt for disciplinary and -1 pt for pa]
USPC GL: 150+ months (defendant was convicted of assault with intent to kill - specifics
not clear) (possible multiple separate offenses; 78-110 for rape alone)
PROPOSED BASE POINTS=7 [196-208 months]

4.

Current Offense: car jacking underlying offense, victim choked to point of

1

unconsciousness.  Victim received medical attention- no details on injury.  Conviction for unlawful use of vehicle.
SFS: 4
Prior Violence - 22 (1994)
Prior Drug - yes 5/93
Firearm in Offense: no
Sentence: 54 months
PE: 18 months
DC DECISION: 30+ months (67) neg inst behavior (#1), but no points for it
DC GL: 18 months (3pts) (not counting institutional behavior)
USPC GL: 48-60 or 64-78 month
PROPOSED BASE POINTS=3 or 6 [18 or 36-42 months]

5.
Current Offense: residential burglary - stole bicycle, and simple possession of heroin
SFS: 2
Prior Violence - 22 (1985)
Prior Drug - no
Firearm in Offense: no
Sentence: 144 months
PE: 36 months
DC DECISION: 60+ months (61, 64, 65, 67)
DC GL: 48 months (4pts) (not counting 1 pt for disc and -1 for pa)
USPC GL: 60-72 months
PROPOSED BASE POINTS= 4 [48-60 months]

6.
Current Offense: Att burglary II - no description
SFS: 10
Prior Violence - no
Prior Drug - no
Firearm in Offense: no?
Sentence: 48 months
PE: 34? months
DC DECISION: 44+? months (65,67)
DC GL: 34? Months (0 points)
USPC GL: 0-8 or 0-10 months depending on value of goods involved
PROPOSED BASE POINTS= 0 [34 months]

7.
Current Offense: crack sale while in possession of weapon
SFS: 3
Prior Violence - 22 (1985)
Prior Drug - yes 10/88, possible a second 11/88 (unclear if intervening arrests)

2

Firearm in Offense: yes
Sentence: 180 months
PE: 56 months
DC DECISION: 80 months (4 pts)
DC GL: 68 months  (Not counting -1 pt for pa)
USPC GL: 24-32 months (on weapon charge)
PROPOSED BASE POINTS=4 [68-76 months]

8.
Current Offense: Murder of a retarded man by kicking him to death (convicted of
manslaughter)
SFS: 3
Prior Violence - 1 (1956), 12 (1963)
Prior Drug - no
Firearm in Offense: no
Sentence: 499 months
PE: 108 months
DC DECISION: 132+ months (63)
DC GL: 120 months (4 pts)   [not including -1 pt for program achievement]
USPC GL: 180+ months
PROPOSED BASE POINTS=11 [332-374 months]

9.
Current Offense: one incident: robbery and car jacking, weapon fired striking person in
chest (injury or death not specified)
SFS: 3
Prior Violence - no
Prior Drug - no
Firearm in Offense: yes
Sentence: 432 months
PE: 94 months
DC DECISION: 106+ months (64, 62, 69) ?why is this a departure?
DC GL: 106 months (4pts) [not including +1 for disc (#6) and -1 pt for pa]
USPC GL: 100-148 months, or 148+ months
PROPOSED BASE POINTS= 7 [154-168 months]

10.
Current Offense: sale of crack $500 worth
SFS:5
Prior Violence - no
Prior Drug - yes (10/87
Firearm in Offense: no
Sentence: 90 months
PE: 26 months

3

DC DECISION:49+ months (64) escape noted in file
DC GL: 26+ months [not including 1 pt for disc and 1 pt for program achievement, escape noted]
USPC GL: Cat 3 (probably, might be 4) 18-24 months (+8-16 months) = 24-40 months
PROPOSED BASE POINTS=3 [26 months]

11.

Current Offense: Attempted murder (shot victim in chest after verbal argument with another person)
SFS: 7
Prior Violence - no
Prior Drug - yes
Firearm in Offense: yes
Sentence: 216 months
PE: 79 months
DC DECISION: 102+ months (64, 67)
DC GL: 79 months (2pts) [not including 1 pt for disc (#6) and 1 pt for pa]
USPC GL: 120+ months
PROPOSED BASE POINTS= 5 [97-103months]

12

Current Offense: robbery no details (and later escape)
SFS: 6
Prior Violence - no
Prior Drug - no
Firearm in Offense: no
Sentence: 96 months
PE: 30 months
DC DECISION: 42+ months (64, 67)
DC GL: 30 months (2 pts)
USPC GL: (36-48 months + 8-16 months) = 44-60 months
PROPOSED BASE POINTS= 2  [30 months]

13.

Current Offense: residential burglary
SFS: 2
Prior Violence - 24 (2/80)
Prior Drug - 1/90, 4/86
Firearm in Offense: no
Sentence: 108
PE: 24
DC DECISION: 47+ (-1 for spa) (61, 69, 67)
DC GL: 36
USPC GL: 60-72

4

PROPOSED BASE POINTS=4 [36-42 months]

14. Current Offense: rape of 10 year old.
SFS: 7
Prior Violence - no
Prior Drug - 6/87
Firearm in Offense: no
Sentence: 144 months.
PE: 32
DC DECISION: 80+ (63,57,67/ 63)   (-1 spa)
DC GL: 44
USPC GL: 64-92
PROPOSED BASE POINTS=5 [50-64 months]

15. Current Offense: armed burglary
SFS: 7
Prior Violence - no
Prior Drug - 10/87
Firearm in Offense: no
Sentence: 144??
PE: 36
DC DECISION: 47+ (67) 9-1 spa) (67)
DC GL: 48
USPC GL: 36-48
PROPOSED BASE POINTS= 5 [54-60 months]

16. Current Offense: Voluntary Manslaughter (or possibly murder)
SFS: 6
Prior Violence - 21 (12/92)
Prior Drug - 1/88
Firearm in Offense: no
Sentence: 108
PE: 24
DC DECISION: 69+ (+1 disc; -1 spa; -1 spa) (65,67/ 65-67)
DC GL: 24
USPC GL: 64-92 months (or 120+ months)
PROPOSED BASE POINTS= 7 [84-96 months]

17. Current Offense: victim punched offender, who shot and killed victim; offender convicted of carrying a pistol without a license.

5

SFS:7
Prior Violence -0
Prior Drug - 0
Firearm in Offense:Yes
Sentence: 96 months YRA
PE: --
DC DECISION: 51 months+ (reasons not stated) (disc noted)
DC GL: 15? (YRA case)
USPC GL: 64-92 (Vol. Manslaughter) or 120+ (Murder)
PROPOSED BASE POINTS= 7 [no minimum guideline ranges, YRA case]

18.

Current Offense: unlawful use of vehicle; police found defendants stripping tires from a car.
SFS: 3
Prior Violence - no
Prior Drug - no
Firearm in Offense: no
Sentence: 39 months
PE: 12 months
DC DECISION: 24months+ (-1 pt for spa) (69,67)
DC GL: 12 months
USPC GL: 24-32 months
PROPOSED BASE POINTS= 3 [12 months]

19.

Current Offense: murder 2 (approached a car at a stop sign and fired at driver, killing him).
Also attempted to sell crack to police officer (20 rocks).
SFS: 5
Prior Violence - no
Prior Drug - yes
Firearm in Offense: yes
Sentence: 403 months
PE: 49 months
DC DECISION: 83+ months
DC GL: 34 months
USPC GL: 150+ months
PROPOSED BASE POINTS= 8 [129-153 months]

20.

Current Offense: attempted robbery of vehicle at knife point
SFS: 8
Prior Violence - no (record unclear)
Prior Drug - no

6

Firearm in Offense: no
Sentence: 48 months YRA
PE: --
DC DECISION: 36+ (64, 67) (disc noted)
DC GL: 8 months
USPC GL: 36-48 months
PROPOSED BASE POINTS= 2 [8 months]

21.

Current Offense: assault with deadly weapon; stabbing wife causing minor lacerations; wife rescued by coworkers.
SFS: 3
Prior Violence - 22(1984), 25(abduction) (1990)
Prior Drug - no
Firearm in Offense: no
Sentence: 120 months
PE: 38
DC DECISION: 67+ (-1pt. for spa) (61,64,67)
DC GL: 50 months (not counting spa)
USPC GL: 60-72 months
PROPOSED BASE POINTS= 5 [56-62 months]

22.

Current Offense: residential burglary
SFS: 4
Prior Violence - no (record unclear)
Prior Drug - no
Firearm in Offense: no
Sentence: 108 months
PE: 33 months
DC DECISION: 43 (-1 pt for SPA) (61,69,67)
DC GL: 43 months
USPC GL: 48-60
PROPOSED BASE POINTS 3 [43 months]

23.

Current Offense: attempted burglary (no description)
SFS: 3
Prior Violence -22(date not stated), att. Robbery (1973)
Prior Drug - no
Firearm in Offense: no
Sentence: 60 months
PE: 20 months
DC DECISION: 22+ (67) (-1 pt spa)

7

DC GL: 20 months
USPC GL: 60-72 months
PROPOSED BASE POINTS= 3 [20 months]

24.

Current Offense: distribution of crack cocaine $440 (2.8 grams approx)
SFS: 3
Prior Violence -no
Prior Drug - 2/89 (cocaine sale), 6/92 (att. dist. cocaine)
Firearm in Offense: no
Sentence: 114 months
PE: 30 months
DC DECISION: 65+ months (both disc and spa noted) (first hearing 67,64,61; second hearing 64,67)
DC GL: 42 months
USPC GL: 34-44 months
PROPOSED BASE POINTS= 4 [42-48 months]

25.

Current Offense: Subject and codefendant shot victim in chest for allegedly yelling a racial slur at them; victim hospitalized in critical condition.
SFS: 7
Prior Violence -no
Prior Drug - pwid cocaine (1990)
Firearm in Offense: yes
Sentence: 120 months
PE: 20 months
DC DECISION: 56+ (disc. noted)
DC GL: 20 months (not counting disciplinary)
USPC GL:  62+ or 120+ (depending on details)
PROPOSED BASE POINTS= 5 [38-44 months]

26.

Current Offense: attempted distribution of cocaine (no details in file)
SFS: 6
Prior Violence - no
Prior Drug - att. dist. of cocaine (3/88)
Firearm in Offense: no
Sentence: 144 months
PE: 39 months
DC DECISION: 62+ months (both disc and spa noted) (64,67)
DC GL: 39 months
USPC GL: cannot determine because of lack of information
PROPOSED BASE POINTS= 2 [39 months]

8

27.
Current Offense: sale of crack for $20
SFS: 4
Prior Violence - 22 (1985)
Prior Drug - no
Firearm in Offense: no
Sentence: 252 months (approx)
PE: 72 months (approx)
DC DECISION: 87 months (approx) (disc. noted) (no reason given for departure 15 mo
actual v. 12 months called for by guidelines)
DC GL: 84 months (not counting institutional behavior)
USPC GL: 18-24 months
PROPOSED BASE POINTS= 3 [72 months]

28.
Current Offense: robbery (purse snatching)
SFS: 3
Prior Violence - 22(1987), 22 (1989)
Prior Drug - no
Firearm in Offense: no
Sentence: 108 months
PE: 26 months
DC DECISION: 51+ (67 1st hearing; 64, 67 2nd hearing) (disc noted as well as 2 spa)
DC GL: 38 months (not counting institutional behavior)
USPC GL: 60-72 months
PROPOSED BASE POINTS= 5 [44-50 months]

29.
Current Offense: assault on police officer, punched police officer - no injury noted.
SFS: 7
Prior Violence - no
Prior Drug - no
Firearm in Offense: no
Sentence: 36 months
PE: 11 months
DC DECISION: 23+ months (69, 67)
DC GL: 12 months
USPC GL: 12-16 months
PROPOSED BASE POINTS= 2 [12 months]

30.
Current Offense: attempted to shoot victim in chest, gun misfired twice; then shot victim in
ankle.

9

SFS: 2
Prior Violence - 22 (1979)
Prior Drug - pwid pcp (12/83)
Firearm in Offense: yes
Sentence: 192
PE: 63
DC DECISION: 76+ (-1 pt spa)
DC GL: 75 months (not counting institutional behavior)
USPC GL: 100-148 or 180+ depending on whether circumstances established attempted murder.
PROPOSED BASE POINTS= 7 [126-135 months]

31.

Current Offense: murder II
SFS: 4
Prior Violence - no
Prior Drug - pwid cocaine (8/86)
Firearm in Offense: yes
Sentence: life
PE: 100 months
DC DECISION: 130+ (-1 pt, spa) (63)
DC GL: 112 months (not counting institutional behavior)
USPC GL: 150+ months
PROPOSED BASE POINTS= 8 [180-204 months]

32

Current Offense: pwid cocaine (threw some cocaine under car when approached by police officer, no further description)
SFS:1
Prior Violence - no
Prior Drug - no
Firearm in Offense: no
Sentence: 36 months
PE: 24 months
DC DECISION: 35 months (69, 67, 61)
DC GL: 30 months
USPC GL: 16-22 months or 24-32 months depending on type of drug and amount
PROPOSED BASE POINTS= 4 [36-42 months, 36 months cte]

33.

Current Offense: Attempted 4th degree sexual abuse (consensual sex, defendant age 36, victim age 15; also unrelated threats (misd?).  Victim reported offender for accosting her at a bus stop (misd. Threats); victim also reported earlier sexual offense.
SFS: 7

10

Prior Violence - 12 (1982)
Prior Drug - dist. cocaine (3/88)
Firearm in Offense: no
Sentence: 36 months
PE: 15 months
DC DECISION: unknown
DC GL: 15 months
USPC GL: 20-26 months
PROPOSED BASE POINTS= 7 [ 75-87 months, 36 months cte]

34.
Current Offense: receiving stolen goods from burglary; unauthorized use of vehicle
(evidence not sufficient to establish burglary)
SFS: 5
Prior Violence - no
Prior Drug - no
Firearm in Offense: no
Sentence: 45 months
PE: 9 months
DC DECISION: 17 months (disc noted) (64,67)
DC GL: 9 months (not counting disciplinary)
USPC GL: 12-16 months
PROPOSED BASE POINTS= 2 [9 months]

35.
Current Offense: sale of crack (two occasions) in the amount of $702, while in possession
of firearm.
SFS: 3
Prior Violence - no
Prior Drug - pwid cocaine (1990)
Firearm in Offense: yes
Sentence: 26 yrs?
PE: 53 months
DC DECISION: 77+months
DC GL: 65 months
USPC GL: 34-44 months
PROPOSED BASE POINTS= 4 [65-71 months]

36.
Current Offense: shot victim twice as victim fled after being robbed.  Victim hit in the
thigh and the hand which was covering his head.
SFS: 4
Prior Violence - no
Prior Drug - no

11

Firearm in Offense: yes
Sentence: 120 months YRA
PE: 10
DC DECISION: 71+ (67) (disciplinary noted at first hearing, spa noted at second hearing)
DC GL: 10 months (not counting disciplinary)
USPC GL: 78-110 months (or 150+ months if circumstances establish attempted murder)
PROPOSED BASE POINTS= 6 [YRA case no minimum guideline range for continuance, maximum is 46-58 months]

37.

Current Offense: defendant convicted of carrying a pistol without a license and simple assault. Defendant denied assaulting victim (who had visible scratches about her head, facial abrasions, and choke marks) but threatened to kill victim to police.
SFS: 6
Prior Violence - no
Prior Drug - pwid marijuana (1988); pwid cocaine (1990)
Firearm in Offense: yes
Sentence: 96 months YRA
PE: 7 months
DC DECISION: 53+ months (departure reason not given)
DC GL: 7 months
USPC GL: 12-16 months
PROPOSED BASE POINTS= 2 [7 months YRA]

38.

Current Offense: PWID heroin eleven packets, and carrying pistol
SFS: 0
Prior Violence - no
Prior Drug - no
Firearm in Offense: yes
Sentence: 327 months
PE: 99
DC DECISION: 161 months (64)
DC GL: 111 months (both disc. and spa noted)
USPC GL: 34-44 months
PROPOSED BASE POINTS= 4 [111-117 months]

39.

Current Offense: getaway driver in drug sale in which seller shot 3 police officers with a .357 magnum (one lost spleen and gall bladder; one shot in leg; on suffers backaches).
SFS: 6
Prior Violence - 21 (6/85)
Prior Drug - no
Firearm in Offense: yes

12

Sentence: 400 months
PE: 32 months
DC DECISION: 71+ (-1 for spa) (53,59)
DC GL: 39 months
USPC GL: 120+ months
PROPOSED BASE POINTS= 6 [68-80 months]

40 [_____].

Current Offense: Defendant attempted to shoot victim, gun misfired; defendant came back soon after and shot victim in leg (reason unknown).
SFS: 6
Prior Violence - no
Prior Drug - no
Firearm in Offense: yes
Sentence: 127 months YRA
PE: 4 months
DC DECISION: 46+ months
DC GL: 4 months
USPC GL: 64-92 months
PROPOSED BASE POINTS= 5 [no minimum guideline range YRA case, maximum 24-28 months]

41. [_____]

Current Offense: sale of one ziplock bag of crack to undercover agent.
SFS: 3
Prior Violence - assault with a deadly weapon (1986)
Prior Drug - distribution of cocaine (1990)
Firearm in Offense: no
Sentence: 144 months
PE: 34 months
DC DECISION: 81+ months (no departure reasons noted)
DC GL: 46 months
USPC GL: 24-32 months
PROPOSED BASE POINTS= 4 [58-64 months]

42. [_____]

Current Offense: getaway driver in the robbery of a fast food restaurant in which employees were placed in the freezer and codefendant pointed an UZI at a police officer, who fired at the codefendant; the codefendant fled and the defendant was arrested.
SFS: 8
Prior Violence - assault with intent to kill (1984)
Prior Drug - no
Firearm in Offense: yes
Sentence: 180 months

13

PE: 60
DC DECISION: 87+ (disc and spa noted) 61, 62, 64, 67
DC GL: 60 months (not counting institutional behavior)
USPC GL: 52-64 months
PROPOSED BASE POINTS= 2 (60 months)

43.
Current Offense: pwid cocaine, possession of firearm (no details)
SFS: 7
Prior Violence - no
Prior Drug - no
Firearm in Offense: yes
Sentence: 60 months YRA
PE: 7 months
DC DECISION: 31+ months (no reason given for departure)
DC GL: 7 months
USPC GL: 12-16?
PROPOSED BASE POINTS= 2 [7 months]

44.
Current Offense: distribution of dilaudid, on parole for armed robbery
SFS: 5
Prior Violence - 22 (1979)
Prior Drug - no
Firearm in Offense: no
Sentence: 144 months
PE: 45 months
DC DECISION: 60+ months (disc and spa noted)(no reason for length of departure)
DC GL: 57 months
USPC GL: 26-34 months
PROPOSED BASE POINTS= 3 (45 months)

45.
Current Offense: robbery; person who tried to apprehend offender stabbed in shoulder, no information on injury.
SFS: 2
Prior Violence - 22 (1992), 22 (1992)
Prior Drug - no
Firearm in Offense: no
Sentence: 72 months
PE: 24 months
DC DECISION: continue (time not stated) (61, 69, 67)
DC GL: 36 months
USPC GL: 78-100 months

14

PROPOSED BASE POINTS= 5 [54-60 months]

46.

Current Offense: Failure to appear (underlying offense not available)
SFS: 4
Prior Violence - no
Prior Drug - yes, Att. Distribution if cocaine (3/88); Att. Distribution of cocaine (10/88)
Firearm in Offense: no
Sentence: 48 months?
PE: 6 months
DC DECISION: 17+ months (-1 spa) (67)
DC GL: 6 mo
USPC GL: 18-24 months
PROPOSED BASE POINTS= 6 months

47.

Current Offense: burglary of commercial establishment, sale of PCP
SFS: 3
Prior Violence - robbery (1/81)
Prior Drug - no
Firearm in Offense: no
Sentence: 149 months
PE: 4 months
DC DECISION: 68+ months (67 1st hearing; 64, 67 2nd hearing; 67 3rd hearing; 65 4th hearing) ( 1 disc noted; spa also noted at different hearing)
DC GL: 16 months
USPC GL: 24-32 months?
PROPOSED BASE POINTS= 4 (12-22 months)

48.

Current Offense: attempted distribution of cocaine
SFS: 1
Prior Violence - 22 (1/83), 22(11/83)
Prior Drug - yes 8/88 (unspecified)
Firearm in Offense:   no
Sentence: 84
PE: 42
DC DECISION: 54+ (20) (-1 pt spa)
DC GL: 54 months (not counting institutional behavior)
USPC GL: cannot be determined, probably 24-32 months
PROPOSED BASE POINTS= 4 (66 months)

49.

Current Offense: assault with a deadly weapon; cut the victim about the head, neck, and

15

back with a box cutter during an altercation regarding the disciplining of the offender's son by another individual; victim admitted to hospital in serious but stable condition.
SFS: 7
Prior Violence - 12 (8/78)
Prior Drug - no
Firearm in Offense: no
Sentence: 54 months
PE: 18+ months
DC DECISION: 35 (62, 63, 66, 67)
DC GL: 18 months
USPC GL: 64-92 months
PROPOSED BASE POINTS= 7 (78-90 months)

50.

Current Offense: stabbed a victim; victim admitted to hospital in serious but stable condition.
SFS: 5
Prior Violence - no
Prior Drug - yes (not specified)
Firearm in Offense:   no
Sentence: 460 months
PE: 182 months
DC DECISION: 211+ months (spa noted 3 times) (62, 1st hearing; 66,67 fourth hearing)
DC GL: 200 months
USPC GL: 78-110 months or 150 months (depending upon whether attempted murder could be established)
PROPOSED BASE POINTS= 6 (218-230 months).

NOTES:

1. The information in this report was derived from information coded by R. Scotkin and E. Lane.

2. The numbers in the section "Prior Violence" refer to the offenses listed in Appendix 1, followed by the date of offense (in parentheses).

3. The numbers (in parentheses) following the DC decision refer to reasons given by the D.C. Parole Board for departure from its guidelines. The D.C. Parole Board may depart from its guidelines in two ways : (1) it can depart from the guideline relative to the grant or denial of parole; and (2) if it continues the prisoner, it can depart from the guideline relative to the continuance.

4. YRA means Youth Rehabilitation Act.

16

APPENDIX 1:  OFFENSE CODES

1. Murder
2. Voluntary manslaughter
3. Mayhem
4. Malicious Disfigurement
5. Arson of a residence
6. Arson of a regularly occupied building
7. Rape (first degree sexual abuse not of a child)
8. Armed kidnapping
9. Kidnapping to commit a sexual assault
10. Burglary of a residence while armed
11. Assault with a deadly weapon upon a law enforcement officer
12. Aggravated assault (D.C. Code section 22-504.1)
13. Assault with shots fired by offender
14. Extortion by threat of death, serious bodily injury, or kidnapping
15. Obstruction of justice by threat of death, serious bodily injury, or kidnapping
16. Robbery resulting in serious bodily injury to victim (D.C. Code section 22-4101).
17. First degree sexual abuse of a child
18. Sexual abuse of a child not covered in #17.
21. Felony Assault
22. Robbery
23. Arson
24. Residential burglary
25. Any felony offense involving threat of bodily harm

17

# Exhibit 2
# Inmate 13

## CODING FORM DC 100 CASE SAMPLE (1/14/98)

1. **Name** _____
2. **DCDC** _____
3. **Date of birth** _10_ / _8_ / _60_  (day/month/year)
4. **Sentence Length** (Maximum) ~~108~~ _164_ Code in Months, life = 999
5. **Parole Eligibility Date** _1_ / _26_ / _96_ (day/month/year)
   (minimium sentence minus goodtime)
6. **Projected Mandatory Release Date** _1_ / _16_ / _03_ (day/month/year)
   (maximum sentence minus total possible goodtime)
7. **Full Term Date** _8_ / _31_ / _07_
8. **Months in Custody at First Hearing** _36_

### DC DECISION HISTORY

|     | Date | SFS | High Risk | + Points | - Points | Decision (in months) | Reasons for Departure |
|-----|------|-----|-----------|----------|----------|----------------------|-----------------------|
| 9.  | 10/10/96 | 7 (+3) | +1 | ~~10~~ | -1 ⚫ | C~~22~~ | 61, 69, 67 |
| 10. |      |     |           |          |          |                      |                       |
| 11. |      |     |           |          |          |                      |                       |
| 12. |      |     |           |          |          |                      |                       |
| 13. |      |     |           |          |          |                      |                       |
| 14. |      |     |           |          |          |                      |                       |
| 15. |      |     |           |          |          |                      |                       |
| 16. |      |     |           |          |          |                      |                       |
| 17. |      |     |           |          |          |                      |                       |

SFS is the SFS 0as calculated by DC

High Risk is where the current offense or 2+ prior felony convictions involved violence, weapons, or drug trafficking

- Points means points given, at that hearing, for negative institutional behavior

+ Points means points given, at that hearing, for institutional program achievement

Decision in Months Note:  Code a decision to continue as C____ and number of months until next hearing;  Code a decision to parole as P____ and number of

A002663

months to parole.  For example, a decision to continue for a new hearing in 12 months would be coded C12, a decision to parole in 3 months would be coded P03. If more than 9 hearings, attach continuation sheet.

**Current Offense Codes** (from offense code sheet)

18. _22 - 3812 (a)_
19. _____
20. _____
21. **Probation or Parole Violator This Time** _2_
   (0 = no; 1 = probation violator, 2 = parole violator  If both a parole and
   probation violator, code as 2)

22. **SFS** (USPC Calculated)   ____

**Violence** (From Violence Codes - attachment)
23. **Current Offense 1** ____
24. **Current Offense 2** ____
25. **Current Offense 3** ____
26. **Prior Offense 1** _24_  Date ___ /___ (mo/yr)
27. **Prior Offense 2** ____  Date ___/___ (mo/yr)

**Drug Distribution Offense** (0 = no; 1 = yes)
   Drug distribution offenses do not involve simple possession of a controlled
   substance.  They include such offenses as possession of a controlled substance
   with intent to distribute, sale or distribution of a controlled substance, and
   manufacture of a controlled substance.
28. **Current Offense** _0_
29. **Prior Offense 1** _1_  Date _1 / 90_ (mo/yr)
30. **Prior Offense 2** _1_  Date _4 / 86_ (mo/yr)

31. **Firearm in Current Offense** _0_   (0 = no; 1 = yes)

32. **Exploitation of Child in Current Offense** _0_  (0 = no; 1 = yes)
   "Exploitation of Child in Current Offense" means the employment of a minor
   under the age of 16 in any criminal enterprise or the involvement of a minor
   in any criminal transaction (e.g., as the customer in a sale of drugs or
   weapons. This dores not include sexual offesnes in which the minor is the
   victim.

**Criminal Convictions for Institutional Conduct**
33. **Offense** _____  **Sentence** _____ (in months) Date ___/___/___
34. **Offense** _____  **Sentence** _____ (in months) Date ___/___/___
35. **Offense** _____  **Sentence** _____ (in months) Date ___/___/___

A002664

**Negative Institutional Behavior** (From Institutional Behavior Code Sheet)

36. _____
37. _____
38. _____

A002665

# Exhibit 2
# Inmate 14

**CODING FORM DC 100 CASE SAMPLE (1/14/98)**

1. **Name** _____
2. **DCDC** _____
3. **Date of birth**   _3_ / _4_ / _70_   (day/month/year)
4. **Sentence Length** (Maximum) __144__ Code in Months, life = 999
5. **Parole Eligibility Date** _3_ / _11_ / _94_ (day/month/year)
   (minimum sentence minus goodtime)
6. **Projected Mandatory Release Date** _2_ / _13_ / _99_ (day/month/year)
   (maximum sentence minus total possible goodtime)
7. **Full Term Date** _2_ / _10_ / _03_
8. **Months in Custody at First Hearing** __37__

## DC DECISION HISTORY

| | Date | SFS | High Risk | + Points | - Points | Decision (in months) | Reasons for Departure |
|---|---|---|---|---|---|---|---|
| 9. | 3/9/94 | 7/1 | 1 | ∅ | ∅ | C 24 | 53, 57, 54  63 / 67 |
| 10. | 7/15/96 | | | | 1 | C 22 | 63 |
| 11. | | | | | | | |
| 12. | | | | | | | |
| 13. | | | | | | | |
| 14. | | | | | | | |
| 15. | | | | | | | |
| 16. | | | | | | | |
| 17. | | | | | | | |

*(handwritten note, upper right): from old form, offender has history of criminally related substance abuse*

SFS is the SFS 0as calculated by DC

High Risk is where the current offense or 2+ prior felony convictions involved violence, weapons, or drug trafficking

- Points means points given, at that hearing, for negative institutional behavior

+ Points means points given, at that hearing, for institutional program achievement

Decision in Months Note:  Code a decision to continue as C____ and number of months until next hearing;  Code a decision to parole as P____ and number of

months to parole.  For example, a decision to continue for a new hearing in 12 months would be coded C12, a decision to parole in 3 months would be coded P03. If more than 9 hearings, attach continuation sheet.

**Current Offense Codes** (from offense code sheet)
18.    _22-501_ →
19.    _____
20.    _____
21. **Probation or Parole Violator This Time** _1_
     (0 = no; 1 = probation violator, 2 = parole violator  If both a parole and probation violator, code as 2)

22. **SFS** (USPC Calculated)    ____

**Violence** (From Violence Codes - attachment)
23. **Current Offense 1** _17_
24. **Current Offense 2** ____
25. **Current Offense 3** ____
26. **Prior Offense 1** ____   Date _____/____ (mo/yr)
27. **Prior Offense 2** ____   Date ____/____ (mo/yr)

**Drug Distribution Offense** (0 = no; 1 = yes)
     Drug distribution offenses do not involve simple possession of a controlled substance.  They include such offenses as possession of a controlled substance with intent to distribute, sale or distribution of a controlled substance, and manufacture of a controlled substance.

PW ID Coc.
28.    **Current Offense** _O_
29.    **Prior Offense 1** _1_ Date _6_/_87_ (mo/yr)   11/89
30.    **Prior Offense 2** __  Date ____/____ (mo/yr)

31.    **Firearm in Current Offense** _∅_   (0 = no; 1 = yes)

32.    **Exploitation of Child in Current Offense** _∅_ (0 = no; 1 = yes)
     "Exploitation of Child in Current Offense" means the employment of a minor under the age of 16 in any criminal enterprise or the involvement of a minor in any criminal transaction (e.g., as the customer in a sale of drugs or weapons. This does not include sexual offesnes in which the minor is the victim.

**Criminal Convictions for Institutional Conduct**
33.    **Offense** _____   Sentence _____ (in months) Date ___/___/___
34.    **Offense** _____   Sentence _____ (in months) Date ___/___/___
35.    **Offense** _____   Sentence _____ (in months) Date ___/___/___

**Negative Institutional Behavior** (From Institutional Behavior Code Sheet)

**36.** ⎯⎯⎯⎯⎯⎯
**37.** ⎯⎯⎯⎯⎯⎯
**38.** ⎯⎯⎯⎯⎯⎯

# Exhibit 2
# Inmate 15

## CODING FORM DC 100 CASE SAMPLE (1/14/98)

1. **Name** [_____]
2. **DCDC** [_____]
3. **Date of birth** _12_/_8_/_68_ (day/month/year)
4. **Sentence Length** (Maximum) _____ Code in Months, life = 999
5. **Parole Eligibility Date** _12_/_13_/_97_ (day/month/year)
   (minimum sentence minus goodtime)
6. **Projected Mandatory Release Date** _12_/_14_/_03_ (day/month/year)
   (maximum sentence minus total possible goodtime)
7. **Full Term Date** _12_/_14_/_03_
8. **Months in Custody at First Hearing** _35_

## DC DECISION HISTORY

| | Date | SFS | High Risk | + Points | - Points | Decision (in months) | Reasons for Departure |
|---|---|---|---|---|---|---|---|
| **9.** | 10/27/97 | 7(H) | 1 | 9 | 1 | C 12 | 67 |
| **10.** | | | | | | | |
| **11.** | | | | | | | |
| **12.** | | | | | | | |
| **13.** | | | | | | | |
| **14.** | | | | | | | |
| **15.** | | | | | | | |
| **16.** | | | | | | | |
| **17.** | | | | | | | |

SFS is the SFS 0as calculated by DC

High Risk is where the current offense or 2+ prior felony convictions involved violence, weapons, or drug trafficking

- Points means points given, at that hearing, for negative institutional behavior

+ Points means points given, at that hearing, for institutional program achievement

Decision in Months Note: Code a decision to continue as C____ and number of months until next hearing; Code a decision to parole as P____ and number of

months to parole.  For example, a decision to continue for a new hearing in 12 months would be coded C12, a decision to parole in 3 months would be coded P03. If more than 9 hearings, attach continuation sheet.

**Current Offense Codes** (from offense code sheet)

18. 22 - 1801 (a)
19. 22 · 502
20. _____
21. **Probation or Parole Violator This Time** __
      (0 = no; 1 = probation violator, 2 = parole violator  If both a parole and probation violator, code as 2)

22. **SFS** (USPC Calculated)    ___

**Violence** (From Violence Codes - attachment)
23. **Current Offense 1** _10_
24. **Current Offense 2** _25_
25. **Current Offense 3** ___          Only 1 current offense
26. **Prior Offense 1** ___ Date _____/____ (mo/yr)
27. **Prior Offense 2** ___ Date _____/____ (mo/yr)

**Drug Distribution Offense** (0 = no; 1 = yes)
      Drug distribution offenses do not involve simple possession of a controlled substance.  They include such offenses as possession of a controlled substance with intent to distribute, sale or distribution of a controlled substance, and manufacture of a controlled substance.
28. **Current Offense** _0_
29. **Prior Offense 1** _1_ Date _10_/_87_ (mo/yr) sentence 2/88
30. **Prior Offense 2** _N_ Date _____/____ (mo/yr)

31. **Firearm in Current Offense** _0_   (0 = no; 1 = yes)

32. **Exploitation of Child in Current Offense** _0_  (0 = no; 1 = yes)
      "Exploitation of Child in Current Offense" means the employment of a minor under the age of 16 in any criminal enterprise or the involvement of a minor in any criminal transaction (e.g., as the customer in a sale of drugs or weapons. This dores not include sexual offesnes in which the minor is the victim.

**Criminal Convictions for Institutional Conduct**
33. **Offense** _____ **Sentence** _____ (in months) Date ___/___/___
34. **Offense** _____ **Sentence** _____ (in months) Date ___/___/___
35. **Offense** _____ **Sentence** _____ (in months) Date ___/___/___

**Negative Institutional Behavior** (From Institutional Behavior Code Sheet)

36. _____6_____
37. _____6_____
38. _____



    S convicted for Armed Burglary I, and ADW.  S and another individual, both
armed with knives, forced entry into the a house, went upstairs, and began to place
duct tape on the mouth of a woman who was in the home.   When this victim
screamed, another woman came out and began to fight with one of the Suspects.  As
both women struggled to get the knives away from the suspects, one of the women
produced a handgun and shot S in the head, left chest, right thigh, groin and right
leg.  S admitted in his version of being high on PCP and drunk at the time.

January 16 1998,5:00pm /O:Erin.SAV

## SALIENT FACTOR SCORE (SFS 95)

**Item A.  PRIOR CONVICTIONS/ADJUDICATIONS *(ADULT OR JUVENILE)*** . . . . . . . . . . . . . . . . . □☐ *1*
None=3;One=2;Two or three=1;Four or more=0

**Item B.  PRIOR COMMITMENT(S) OF MORE THAN 30 DAYS *(ADULT/ JUVENILE)*** . . . . . . . . . . . . □ *1*
None=2; One or two=1; Three or more=0

**Item C.  AGE AT CURRENT OFFENSE/PRIOR COMMITMENTS** . . . . . . . . . . . . . . . . . . . . . . . □ *2*
Age at commencement of current offense;
26 years of age or more= 2*; 20-25 = 1*;
   19 yrs or less = 0
EXCEPTION: If five or more prior commitments
of more than 30 days (adult or juvenile), place
an 'x' here _____ and score this Item 0

**Item D.  RECENT COMMITMENT FREE PERIOD *(THREE YEARS)*** . . . . . . . . . . . . . . . . . . . . . □ *1*

No prior commitment of more than 30 days (adult or
juvenile) or released to the community from last such
commitment at least 3 years prior to the commencement
of the current offense =1; Otherwise=0

**Item E.  PROBATION/PAROLE/CONFINEMENT/ESCAPE  STATUS VIOLATOR THIS TIME**

Neither on probation, parole, confinement, or . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . □ *1*
escape status at the time of the current offense;
nor committed as a probation, parole, confinement,
or escape status violator this time =1; Otherwise =0

**Item F.  HEROIN/OPIATE DEPENDENCE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . □ *1*

No history of heroin/opiate dependence =1;
Otherwise =0

**Item G.  OLDER OFFENDERS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☒

If the offender was 41 years of age or more at the
commencement of the current offense (and the total
score from Items A - F above is 9 or less) =1;
Otherwise =0

**TOTAL SCORE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . □ *7*

**Note:** For purposes of the Salient Factor Score, an instance of criminal behavior resulting in a judicial
determination of guilt or an admission of guilt before a judicial body shall be treated as a conviction, even if a
conviction is not formally entered.

*Robbery CAT 5 30 36-48 MONTHS*

# Exhibit  2
# Inmate 16

## CODING FORM DC 100 CASE SAMPLE (1/26/98)

1. **Name** (last, first, middle)
2. **DCDC** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
3. **Date of Birth** (day/month/year) . . . . . . . . . . . . . . . . . . . .  _2/17/64_
4. **Sentence Length** (maximum) (code in months, life = 999) . . .  _108_
5. **Parole Eligibility Date** (day/month/year)
   (minimium sentence minus goodtime) . . . . . . . . . . . . . . . . .  _10/19/96_
6. **Projected Mandatory Release Date** (day/month/year)
   (maximum sentence minus total possible goodtime) . . . . . . . .  _2/14/01_
7. **Full Term Date** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _6/28/03_
8. **Months in Custody at First Hearing** . . . . . . . . . . . . . . . . .  _27_

### DC DECISION HISTORY

| | Date | SFS (DC) | High Risk | + Points | - Points | Decision (in mos) | Reasons for Departure |
|---|---|---|---|---|---|---|---|
| 9. | 9/10/96 | 6 (1) | +1 | +1 | -1 | C12 | 65, 67 |
| 10. | 9/25/97 | | | | -1 | C30 | 63, 67 |
| 11. | | | | | | | |
| 12. | | | | | | | |
| 13. | | | | | | | |
| 14. | | | | | | | |
| 15. | | | | | | | |
| 16. | | | | | | | |
| 17. | | | | | | | |

SFS as calculated by DC.  (DC) is the D.C. point score as it relates to the SFS.

High Risk is where the current offense or 2+ prior felony convictions involved violence, weapons, or drug trafficking
- Points means points given, at that hearing, for negative institutional behavior
+ Points means points given, at that hearing, for institutional program achievement

Decision in Months Note:  Code a decision to continue as C____ and number of months until next hearing.  Code a decision to parole as P____ and number of months to parole.  For example, a decision to continue for a new hearing in 12 months would be coded **C12**, a decision to parole in 3 months would be coded **P03**.
If more than 9 hearings, attach continuation sheet.

A002591

**Current Offense Codes** (D.C. Code)

18. . . . . . . . . . . . . . . . . . . . . . . .  _____ 22-2405 _____
19. . . . . . . . . . . . . . . . . . . . . . . .  _____
20. . . . . . . . . . . . . . . . . . . . . . . .  _____

21. **Probation or Parole Violator This Time** . . . . . . . . . . . . . . .  _____
    (0 = no; 1 = probation violator, 2 = parole violator. If both a parole and probation violator, code as 3)

22. **SFS** (USPC calculated) . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____

**Violence** (From Violence Codes - attachment)

23. **Current Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ___2___
24. **Current Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
25. **Current Offense 3** . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
26. **A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ___21___
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . . . .  _12_/_92_
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . . . .  ____/____
27. **A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
    **B. Date of arrest** (mo/year) . . . . . . . . . . . . . . . . . . . .  ____/____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . . . .  ____/____

**Drug Distribution Offenses** (0 = no; 1 = yes)

Drug distribution offenses do not involve simple possession of a controlled substance. They include such offenses as possession of a controlled substance with intent to distribute, sale or distribution of a controlled substance, and manufacture of a controlled substance.

28. **Current Offense** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ___0___
29. **A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ___1___
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . . . .  _1/88_
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . . . .  _2/88_
30. **A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ___0___
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . . . .  ____/____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . . . .  ____/____

31. **Firearm in Current Offense** (0 = no; 1 = yes) . . . . . . . . . .  ___0___

32. **Exploitation of Child in Current Offense** (0 = no; 1 = yes). . . . . . . . . . . .0. . . . .
    "Exploitation of Child in Current Offense" means the employment of a minor under the age of 16 in any criminal enterprise or the involvement of a minor in any criminal transaction (e.g., as the customer in a sale of drugs or weapons). This does not include sexual offenses in which the minor is the victim.

A002592

**CRIMINAL CONVICTIONS FOR INSTITUTIONAL CONDUCT** (Use D.C. Code)
(0 = None)

33.  A. Offense.................................................................... 0 22-2406

    B. Sentence (in months).........................................................

    C. Date....................................................................    /

34.  A. Offense.................................................................... 0

    B. Sentence (in months).........................................................

    C. Date....................................................................    /

35.  A. Offense.................................................................... 0

    B. Sentence (in months).........................................................

    C. Date....................................................................    /

**NEGATIVE INSTITUTIONAL BEHAVIOR** (From Institutional Behavior Code Sheet) (0 = none)

36.  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0

37.  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0

38.  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0

A002593

Exhibit  2
Inmate 48

## CODING FORM DC 100 CASE SAMPLE (1/14/98)

1. **Name** _____
2. **DCDC** _____
3. **Date of birth** _10 / 20 / 64_ (day/month/year)
4. **Sentence Length (Maximum)** _45_ Code in Months, life = 999
5. **Parole Eligibility Date** _12 / 22 / 95_ (day/month/year) _NO)_
   (minimum sentence minus goodtime)
6. **Projected Mandatory Release Date** _6 / 17 / 99_ (day/month/year)
   (maximum sentence minus total possible goodtime)
7. **Full Term Date** _4 / 19 / 01_
8. **Months in Custody at First Hearing** _42_

## DC DECISION HISTORY

| | Date | SFS | High Risk | + Points | - Points | Decision (in months) | Reasons for Departure |
|---|---|---|---|---|---|---|---|
| **9.** | 10/20/97 | 1/3 | 1 | ∅ | 1 | C 12 | within gls. |
| **10.** | | | | | | | |
| **11.** | | | | | | | |
| **12.** | | | | | | | |
| **13.** | | | | | | | |
| **14.** | | | | | | | |
| **15.** | | | | | | | |
| **16.** | | | | | | | |
| **17.** | | | | | | | |

SFS is the SFS 0as calculated by DC

High Risk is where the current offense or 2+ prior felony convictions involved violence, weapons, or drug trafficking

- Points means points given, at that hearing, for negative institutional behavior

+ Points means points given, at that hearing, for institutional program achievement

Decision in Months Note:  Code a decision to continue as C____ and number of months until next hearing;  Code a decision to parole as P____ and number of

A002625

months to parole.  For example, a decision to continue for a new hearing in 12 months would be coded C12, a decision to parole in 3 months would be coded P03. If more than 9 hearings, attach continuation sheet.

**Current Offense Codes** (from offense code sheet)

18. _____33-549_____

19. _____  Bail

20. _____  Poss. of Prohibited Weapon

21. **Probation or Parole Violator This Time** _2_
   (0 = no; 1 = probation violator, 2 = parole violator  If both a parole and probation violator, code as 2)

22. **SFS** (USPC Calculated)  _____

**Violence** (From Violence Codes - attachment)

23. **Current Offense 1** _____
24. **Current Offense 2** _____
25. **Current Offense 3** _____
26. **Prior Offense 1** _22_ Date _1_ / _83_ (mo/yr)
27. **Prior Offense 2** _22_ Date _11_ / _83_ (mo/yr)

**Drug Distribution Offense** (0 = no; 1 = yes)
   Drug distribution offenses do not involve simple possession of a controlled substance.  They include such offenses as possession of a controlled substance with intent to distribute, sale or distribution of a controlled substance, and manufacture of a controlled substance.

28. **Current Offense** _Y_
29. **Prior Offense 1** _Y_ **Date** _8_ / _88_ **(mo/yr)**
30. **Prior Offense 2** _ _ **Date** ___/____ **(mo/yr)**

31. **Firearm in Current Offense** _0_  (0 = no; 1 = yes)

32. **Exploitation of Child in Current Offense** _0_ (0 = no; 1 = yes)
   "Exploitation of Child in Current Offense" means the employment of a minor under the age of 16 in any criminal enterprise or the involvement of a minor in any criminal transaction (e.g., as the customer in a sale of drugs or weapons. This dores not include sexual offesnes in which the minor is the victim.

**Criminal Convictions for Institutional Conduct**

33. **Offense** _____ **Sentence** _____ **(in months) Date** ___/___/___
34. **Offense** _____ **Sentence** _____ **(in months) Date** ___/___/___
35. **Offense** _____ **Sentence** _____ **(in months) Date** ___/___/___

A002626

**Negative Institutional Behavior** (From Institutional Behavior Code Sheet)

36. _____
37. _____
38. _____

*Subject MR'd 7/19/91 with FTD of 5/29/92 new offense began on 7/11/92.*

A002627

BAIL REFORM ACT

S convicted of Attempted Distribution of Cocaine and BRA. There is no offense
description in file. At the time of the I.O., S was on parole from DCDC

could not find

Not on parole ~~arrest~~ at current time.

Subject was convicted of simple assault +
possession of a prohibited weapon and did not
show up for sentencing. He was later ~~arrested~~ sentenced
for attempted distribution of cocaine ~~+ sentenced~~
(new offense) + sentenced for the assault, weapon,
+ Bail Reform Act at the same time.

January 16 1998, 5:00pm /O:Erin.SAV

A002628

# Exhibit  2
# Inmate 51

33 // 3 paroles

## CODING FORM DC 100 CASE SAMPLE (1/26/98)

1. **Name** (last, first, middle)
2. **DCDC** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
3. **Date of Birth** (day/month/year) . . . . . . . . . . . . . . . . . . . .  07 / 25 / 75
4. **Sentence Length** (maximum) (code in months, life = 999) . . .  72
5. **Parole Eligibility Date** (day/month/year)
   (minimum sentence minus goodtime) . . . . . . . . . . . . . . . . .  YRA
6. **Projected Mandatory Release Date** (day/month/year)
   (maximum sentence minus total possible goodtime) . . . . . . . .  03 / 26 / 02
7. **Full Term Date** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  08 / 17 / 02
8. **Months in Custody at First Notice** . . . . . . . . . . . . . . . . . . .  15

### DC DECISION HISTORY

|     | Date | SFS (DC) | High Risk | + Points | - Points | Decision (in mos) | Reasons for Departure |
|-----|------|----------|-----------|----------|----------|-------------------|-----------------------|
| 9.  | 5/95 | 4/2      | 1         | 1        | ∅        | C 29              |                       |
| 10. | 10/97| /4       |           | 1        | ∅        | C 12              | 64, 67                |
| 11. |      |          |           |          |          |                   |                       |
| 12. |      |          |           |          |          |                   |                       |
| 13. |      |          |           |          |          |                   |                       |
| 14. |      |          |           |          |          |                   |                       |
| 15. |      |          |           |          |          |                   |                       |
| 16. |      |          |           |          |          |                   |                       |
| 17. |      |          |           |          |          |                   |                       |

SFS as calculated by DC.  (DC) is the D.C. point score as it relates to the SFS.

High Risk is where the current offense or 2 + prior felony convictions involved violence, weapons, or drug trafficking
+ Points means points given, at that hearing, for negative institutional behavior
- Points means points given, at that hearing, for institutional program achievement

Decision in Months Note:  Code a decision to continue as C____ and number of months until next hearing.  Code a decision to parole as P____ and number of months to parole.  For example, a decision to continue for a new hearing in 12 months would be coded **C12**, a decision to parole in 3 months would be coded **P03**.
If more than 9 hearings, attach continuation sheet.

A002567

**Current Offense Codes** (D.C. Code)

18. . . . . . . . . . . . . . . . . . . . . . . .  Att Dist of Cocaine 33-549

19. . . . . . . . . . . . . . . . . . . . . . . .  _____

20. . . . . . . . . . . . . . . . . . . . . . . .  _____

21. **Probation or Parole Violator This Time** . . . . . . . . . . . . .  ____1____
    (0 = no; 1 = probation violator, 2 = parole violator. If both a parole and probation violator, code as 3)

22. **SFS** (USPC calculated) . . . . . . . . . . . . . . . . . . . . . . . . .  _____

**Violence** (From Violence Codes - attachment)

23. **Current Offense 1** . . . . . . . . . . . . . . . . . . . . . . . .  _____

24. **Current Offense 2** . . . . . . . . . . . . . . . . . . . . . . . .  _____

25. **Current Offense 3** . . . . . . . . . . . . . . . . . . . . . . . .  _____

26. **A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . . . .  _____
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . .  ____/____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . . . .  ____/____

27. **A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . . .  _____
    **B. Date of arrest** (mo/year) . . . . . . . . . . . . . . . .  ____/____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . . . .  ____/____

**Drug Distribution Offenses** (0 = no; 1 = yes)

Drug distribution offenses do not involve simple possession of a controlled substance. They include such offenses as possession of a controlled substance with intent to distribute, sale or distribution of a controlled substance, and manufacture of a controlled substance.

28. **Current Offense** . . . . . . . . . . . . . . . . . . . . . . . . . .  ____1____

29. **A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . . . .  PWID marijuana
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . .  2 / 90
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . . . .  8 / 90

30. **A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . . .  PWID marijuana
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . .  9 / 91
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . . . .  10 / 91

31. **Firearm in Current Offense** (0 = no; 1 = yes) . . . . . . . . . .  ___∅___

32. **Exploitation of Child in Current Offense** (0 = no; 1 = yes)............ ∅..
    "Exploitation of Child in Current Offense" means the employment of a minor under the age of 16 in any criminal enterprise or the involvement of a minor in any criminal transaction (e.g., as the customer in a sale of drugs or weapons. This does not include sexual offenses in which the minor is the victim.

A002568

**Criminal Convictions for Institutional Conduct** (Use D.C. Code) (0 = None)

33.   A. Offense.............................................................   _____
     B. Sentence (in months)....................................   _____
     C. Date...................................................................   _____ / _____

34.   A. Offense.............................................................   _____
     B. Sentence (in months)....................................   _____
     C. Date...................................................................   _____ / _____

35.   A. Offense.............................................................   _____
     B. Sentence (in months)....................................   ------
     C. Date...................................................................   _____ / _____

**Negative Institutional Behavior (From Institutional Behavior Code Sheet)**
0(0 = none)

36.   . . . . . . . . . . . . . . . . . . . . . . . . . . .   Shank   ☒ 1
37.   . . . . . . . . . . . . . . . . . . . . . . . . . . .   fighting   6
38.   . . . . . . . . . . . . . . . . . . . . . . . . . . .   fighting   6

A002569



There is no offense description, but S was convicted for Attempt Distribution of Cocaine. ~~and PWID cocaine~~

was on probation for PWID Coc. at the time of I.O.

January 16 1998,5:00pm /O:Erin.SAV   74

A002570

# Exhibit 2
# Inmate 52

## CODING FORM DC 100 CASE SAMPLE (1/26/98)

1. **Name** (last, first, middle)  _____
2. **DCDC** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
3. **Date of Birth** (day/month/year) . . . . . . . . . . . . . . . . . .  07 / 21 / 74
4. **Sentence Length** (maximum) (code in months, life = 999) . . .  72
5. **Parole Eligibility Date** (day/month/year)
   (minimum sentence minus goodtime) . . . . . . . . . . . . . . . . ___ / YRA /___
6. **Projected Mandatory Release Date** (day/month/year)
   (maximum sentence minus total possible goodtime) . . . . . . . . ___ / NA /___
7. **Full Term Date** . . . . . . . . . . . . . . . . . . . . . . . . . . . . 06 / 27 / 00
8. **Months in Custody at First Notice** . . . . . . . . . . . . . . . . .  09

### DC DECISION HISTORY

| | Date | SFS (DC) | High Risk | + Points | - Points | Decision (in mos) | Reasons for Departure |
|---|---|---|---|---|---|---|---|
| 9. | 3/95 | 6/1 | 1 | Ø | Ø | C 29 | |
| 10. | 9/97 | 2/2 | | 1 | 1 | C 11 | 64, 65 |
| 11. | | | | | | | |
| 12. | | | | | | | |
| 13. | | | | | | | |
| 14. | | | | | | | |
| 15. | | | | | | | |
| 16. | | | | | | | |
| 17. | | | | | | | |

SFS as calculated by DC.  (DC) is the D.C. point score as it relates to the SFS.

High Risk is where the current offense or 2+ prior felony convictions involved violence, weapons, or drug trafficking
+ Points means points given, at that hearing, for negative institutional behavior
- Points means points given, at that hearing, for institutional program achievement

Decision in Months Note: Code a decision to continue as C____ and number of months until next hearing.  Code a decision to parole as P____ and number of months to parole.  For example, a decision to continue for a new hearing in 12 months would be coded C12, a decision to parole in 3 months would be coded P03.
If more than 9 hearings, attach continuation sheet.

A002575

**Current Offense Codes** (D.C. Code)

18.  . . . . . . . . . . . . . . . . . . . . . . .  Dist of Cocaine

19.  . . . . . . . . . . . . . . . . . . . . . . .  _____

20.  . . . . . . . . . . . . . . . . . . . . . . .  _____

21. **Probation or Parole Violator This Time** . . . . . . . . . . . . .  ____1____
    (0 = no; 1 = probation violator, 2 = parole violator. If both a parole and probation violator, code as 3)

22. **SFS** (USPC calculated) . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____

**Violence** (From Violence Codes - attachment)

23. **Current Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____

24. **Current Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____

25. **Current Offense 3** . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____

26. **A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . .  ___ / ___
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . .  ___ / ___

27. **A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
    **B. Date of arrest** (mo/year) . . . . . . . . . . . . . . . . . .  ___ / ___
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . .  ___ / ___

**Drug Distribution Offenses** (0 = no; 1 = yes)

Drug distribution offenses do not involve simple possession of a controlled substance. They include such offenses as possession of a controlled substance with intent to distribute, sale or distribution of a controlled substance, and manufacture of a controlled substance.

28. **Current Offense** . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ___1___

29. **A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . .  ___ / ___
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . .  ___ / ___

30. **A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . .  ___ / ___
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . .  ___ / ___

31. **Firearm in Current Offense** (0 = no; 1 = yes) . . . . . . . . . .  Ø

32. **Exploitation of Child in Current Offense** (0 = no; 1 = yes) . . . . . . . . . . . .  Ø
    "Exploitation of Child in Current Offense" means the employment of a minor under the age of 16 in any criminal enterprise or the involvement of a minor in any criminal transaction (e.g., as the customer in a sale of drugs or weapons. This does not include sexual offenses in which the minor is the victim.

A002576

**Criminal Convictions for Institutional Conduct** (Use D.C. Code) (0 = None)

33.   A. Offense.................................................................   _____
     B. Sentence (in months)........................................................   _____
     C. Date...............................................................   _____ / _____
34.   A. Offense.................................................................   _____
     B. Sentence (in months)........................................................   _____
     C. Date...............................................................   _____ / _____
35.   A. Offense.................................................................   _____
     B. Sentence (in months)........................................................   ------
     C. Date...............................................................   _____ / _____

**Negative Institutional Behavior (From Institutional Behavior Code Sheet)**
0(0 = none)

36.   . . . . . . . . . . . . . . . . . . . . . . . . . . .   fighting   6
37.   . . . . . . . . . . . . . . . . . . . . . . . . . . .   fighting   6
38.   . . . . . . . . . . . . . . . . . . . . . . . . . . .   LOC   6

A002577



    S convicted of Distribution of Cocaine and Attempted PWITD Cocaine. S sold
an undercover police officer two ziplocks with "rock matter" the sample of which field
tested positve for cocaine. This was his second sale to the same officer.

January 16 1998,5:00pm /O:Erin.SAV  81

# Exhibit  2
# Inmate 53

## CODING FORM DC 100 CASE SAMPLE (1/26/98)

1. **Name** (last, first, middle)
2. **DCDC** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
3. **Date of Birth** (day/month/year) . . . . . . . . . . . . . . . . . . . . .   10 / 26 / 53
4. **Sentence Length** (maximum) (code in months, life = 999) . . .   90
5. **Parole Eligibility Date** (day/month/year)
   (minimum sentence minus goodtime) . . . . . . . . . . . . . . . . .   12 / 17 / 95
6. **Projected Mandatory Release Date** (day/month/year)
   (maximum sentence minus total possible goodtime) . . . . . . . .   06 / 25 / 99
7. **Full Term Date** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   06 / 14 / 01
8. **Months in Custody at First Notice** . . . . . . . . . . . . . . . . . .   26

### DC DECISION HISTORY

| | Date | SFS (DC) | High Risk | + Points | - Points | Decision (in mos) | Reasons for Departure |
|---|---|---|---|---|---|---|---|
| 9. | 3/96 | 2/3 | 1 | Ø | 1 | C 05 | |
| 10. | 9/96 | /3 | | 1 | Ø | C 11 | 64, 67 |
| 11. | 8/97 | /4 | | 1 | Ø | C 12 | 64, 67 |
| 12. | | | | | | | |
| 13. | | | | | | | |
| 14. | | | | | | | |
| 15. | | | | | | | |
| 16. | | | | | | | |
| 17. | | | | | | | |

SFS as calculated by DC. (DC) is the D.C. point score as it relates to the SFS.

High Risk is where the current offense or 2+ prior felony convictions involved violence, weapons, or drug trafficking
+ Points means points given, at that hearing, for negative institutional behavior
- Points means points given, at that hearing, for institutional program achievement

Decision in Months Note: Code a decision to continue as C____ and number of months until next hearing. Code a decision to parole as P____ and number of months to parole. For example, a decision to continue for a new hearing in 12 months would be coded **C12**, a decision to parole in 3 months would be coded **P03**.
If more than 9 hearings, attach continuation sheet.

**Current Offense Codes** (D.C. Code)

18. . . . . . . . . . . . . . . . . . . . . . . . .  _PWID Heroin  33-441_

19. . . . . . . . . . . . . . . . . . . . . . . . .  _____

20. . . . . . . . . . . . . . . . . . . . . . . . .  _____

21. **Probation or Parole Violator This Time** . . . . . . . . . . . . . . .  _2_
    (0 = no; 1 = probation violator, 2 = parole violator. If both a parole and probation violator, code as 3)

22. **SFS** (USPC calculated) . . . . . . . . . . . . . . . . . . . . . . . . .  _____

**Violence** (From Violence Codes - attachment)

23. **Current Offense 1** . . . . . . . . . . . . . . . . . . . . . . .  _____
24. **Current Offense 2** . . . . . . . . . . . . . . . . . . . . . . .  _____
25. **Current Offense 3** . . . . . . . . . . . . . . . . . . . . . . .  _____
26. **A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . .  _22_
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . .  _5_ / _79_
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . .  _11_ / _86_
27. **A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . .  _____
    **B. Date of arrest** (mo/year) . . . . . . . . . . . . . . . . .  _____/_____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . .  _____/_____

**Drug Distribution Offenses** (0 = no; 1 = yes)
    Drug distribution offenses do not involve simple possession of a controlled substance. They include such offenses as possession of a controlled substance with intent to distribute, sale or distribution of a controlled substance, and manufacture of a controlled substance.

28. **Current Offense** . . . . . . . . . . . . . . . . . . . . . . . . .  _1_
29. **A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . .  _PWID Heroin_
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . .  _11_ / _81_
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . .  _____/_____
30. **A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . .  _____
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . .  _____/_____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . .  _____/_____

31. **Firearm in Current Offense** (0 = no; 1 = yes) . . . . . . . . . . .  _∅_

32. **Exploitation of Child in Current Offense** (0 = no; 1 = yes). . . . . . . . . . . . . .  _∅_
    "Exploitation of Child in Current Offense" means the employment of a minor under the age of 16 in any criminal enterprise or the involvement of a minor in any criminal transaction (e.g., as the customer in a sale of drugs or weapons). This does not include sexual offenses in which the minor is the victim.

**Criminal Convictions for Institutional Conduct** (Use D.C. Code) (0 = None)

33.  A. Offense............................................................ _____

     B. Sentence (in months)........................................ _____

     C. Date.................................................................. _____ / _____

34.  A. Offense............................................................ _____

     B. Sentence (in months)........................................ _____

     C. Date.................................................................. _____ / _____

35.  A. Offense............................................................ _____

     B. Sentence (in months)........................................ ------

     C. Date.................................................................. _____ / _____

**Negative Institutional Behavior (From Institutional Behavior Code Sheet)**

0(0 = none)

36.  . . . . . . . . . . . . . . . . . . . . . . . . . . .   tested positive for marijuana

37.  . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

38.  . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____



File contains no offense description.   S convicted of PWID Cocaine and Attempted Distribution of Heroin.

January 16 1998,5:00pm /O:Erin.SAV  77

# Exhibit 2
# Inmate 54

## CODING FORM DC 100 CASE SAMPLE (1/26/98)

1. **Name** (last, first, middle)
2. **DCDC** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
3. **Date of Birth** (day/month/year) . . . . . . . . . . . . . . . . . . .   12 / 10 / 67
4. **Sentence Length** (maximum) (code in months, life = 999) . . .   54
5. **Parole Eligibility Date** (day/month/year)
   (minimum sentence minus goodtime) . . . . . . . . . . . . . . . .   05 / 28 / 96
6. **Projected Mandatory Release Date** (day/month/year)
   (maximum sentence minus total possible goodtime) . . . . . . . .   05 / 07 / 99
7. **Full Term Date** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   01 / 14 / 00
8. **Months in Custody at First Notice** . . . . . . . . . . . . . . . . . .   14

### DC DECISION HISTORY

| Date | SFS (DC) | High Risk | + Points | - Points | Decision (in mos) | Reasons for Departure |
|------|----------|-----------|----------|----------|-------------------|------------------------|
| 9. 10/96 | 5/2 | Ø | 1 | Ø | C 12 | 69, 67 |
| 10. 9/97 | /3 | | 1 | 1 | C 12 | 64, 67 |
| 11. | | | | | | |
| 12. | | | | | | |
| 13. | | | | | | |
| 14. | | | | | | |
| 15. | | | | | | |
| 16. | | | | | | |
| 17. | | | | | | |

SFS as calculated by DC. (DC) is the D.C. point score as it relates to the SFS.

High Risk is where the current offense or 2 + prior felony convictions involved violence, weapons, or drug trafficking
+ Points means points given, at that hearing, for negative institutional behavior
- Points means points given, at that hearing, for institutional program achievement

Decision in Months Note: Code a decision to continue as C____ and number of months until next hearing. Code a decision to parole as P____ and number of months to parole. For example, a decision to continue for a new hearing in 12 months would be coded **C12**, a decision to parole in 3 months would be coded **P03**.
If more than 9 hearings, attach continuation sheet.

A002583

**Current Offense Codes** (D.C. Code)
18. . . . . . . . . . . . . . . . . . . . . . Dest of Prop
19. . . . . . . . . . . . . . . . . . . . . . RSP
20. . . . . . . . . . . . . . . . . . . . . . BRA

21. **Probation or Parole Violator This Time** . . . . . . . . . . . . . . _____ Ø _____
    (0 = no; 1 = probation violator, 2 = parole violator. If both a parole and probation violator, code as 3)

22. **SFS** (USPC calculated) . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

**Violence** (From Violence Codes - attachment)
23. **Current Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
24. **Current Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
25. **Current Offense 3** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
26. **A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . _____ / _____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . _____ / _____
27. **A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
    **B. Date of arrest** (mo/year) . . . . . . . . . . . . . . . . . _____ / _____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . _____ / _____

**Drug Distribution Offenses** (0 = no; 1 = yes)
    Drug distribution offenses do not involve simple possession of a controlled substance. They include such offenses as possession of a controlled substance with intent to distribute, sale or distribution of a controlled substance, and manufacture of a controlled substance.

28. **Current Offense** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ Ø _____
29. **A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . . . . PWID PCP
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . _____ / _____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . _____ / 85
30. **A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . _____ / _____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . _____ / _____

31. **Firearm in Current Offense** (0 = no; 1 = yes) . . . . . . . . . . . _____ Ø _____

32. **Exploitation of Child in Current Offense** (0 = no; 1 = yes) . . . . . . . . . . . . . Ø . . . .
    "Exploitation of Child in Current Offense" means the employment of a minor under the age of 16 in any criminal enterprise or the involvement of a minor in any criminal transaction (e.g., as the customer in a sale of drugs or weapons. This does not include sexual offenses in which the minor is the victim.

A002584

**Criminal Convictions for Institutional Conduct** (Use D.C. Code) (0 = None)

33.   A. Offense.................................................................... _____
      B. Sentence (in months)................................................... _____
      C. Date......................................................... _____ / _____
34.   A. Offense.................................................................... _____
      B. Sentence (in months)................................................... _____
      C. Date......................................................... _____ / _____
35.   A. Offense.................................................................... _____
      B. Sentence (in months)................................................... ------
      C. Date......................................................... _____ / _____

**Negative Institutional Behavior (From Institutional Behavior Code Sheet)**
0(0 = none)

36.   . . . . . . . . . . in possession of home made wine   6   _____
37.   . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   6   _____
38.   . . . . . . . . . . . . . . . . . . . . . . . . . . . . .        _____

A002585



There is no PSI or offense description.  S convicted of 2 counts BRA, Receiving Stolen Property, and Destruction of Property.

January 16 1998, 5:00pm /O:Erin.SAV   75

A002586

# Exhibit  2
# Inmate 55

## CODING FORM DC 100 CASE SAMPLE (1/26/98)

1. **Name** (last, first, middle) ........
2. **DCDC** ..........................
3. **Date of Birth** (day/month/year) ...................... 02 / 21 / 70
4. **Sentence Length** (maximum) (code in months, life = 999) ... _____
5. **Parole Eligibility Date** (day/month/year)
   (minimum sentence minus goodtime) ................ 08 / 15 / 96
6. **Projected Mandatory Release Date** (day/month/year)
   (maximum sentence minus total possible goodtime) ........ 11 / 15 / 01
7. **Full Term Date** .......................... 12 / 19 / 06
8. **Months in Custody at First Notice** .................. _____

### DC DECISION HISTORY

| | Date | SFS (DC) | High Risk | + Points | - Points | Decision (in mos) | Reasons for Departure |
|---|---|---|---|---|---|---|---|
| 9. | 10/96 | 3/3 | 1 | 1 | ∅ | C 22 | 64, 67 |
| 10. | | | | | | | |
| 11. | | | | | | | |
| 12. | | | | | | | |
| 13. | | | | | | | |
| 14. | | | | | | | |
| 15. | | | | | | | |
| 16. | | | | | | | |
| 17. | | | | | | | |

SFS as calculated by DC.  (DC) is the D.C. point score as it relates to the SFS.

High Risk is where the current offense or 2+ prior felony convictions involved
violence, weapons, or drug trafficking
+ Points means points given, at that hearing, for negative institutional behavior
- Points means points given, at that hearing, for institutional program achievement

Decision in Months Note:  Code a decision to continue as C____ and number of months
until next hearing.  Code a decision to parole as P____ and number of months to
parole.  For example, a decision to continue for a new hearing in 12 months would be
coded **C12**, a decision to parole in 3 months would be coded **P03**.
If more than 9 hearings, attach continuation sheet.

A002587

**Current Offense Codes** (D.C. Code)
18. . . . . . . . . . . . . . . . . . . . . . .  2 cts  Simple Assault  22-504
19. . . . . . . . . . . . . . . . . . . . . . .  Threats to do Bodily Harm  22-507
20. . . . . . . . . . . . . . . . . . . . . . .  Poss of Firearm During Crime of Violence  22-3204

21. **Probation or Parole Violator This Time** . . . . . . . . . . . . . .  ___Ø___
    (0 = no; 1 = probation violator, 2 = parole violator. If both a parole and
    probation violator, code as 3)

22. **SFS** (USPC calculated) . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____

**Violence** (From Violence Codes - attachment)
23. **Current Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . . .  ___ 13
24. **Current Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
25. **Current Offense 3** . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
26. **A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . .  ____/____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . . .  ____/____
27. **A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
    **B. Date of arrest** (mo/year) . . . . . . . . . . . . . . . . . . .  ____/____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . . .  ____/____

**Drug Distribution Offenses** (0 = no; 1 = yes)
    Drug distribution offenses do not involve simple possession of a controlled
    substance. They include such offenses as possession of a controlled substance
    with intent to distribute, sale or distribution of a controlled substance, and
    manufacture of a controlled substance.

28. **Current Offense** . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
29. **A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . .  ____/____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . . .  ____/____
30. **A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . .  ____/____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . . .  ____/____

31. **Firearm in Current Offense** (0 = no; 1 = yes) . . . . . . . . . .  ___1___

32. **Exploitation of Child in Current Offense** (0 = no; 1 = yes). . . . . . . . . . .Ø. . . .
    "Exploitation of Child in Current Offense" means the employment of a minor
    under the age of 16 in any criminal enterprise or the involvement of a minor in
    any criminal transaction (e.g., as the customer in a sale of drugs or weapons.
    This does not include sexual offenses in which the minor is the victim.

A002588

**Criminal Convictions for Institutional Conduct** (Use D.C. Code) (0 = None)

33.   A. Offense............................................................ _____
     B. Sentence (in months)...................................... _____
     C. Date................................................ _____/_____

34.   A. Offense............................................................ _____
     B. Sentence (in months)...................................... _____
     C. Date................................................ _____/_____

35.   A. Offense............................................................ _____
     B. Sentence (in months)............................... ----------
     C. Date................................................ _____/_____

**Negative Institutional Behavior** (From Institutional Behavior Code Sheet)
**0**(0 = none)

36.   . . . . . . . . . . . . . . . . . . . . . . . . . . . . ____2____
37.   . . . . . . . . . . . . . . . . . . . , . . . . . . . . ____6____
38.   . . . . . . . . . . . . . . . . . . . . . . . . . . . . ____6____

A002589



     According to the PD163 the S was observed chasing several individuals.
Subsequently the police were advised that the S had struck one of those being chased
about the chest and the other about the face--causing tooth pain.  S was arrested and
ultimately convicted of Simple Assault and Threats to do Bodily Harm.

and [poss of firearm during crime of violence

S fired a handgun, then chased the victim. S fired 14 shots but none took effect.

A002590

# Exhibit 2
# Inmate 56

## CODING FORM DC 100 CASE SAMPLE (1/26/98)

1. **Name** (last, first, middle)
2. **DCDC** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
3. **Date of Birth** (day/month/year) . . . . . . . . . . . . . . . . . . .    _10 / 02 / 77_
4. **Sentence Length** (maximum) (code in months, life = 999) . . .   _60_
5. **Parole Eligibility Date** (day/month/year)
   (minimium sentence minus goodtime) . . . . . . . . . . . . . . . .   _/ YRA_
6. **Projected Mandatory Release Date** (day/month/year)
   (maximum sentence minus total possible goodtime) . . . . . . .   _11 / 22 / 00_
7. **Full Term Date** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _11 / 22 / 00_
8. **Months in Custody at First Notice** . . . . . . . . . . . . . . . . . .   _10_

### DC DECISION HISTORY

| | Date | SFS (DC) | High Risk | + Points | - Points | Decision (in mos) | Reasons for Departure |
|---|---|---|---|---|---|---|---|
| 9. | 9/96 | 8/1 | 1 | Ø | Ø | C 23 | |
| 10. | | | | | | | |
| 11. | | | | | | | |
| 12. | | | | | | | |
| 13. | | | | | | | |
| 14. | | | | | | | |
| 15. | | | | | | | |
| 16. | | | | | | | |
| 17. | | | | | | | |

SFS as calculated by DC.  (DC) is the D.C. point score as it relates to the SFS.

High Risk is where the current offense or 2 + prior felony convictions involved
violence, weapons, or drug trafficking
+ Points means points given, at that hearing, for negative institutional behavior
- Points means points given, at that hearing, for institutional program achievement

Decision in Months Note:  Code a decision to continue as C____ and number of months
until next hearing.  Code a decision to parole as P____ and number of months to
parole.  For example, a decision to continue for a new hearing in 12 months would be
coded **C12**, a decision to parole in 3 months would be coded **P03**.
If more than 9 hearings, attach continuation sheet.

February 5, 1998, 4:20pm                c:\wp51\ronnie\code100.dc                1

A002596

**Current Offense Codes** (D.C. Code)

18. . . . . . . . . . . . . . . . . . . . . . . . _Poss of Firearm in a Crime of Violence_
19. . . . . . . . . . . . . . . . . . . . . . . . _____
20. . . . . . . . . . . . . . . . . . . . . . . . _____

21. **Probation or Parole Violator This Time** . . . . . . . . . . . . . . ___∅___
    (0 = no; 1 = probation violator, 2 = parole violator. If both a parole and probation violator, code as 3)

22. **SFS** (USPC calculated) . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

**Violence** (From Violence Codes - attachment)
23. **Current Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ___22___
24. **Current Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
25. **Current Offense 3** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
26. **A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . . ____/____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . . ____/____
27. **A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    **B. Date of arrest** (mo/year) . . . . . . . . . . . . . . . . . . ____/____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . . ____/____

**Drug Distribution Offenses** (0 = no; 1 = yes)
    Drug distribution offenses do not involve simple possession of a controlled substance. They include such offenses as possession of a controlled substance with intent to distribute, sale or distribution of a controlled substance, and manufacture of a controlled substance.

28. **Current Offense** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
29. **A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . . ____/____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . . ____/____
30. **A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . . ____/____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . . ____/____

31. **Firearm in Current Offense** (0 = no; 1 = yes) . . . . . . . . . . ___1___

32. **Exploitation of Child in Current Offense** (0 = no; 1 = yes) . . . . . . . . . . ___∅___
    "Exploitation of Child in Current Offense" means the employment of a minor under the age of 16 in any criminal enterprise or the involvement of a minor in any criminal transaction (e.g., as the customer in a sale of drugs or weapons). This does not include sexual offenses in which the minor is the victim.

A002597

**Criminal Convictions for Institutional Conduct** (Use D.C. Code) (0 = None)

33.   A. Offense.................................................................... _____

      B. Sentence (in months)............................................. _____

      C. Date............................................................. _____

34.   A. Offense.................................................................... _____

      B. Sentence (in months)............................................. _____

      C. Date............................................................. _____

35.   A. Offense.................................................................... _____

      B. Sentence (in months)............................................. _____

      C. Date............................................................. _____

**Negative Institutional Behavior (From Institutional Behavior Code Sheet)**
0(0 = none)

36.   . . . . . . . . . . . . . . . . . . . . . . . . .    6 _____

37.   . . . . . . . . . . . . . . . . . . . . . . . . .    6 _____

38.   . . . . . . . . . . . . . . . . . . . . . . . . .    6 _____

A002598



No PSI. The following is from the Classification Study: S approached two victims from behind and, displaying a handgun, ordered them to disrobe. One stipped to his boxer shorts and the other to a pair of sweat pants. S was observed a short time later by police dropping a shoe containing some of the victim's money. S also threw down the gun which was identified as a semi-automatic pistol. S convicted of Possession of a Firearm in a Crime of Violence.

January 16 1998, 5:00pm /O:Erin.SAV    86

A002599

# Exhibit 2
# Inmate 57

## CODING FORM DC 100 CASE SAMPLE (1/26/98)

1. **Name** (last, first, middle) _____
2. **DCDC** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☒
3. **Date of Birth** (day/month/year) . . . . . . . . . . . . . . . . . . . . . . . 01 / 05 / 60
4. **Sentence Length** (maximum) (code in months, life = 999) . . . ___648___
5. **Parole Eligibility Date** (day/month/year)
   (minimum sentence minus goodtime) . . . . . . . . . . . . . . . . . . 10 / 22 / 93
6. **Projected Mandatory Release Date** (day/month/year)
   (maximum sentence minus total possible goodtime) . . . . . . . . 06 / 11 / 15
7. **Full Term Date** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 07 / 22 / 33
8. **Months in Custody at First Notice** . . . . . . . . . . . . . . . . . . . ___48___

### DC DECISION HISTORY

| | Date | SFS (DC) | High Risk | + Points | - Points | Decision (in mos) | Reasons for Departure | |
|---|---|---|---|---|---|---|---|---|
| 9. | 9/93 | 4/2 | 1 | ∅ | 1 | C 00 | Continue for FPO | app but no effort prior record last rep |
| 10. | 12/93 | — | — | — | — | C 34 | 67, 65, 69, 62 | |
| 11. | 4/4/95 | | | | | | | |
| 12. | 11/96 | /2 | | ∅ | 1 | C 22 | 63 | |
| 13. | | | | | | | | |
| 14. | | | | | | | | |
| 15. | | | | | | | | |
| 16. | | | | | | | | |
| 17. | | | | | | | | |

SFS as calculated by DC. (DC) is the D.C. point score as it relates to the SFS.

High Risk is where the current offense or 2+ prior felony convictions involved violence, weapons, or drug trafficking
+ Points means points given, at that hearing, for negative institutional behavior
- Points means points given, at that hearing, for institutional program achievement

Decision in Months Note: Code a decision to continue as C____ and number of months until next hearing. Code a decision to parole as P____ and number of months to parole. For example, a decision to continue for a new hearing in 12 months would be coded **C12**, a decision to parole in 3 months would be coded **P03**.
If more than 9 hearings, attach continuation sheet.

A002600

**Current Offense Codes** (D.C. Code)
18. . . . . . . . . . . . . . . . . . . . . .  *Rape*      *22-2801*
19. . . . . . . . . . . . . . . . . . . . . .  *Burg II*   *22-1801*
20. . . . . . . . . . . . . . . . . . . . . .  *Assault*   *22-504*

21. **Probation or Parole Violator This Time** . . . . . . . . . . . . . .  _____
    (0 = no; 1 = probation violator, 2 = parole violator. If both a parole and
    probation violator, code as 3)

22. **SFS** (USPC calculated) . . . . . . . . . . . . . . . . . . . . . . . . .  _____

**Violence** (From Violence Codes - attachment)
23. **Current Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . .  *7*
24. **Current Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . .  *21* (*1 yr sub*)
25. **Current Offense 3** . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
26. **A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . .  *7*
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . . .  *9/76*
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . . . .  _____/_____
27. **A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . .  _____
    **B. Date of arrest** (mo/year) . . . . . . . . . . . . . . . . . . . .  _____/_____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . . . .  _____/_____

**Drug Distribution Offenses** (0 = no; 1 = yes)
    Drug distribution offenses do not involve simple possession of a controlled
    substance. They include such offenses as possession of a controlled substance
    with intent to distribute, sale or distribution of a controlled substance, and
    manufacture of a controlled substance.

28. **Current Offense** . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
29. **A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . .  _____
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . . .  _____/_____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . . . .  _____
30. **A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . .  _____
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . . .  _____/_____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . . . .  _____/_____

31. **Firearm in Current Offense** (0 = no; 1 = yes) . . . . . . . . . . .  ___∅___

32. **Exploitation of Child in Current Offense** (0 = no; 1 = yes)............___∅___
    "Exploitation of Child in Current Offense" means the employment of a minor
    under the age of 16 in any criminal enterprise or the involvement of a minor in
    any criminal transaction (e.g., as the customer in a sale of drugs or weapons.
    This does not include sexual offenses in which the minor is the victim.

A002601

**Criminal Convictions for Institutional Conduct** (Use D.C. Code) (0 = None)

33.   **A. Offense**...................................................................... _____

   **B. Sentence (in months)**.............................................. _____

   **C. Date**........................................................................... ____/____

34.   **A. Offense**...................................................................... _____

   **B. Sentence (in months)**.............................................. _____

   **C. Date**........................................................................... ____/____

35.   **A. Offense**...................................................................... _____

   **B. Sentence (in months)**.............................................. - - - - - -

   **C. Date**........................................................................... ____/____

**Negative Institutional Behavior (From Institutional Behavior Code Sheet)**
0(0 = none)

36.   . . . . . . . . . . . . . . . . . . . . . . . . _____

37.   . . . . . . . . . . . . . . . . . . . . . . . . _____

38.   . . . . . . . . . . . . . . . . . . . . . . . . _____

A002602



Upon entering the laundry room in her building, victim noticed S, and turned to leave. S then grabbed her, struck her in the face, knocked her to the floor, tore off her clothing, and forced her to submit to sexual intercourse against her will. S then tied her hands and feet behind her, took her keys, asked her what they fit, and exited the room.

Later that evening a second victim noticed S in her hallway. S asked her for the whereabouts of a certain individual. Victim then proceded to the basement. When she retuned to her apartment S was going through her clothes. S then put a knife to her and tied her up with an electrical cord. A short time later victim's apartment was entered by another individual at which time S fled through an air duct. S convicted of Rape, Burglary II, and Assault.

January 16 1998,5:00pm /O:Erin.SAV   79

A002603

# Exhibit  2
# Inmate 58

## CODING FORM DC 100 CASE SAMPLE (1/26/98)

1. **Name** (last, first, middle)
2. **DCDC** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
3. **Date of Birth** (day/month/year) . . . . . . . . . . . . . . . . . . . . 06/21/67
4. **Sentence Length** (maximum) (code in months, life = 999) . . . 180
5. **Parole Eligibility Date** (day/month/year)
   (minimum sentence minus goodtime) . . . . . . . . . . . . . . . . 08/28/95
6. **Projected Mandatory Release Date** (day/month/year)
   (maximum sentence minus total possible goodtime) . . . . . . . 09/24/00
7. **Full Term Date** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 08/28/05
8. **Months in Custody at First Notice** . . . . . . . . . . . . . . . . . 59

### DC DECISION HISTORY

| | Date | SFS (DC) | High Risk | + Points | - Points | Decision (in mos) | Reasons for Departure |
|---|---|---|---|---|---|---|---|
| 9. | 7/95 | 4/2 | 1 | 1 | Ø | C 37 | 67, 64, 65 |
| 10. | | | | | | | |
| 11. | | | | | | | |
| 12. | | | | | | | |
| 13. | | | | | | | |
| 14. | | | | | | | |
| 15. | | | | | | | |
| 16. | | | | | | | |
| 17. | | | | | | | |

*(handwritten note at right of row 9: was last offend in prog)*

SFS as calculated by DC. (DC) is the D.C. point score as it relates to the SFS.

High Risk is where the current offense or 2+ prior felony convictions involved violence, weapons, or drug trafficking
+ Points means points given, at that hearing, for negative institutional behavior
- Points means points given, at that hearing, for institutional program achievement

Decision in Months Note: Code a decision to continue as C____ and number of months until next hearing. Code a decision to parole as P____ and number of months to parole. For example, a decision to continue for a new hearing in 12 months would be coded **C12**, a decision to parole in 3 months would be coded **P03**.
If more than 9 hearings, attach continuation sheet.

A002604

**Current Offense Codes** (D.C. Code)

18.  . . . . . . . . . . . . . . . . . . . . .  _Robbery_ _____
19.  . . . . . . . . . . . . . . . . . . . . .  _____
20.  . . . . . . . . . . . . . . . . . . . . .  _____

21.  **Probation or Parole Violator This Time** . . . . . . . . . . . . . .  _Ø_
     (0 = no; 1 = probation violator, 2 = parole violator. If both a parole and probation violator, code as 3)

22.  **SFS** (USPC calculated) . . . . . . . . . . . . . . . . . . . . . . . . .  _____

**Violence** (From Violence Codes - attachment)

23.  **Current Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _22_
24.  **Current Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
25.  **Current Offense 3** . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
26.  **A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . . .  _22_
     **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . . .  ___/___
     **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . .  _3_/_82_
27.  **A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . . .  _22_
     **B. Date of arrest** (mo/year) . . . . . . . . . . . . . . . . . . . .  ___/___
     **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . .  _8_/_83_

**Drug Distribution Offenses** (0 = no; 1 = yes)

Drug distribution offenses do not involve simple possession of a controlled substance.  They include such offenses as possession of a controlled substance with intent to distribute, sale or distribution of a controlled substance, and manufacture of a controlled substance.

28.  **Current Offense** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
29.  **A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
     **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . . .  ___/___
     **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . .  ___/___
30.  **A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
     **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . . .  ___/___
     **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . .  ___/___

31.  **Firearm in Current Offense** (0 = no; 1 = yes) . . . . . . . . . . .  _Ø_

32.  **Exploitation of Child in Current Offense** (0 = no; 1 = yes). . . . . . . . . .  _Ø_
     "Exploitation of Child in Current Offense" means the employment of a minor under the age of 16 in any criminal enterprise or the involvement of a minor in any criminal transaction (e.g., as the customer in a sale of drugs or weapons. This does not include sexual offenses in which the minor is the victim.

A002605

**Criminal Convictions for Institutional Conduct** (Use D.C. Code) (0 = None)

33.   A. Offense.................................................................. _____ 4 _____
      B. Sentence (in months)................................................ _____
      C. Date....................................................... found guilty _10_ / _94_

34.   A. Offense.................................................................. _____
      B. Sentence (in months)................................................ _____
      C. Date.................................................................... _____/_____

35.   A. Offense.................................................................. _____
      B. Sentence (in months)................................................ ------
      C. Date.................................................................... _____/_____

**Negative Institutional Behavior** (From Institutional Behavior Code Sheet)
0(0 = none)

36.   . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ 1 _____
37.   . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ 6 _____
38.   . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ 6 _____

A002606



    I cannot ascertain offense description from file; however, S charged with Armed Robbery and convicted of Robbery.  While incarcerated S was prosecuted for Assault on a Correctional Officer, and Possessing a Shank.  A Federal detainer is lodged against S for the above prison conduct.

January 16 1998,5:00pm /O:Erin.SAV   80

A002607

# Exhibit 2
# Inmate 59

## CODING FORM DC 100 CASE SAMPLE (1/26/98)

1. **Name** (last, first, middle) ____________
2. **DCDC** .................................... ____________
3. **Date of Birth** (day/month/year) .................... 07/27/60
4. **Sentence Length** (maximum) (code in months, life = 999) ... 360
5. **Parole Eligibility Date** (day/month/year)
   (minimium sentence minus goodtime) .................. 09/10/91
6. **Projected Mandatory Release Date** (day/month/year)
   (maximum sentence minus total possible goodtime) ......... 12/29/03
7. **Full Term Date** ................................ 11/06/13
8. **Months in Custody at First Notice** ..................... 94

## DC DECISION HISTORY

| | Date | SFS (DC) | High Risk | + Points | - Points | Decision (in mos) | Reasons for Departure |
|---|---|---|---|---|---|---|---|
| 9. | 9/91 | 5/2 | 1 | ∅ | -1 | C24 | |
| 10. | 10/93 | /2 | | 1 | -1 | C10 | 67, 63 |
| 11. | 9/94 | /2 | | ∅ | -1 | C48 | 67, 63 |
| 12. | | | | | | | |
| 13. | | | | | | | |
| 14. | | | | | | | |
| 15. | | | | | | | |
| 16. | | | | | | | |
| 17. | | | | | | | |

cruelty

SFS as calculated by DC. (DC) is the D.C. point score as it relates to the SFS.

High Risk is where the current offense or 2+ prior felony convictions involved violence, weapons, or drug trafficking
+ Points means points given, at that hearing, for negative institutional behavior
- Points means points given, at that hearing, for institutional program achievement

Decision in Months Note: Code a decision to continue as C____ and number of months until next hearing. Code a decision to parole as P____ and number of months to parole. For example, a decision to continue for a new hearing in 12 months would be coded **C12**, a decision to parole in 3 months would be coded **P03**.
If more than 9 hearings, attach continuation sheet.

**Current Offense Codes** (D.C. Code)

18. ........................ _Carnal Knowledge    22-2801_
19. ........................ _____
20. ........................ _____

21. **Probation or Parole Violator This Time** ............ ____1____ → *pg 9*
    (0 = no; 1 = probation violator, 2 = parole violator. If both a parole and    *on psi*
    probation violator, code as 3)

22. **SFS** (USPC calculated) ........................ _____

**Violence** (From Violence Codes - attachment)
23. **Current Offense 1** ............................ ___17___
24. **Current Offense 2** ............................ _____
25. **Current Offense 3** ............................ _____
26. **A. Prior Offense 1** ............................ ___22___
    **B. Date of arrest** (mo/yr) .................... _8_ / _75_
    **C. Date of conviction** (mo/yr) ............... _10_ / _75_
27. **A. Prior Offense 2** ............................ _____
    **B. Date of arrest** (mo/year) ................. _____ / _____
    **C. Date of conviction** (mo/yr) ............... _____ / _____

**Drug Distribution Offenses** (0 = no; 1 = yes)
    Drug distribution offenses do not involve simple possession of a controlled
    substance. They include such offenses as possession of a controlled substance
    with intent to distribute, sale or distribution of a controlled substance, and
    manufacture of a controlled substance.

28. **Current Offense** ............................ _____
29. **A. Prior Offense 1** ............................ _____
    **B. Date of arrest** (mo/yr) .................... _____ / _____
    **C. Date of conviction** (mo/yr) ............... _____ / _____
30. **A. Prior Offense 2** ............................ _____
    **B. Date of arrest** (mo/yr) .................... _____ / _____
    **C. Date of conviction** (mo/yr) ............... _____ / _____

31. **Firearm in Current Offense** (0 = no; 1 = yes) .......... ___∅___

32. **Exploitation of Child in Current Offense** (0 = no; 1 = yes)........... ___∅___
    "Exploitation of Child in Current Offense" means the employment of a minor
    under the age of 16 in any criminal enterprise or the involvement of a minor in
    any criminal transaction (e.g., as the customer in a sale of drugs or weapons.
    This does not include sexual offenses in which the minor is the victim.

A002609

**Criminal Convictions for Institutional Conduct** (Use D.C. Code) (0 = None)

33.   A. Offense.................................................... _____

     B. Sentence (in months)................................. _____

     C. Date......................................................... _____

34.   A. Offense.................................................... _____

     B. Sentence (in months)................................. _____

     C. Date......................................................... _____

35.   A. Offense.................................................... _____

     B. Sentence (in months)................................. ------

     C. Date......................................................... _____

**Negative Institutional Behavior (From Institutional Behavior Code Sheet)**

0(0 = none)

36.   . . . . . . . . . . . . . . . . . . . . . . . . .    *LOC    6*  _____

37.   . . . . . . . . . . . . . . . . . . . . . . . . .    _____

38.   . . . . . . . . . . . . . . . . . . . . . . . . .    _____

A002610



S's five year old daughter was taken to the hospital by her mother after complaining of vaginal pain. After an examination, the daughter stated that S had had vaginal and rectal intercourse with her, and forced her to perform oral sex on him. The girl had tested positive for gonorrhea two years prior, a disease both parents have. S admitted to having sexual intercourse with his daughter once or twice per week. S convicted of Carnal Knowledge.

At the time of I.O. S was on Probation but I was not able to ascertain the details from the file.

January 16 1998, 5:00pm /O:Erin.SAV   78

# Exhibit 2
# Inmate 60

## CODING FORM DC 100 CASE SAMPLE (1/26/98)

1. **Name** (last, first, middle)
2. **DCDC** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
3. **Date of Birth** (day/month/year) . . . . . . . . . . . . . . . . . . . . . _2/ 11/ 70_
4. **Sentence Length** (maximum) (code in months, life = 999) . . . _240_
5. **Parole Eligibility Date** (day/month/year)
   (minimum sentence minus goodtime) . . . . . . . . . . . . . . . . _10/ 9/ 97_
6. **Projected Mandatory Release Date** (day/month/year)
   (maximum sentence minus total possible goodtime) . . . . . . . _4/ 30/ 03_
7. **Full Term Date** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _11/ 26/ 09_
8. **Months in Custody at First Hearing** . . . . . . . . . . . . . . . . _39_

### DC DECISION HISTORY

| | Date | SFS (DC) | High Risk | + Points | - Points | Decision (in mos) | Reasons for Departure |
|---|---|---|---|---|---|---|---|
| 9. | 2/2/93 | 2 (13) | + 1 | +1 | -1 | C14 | WITHIN GLS ~~NO DEPARTU~~ |
| 10. | 7/18/94 | | | | | C4 | NEW AGGREGATED SENTENCE - NOT ELIGIBLE - WITHIN GLS |
| 11. NEW INITIAL | 11/22/94 | 3 (13) | + 1 | +1 | | C24 | WITHIN GLS |
| 12. | 10/31/96 | | | +1 | -1 | C12 | WITHIN GLS |
| 13. | 10/8/97 | | | +1 | | C12 | WITHIN GLS |
| 14. | | | | | | | |
| 15. | | | | | | | |
| 16. | | | | | | | |
| 17. | | | | | | | |

SFS as calculated by DC. (DC) is the D.C. point score as it relates to the SFS.

High Risk is where the current offense or 2+ prior felony convictions involved violence, weapons, or drug trafficking
- Points means points given, at that hearing, for negative institutional behavior
+ Points means points given, at that hearing, for institutional program achievement

Decision in Months Note: Code a decision to continue as C____ and number of months until next hearing. Code a decision to parole as P____ and number of months to parole. For example, a decision to continue for a new hearing in 12 months would be coded **C12**, a decision to parole in 3 months would be coded **P03**.
If more than 9 hearings, attach continuation sheet.

A002622

**Current Offense Codes** (D.C. Code)

18. . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ 33-549
19. . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ 22-103
20. . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ 33-541(a)

21. **Probation or Parole Violator This Time** . . . . . . . . . . . . . . . _____ 1
(0 = no; 1 = probation violator, 2 = parole violator. If both a parole and probation violator, code as 3)

22. **SFS** (USPC calculated) . . . . . . . . . . . . . . . . . . . . . . . . _____ 2

**Violence** (From Violence Codes - attachment)

23. **Current Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . _____
24. **Current Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . _____
25. **Current Offense 3** . . . . . . . . . . . . . . . . . . . . . . . . . _____
26. **A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . _____
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . ____/____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . ____/____
27. **A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . _____
    **B. Date of arrest** (mo/year) . . . . . . . . . . . . . . . . ____/____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . ____/____

**Drug Distribution Offenses** (0 = no; 1 = yes)   *(image)*
Drug distribution offenses do not involve simple possession of a controlled substance. They include such offenses as possession of a controlled substance with intent to distribute, sale or distribution of a controlled substance, and manufacture of a controlled substance.

28. **Current Offense** . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ 1
29. **A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . _____ 1
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . 9/88
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . 11/90
30. **A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . _____ 1
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . 9/87
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . 12/87

31. **Firearm in Current Offense** (0 = no; 1 = yes) . . . . . . . . . . . _____ 0

32. **Exploitation of Child in Current Offense** (0 = no; 1 = yes) . . . . . . . . . . . . 0
"Exploitation of Child in Current Offense" means the employment of a minor under the age of 16 in any criminal enterprise or the involvement of a minor in any criminal transaction (e.g., as the customer in a sale of drugs or weapons). This does not include sexual offenses in which the minor is the victim.

A002623

**CRIMINAL CONVICTIONS FOR INSTITUTIONAL CONDUCT** (Use D.C. Code)
(0 = None)

33.  **A. Offense**.................................................... _____ 22-103 _____ *
     **B. Sentence** (in months)................................ _____ 6 _____
     **C. Date**........................................................ _____ 6/94 _____
34.  **A. Offense**.................................................... _____
     **B. Sentence** (in months)................................ _____
     **C. Date**........................................................ _____ / _____
35.  **A. Offense**.................................................... _____
     **B. Sentence** (in months)................................ ------
     **C. Date**........................................................ _____ / _____

**NEGATIVE INSTITUTIONAL BEHAVIOR** (From Institutional Behavior Code
Sheet) (0 = none)

36.  . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ 6 _____
37.  . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ 6 _____
38.  . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ 6 _____

*Included in 240 as is new drug offense committed while on escape*

A002624

# Exhibit  2
# Inmate 61

## CODING FORM DC 100 CASE SAMPLE (1/14/98)

1. **Name** _____
2. **DCDC** _____
3. **Date of birth** _9_ / _1_ / _60_  (day/month/year)
4. **Sentence Length** (Maximum) _144_  Code in Months, life = 999
5. **Parole Eligibility Date** _9_ / _22_ / _96_  (day/month/year)
      (minimum sentence minus goodtime)
6. **Projected Mandatory Release Date** _9_ / _11_ / _00_  (day/month/year)
      (maximum sentence minus total possible goodtime)
7. **Full Term Date** _8_ / _23_ / _04_
8. **Months in Custody at First Hearing** ~~158~~ 38

### DC DECISION HISTORY

| Date | SFS | High Risk | + Points | - Points | Decision (in months) | Reasons for Departure |
|------|-----|-----------|----------|----------|----------------------|------------------------|
| 9. 10/23/95 | 3/3 | Yes 1 | Ø | -1 | C 11 | |
| 10. 12/19/96 | | | Ø | -1 | C 21 | 61, 69, 62 |
| 11. | | | | | | |
| 12. | | | | | | |
| 13. | | | | | | |
| 14. | | | | | | |
| 15. | | | | | | |
| 16. | | | | | | |
| 17. | | | | | | |

SFS is the SFS 0as calculated by DC

High Risk is where the current offense or 2+ prior felony convictions involved violence, weapons, or drug trafficking

- Points means points given, at that hearing, for negative institutional behavior

+ Points means points given, at that hearing, for institutional program achievement

Decision in Months Note: Code a decision to continue as C____ and number of months until next hearing;  Code a decision to parole as P____ and number of

A002629

months to parole.  For example, a decision to continue for a new hearing in 12 months would be coded C12, a decision to parole in 3 months would be coded P03. If more than 9 hearings, attach continuation sheet.

**Current Offense Codes** (from offense code sheet)
18. _22-103_
19. _____
20. _____
21. **Probation or Parole Violator This Time** _1_
    (0 = no; 1 = probation violator, 2 = parole violator  If both a parole and probation violator, code as 2)

22. **SFS** (USPC Calculated)    ____

**Violence** (From Violence Codes - attachment)
23. **Current Offense 1** ____
24. **Current Offense 2** ____
25. **Current Offense 3** ____
26. **Prior Offense 1** ____    Date _____/____ (mo/yr)
27. **Prior Offense 2** ____    Date ____/____ (mo/yr)

**Drug Distribution Offense** (0 = no; 1 = yes)
    Drug distribution offenses do not involve simple possession of a controlled substance.  They include such offenses as possession of a controlled substance with intent to distribute, sale or distribution of a controlled substance, and manufacture of a controlled substance.
28. **Current Offense** _O_
29. **Prior Offense 1** _    Date ___/____ (mo/yr)
30. **Prior Offense 2** _    Date ___/____ (mo/yr)

31. **Firearm in Current Offense** _O_    (0 = no; 1 = yes)

32. **Exploitation of Child in Current Offense** _O_ (0 = no; 1 = yes)
    "Exploitation of Child in Current Offense" means the employment of a minor under the age of 16 in any criminal enterprise or the involvement of a minor in any criminal transaction (e.g., as the customer in a sale of drugs or weapons. This dores not include sexual offesnes in which the minor is the victim.

**Criminal Convictions for Institutional Conduct**
33. **Offense** _____    **Sentence** _____ (in months) Date ___/___/___
34. **Offense** _____    **Sentence** _____ (in months) Date ___/___/___
35. **Offense** _____    **Sentence** _____ (in months) Date ___/___/___

A002630

**Negative Institutional Behavior** (From Institutional Behavior Code Sheet)

**36.** _____

**37.** _____

**38.** _____

A002631

## Violence Codes

(Items 23-27)

1. Murder
2. Voluntary manslaughter
3. Mayhem
4. Malicious Disfigurement
5. Arson of a residence
6. Arson of a regularly occupied building
7. Rape (first degree sexual abuse not of a child)
8. Armed kidnapping
9. Kidnapping to commit a sexual assault
10. Burglary of a residence while armed
11. Assault with a deadly weapon upon a law enforcement officer
12. Aggravated assault (D.C. Code §22-504.1)
13. Assault with shots fired by offender
14. Extortion by threat of death [serious bodily injury, or kidnapping]
15. Obstruction of justice by threat of death [serious bodily injury, or kidnapping]
16. Robbery resulting in serious bodily injury to victim (D.C. Code §22-.4101).
17. First degree sexual abuse of a child (D.C. §22-4108)
18. Sexual abuse of a child other than in 17 above
    "Sexual Abuse of a Child" means any sexual offense involving    a minor
    under the age of 16 that is committed by an adult offender at least 4
    years older than the child.  This does not include first-degree child sexual
    abuse rape) (D.C. Code §22-4108) which is covered under 24-28 above.
21. Assault (felony only)
22. Robbery
23. Arson
24. Residential burglary
25. Any offense involving threat of bodily harm
???26. Any crime set forth in D.C. Code section 23-103(a)(2) (DC code cite makes no sense)

## Negative Institutional Behavior Codes

( Items 40-42. Score three incidents with the lowest code numbers)

1. Possession of weapon
2. Riot or inciting a riot

4

A002632

3. Setting a fire
4. Assault upon correctional staff
5. Introduction of drugs for purpose of distribution
6. Other negative institutional behavior

5



   S convicted of Attempted Robbery.  After "begging" the victim for money, and being turned down, S grabbed the victim's purse and fled the scene.

January 16 1998,5:00pm /O:Erin.SAV

A002634

# Exhibit  2
# Inmate 62

*box 3*

## CODING FORM DC 100 CASE SAMPLE (1/26/98)

1. **Name** (last, first, middle)
2. **DCDC** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
3. **Date of Birth** (day/month/year) . . . . . . . . . . . . . . . . . . . .   _03 / 12 / 47_
4. **Sentence Length** (maximum) (code in months, life = 999) . . .   _144_
5. **Parole Eligibility Date** (day/month/year)
   (minimum sentence minus goodtime) . . . . . . . . . . . . . . . . .   _11 / 21/ 95_
6. **Projected Mandatory Release Date** (day/month/year)
   (maximum sentence minus total possible goodtime) . . . . . . . .   _12 / 12/ 99_
7. **Full Term Date** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _11 /21 / 03_
8. **Months in Custody at First Hearing** . . . . . . . . . . . . . . . .   _46_

### DC DECISION HISTORY

*at initial*
*there is a subsequent*
*revocation* ←

| | Date | SFS (DC) | High Risk | + Points | - Points | Decision (in mos) | Reasons for Departure |
|---|---|---|---|---|---|---|---|
| 9. | 9/20/95 | 1/3 | 1 | Ø | 1 | P02 | |
| 10. | | | | | | | |
| 11. | | | | | | | |
| 12. | | | | | | | |
| 13. | | | | | | | |
| 14. | | | | | | | |
| 15. | | | | | | | |
| 16. | | | | | | | |
| 17. | | | | | | | |

SFS as calculated by DC.  (DC) is the D.C. point score as it relates to the SFS.

High Risk is where the current offense or 2+ prior felony convictions involved violence, weapons, or drug trafficking
- Points means points given, at that hearing, for negative institutional behavior
+ Points means points given, at that hearing, for institutional program achievement

Decision in Months Note: Code a decision to continue as C____ and number of months until next hearing.  Code a decision to parole as P____ and number of months to parole.  For example, a decision to continue for a new hearing in 12 months would be coded **C12**, a decision to parole in 3 months would be coded **P03**.
If more than 9 hearings, attach continuation sheet.

*d i la did to  u/c*

A002636

**Current Offense Codes** (D.C. Code)

**18.** . . . . . . . . . . . . . . . . . . . . . . . .    _____

**19.** . . . . . . . . . . . . . . . . . . . . . . . .    _____

**20.** . . . . . . . . . . . . . . . . . . . . . . . .    _____

**21.    Probation or Parole Violator This Time** . . . . . . . . . . . . . .    _____
(0 = no; 1 = probation violator, 2 = parole violator. If both a parole and probation violator, code as 3)

**22.    SFS** (USPC calculated) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

**Violence** (From Violence Codes - attachment)

**23.    Current Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

**24.    Current Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

**25.    Current Offense 3** . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

**26.    A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____
**B. Date(mo/yr)** . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____/_____

**27.    A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____
**B. Date (month/year)** . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____/_____

**Drug Distribution Offense** (0 = no; 1 = yes)
Drug distribution offenses do not involve simple possession of a controlled substance. They include such offenses as possession of a controlled substance with intent to distribute, sale or distribution of a controlled substance, and manufacture of a controlled substance.

**28.    Current Offense** . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

**29.    A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____
**B. Date (month/year)** . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____/_____

**30.    A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____
**B. Date (month/year)** . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____/_____

**31.    Firearm in Current Offense** (0 = no; 1 = yes) . . . . . . . . . . .    _____

**32.    Exploitation of Child in Current Offense** (0 = no; 1 = yes)
"Exploitation of Child in Current Offense" means the employment of a minor under the age of 16 in any criminal enterprise or the involvement of a minor in any criminal transaction (e.g., as the customer in a sale of drugs or weapons. This does not include sexual offenses in which the minor is the victim.

A002637

**Criminal Convictions for Institutional Conduct** (Use D.C. Code.  None = 0)

33.   **A. Offense**..............................................................  _____

  **B. Sentence (in months)**...........................................  _____

  **C. Date**.................................................................  _____/_____

34.   **A. Offense**..............................................................  _____

  **B. Sentence (in months)**...........................................  _____

  **C. Date**.................................................................  _____/_____

35.   **A. Offense**..............................................................  _____

  **B. Sentence (in months)**...........................................  ------

  **C. Date**.................................................................  _____/_____

**Negative Institutional Behavior** (From Institutional Behavior Code Sheet)

36.   . . . . . . . . . . . . . . . . . . . . . . . . .  _____

37.   . . . . . . . . . . . . . . . . . . . . . . . . .  _____

38.   . . . . . . . . . . . . . . . . . . . . . . . . .  _____

January 26, 1998            d:\inmate\ltr\dccode100.sav            3

A002638

Exhibit  2
Inmate 63

## CODING FORM DC 100 CASE SAMPLE (1/26/98)

1. **Name** (last, first, middle) _____
2. **DCDC** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
3. **Date of Birth** (day/month/year) . . . . . . . . . . . . . . . . . . . . .  02 / 20 / 63
4. **Sentence Length** (maximum) (code in months, life = 999) . . .  60
5. **Parole Eligibility Date** (day/month/year)
   (minimum sentence minus goodtime) . . . . . . . . . . . . . . . . .  08 / 15 / 97
6. **Projected Mandatory Release Date** (day/month/year)
   (maximum sentence minus total possible goodtime) . . . . . . . .  02 / 05 / 02
7. **Full Term Date** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  01 / 16 / 07
8. **Months in Custody at First Notice** . . . . . . . . . . . . . . . . . . .  _____

### DC DECISION HISTORY

| | Date | SFS (DC) | High Risk | + Points | - Points | Decision (in mos) | Reasons for Departure |
|---|---|---|---|---|---|---|---|
| 9. | 7/97 | 5/2 | 1 | Ø | Ø | C 13 | |
| 10. | | | | | | | |
| 11. | | | | | | | |
| 12. | | | | | | | |
| 13. | | | | | | | |
| 14. | | | | | | | |
| 15. | | | | | | | |
| 16. | | | | | | | |
| 17. | | | | | | | |

SFS as calculated by DC. (DC) is the D.C. point score as it relates to the SFS.

High Risk is where the current offense or 2+ prior felony convictions involved violence, weapons, or drug trafficking
+ Points means points given, at that hearing, for negative institutional behavior
- Points means points given, at that hearing, for institutional program achievement

Decision in Months Note:  Code a decision to continue as C____ and number of months until next hearing.  Code a decision to parole as P____ and number of months to parole.  For example, a decision to continue for a new hearing in 12 months would be coded **C12**, a decision to parole in 3 months would be coded **P03**.
If more than 9 hearings, attach continuation sheet.

A002639

**Current Offense Codes** (D.C. Code)

18. . . . . . . . . . . . . . . . . . . . . . . . . _ADW_ _22-502_
19. . . . . . . . . . . . . . . . . . . . . . . . . _____
20. . . . . . . . . . . . . . . . . . . . . . . . . _____

21. **Probation or Parole Violator This Time** . . . . . . . . . . . . . . _∅_
(0 = no; 1 = probation violator, 2 = parole violator. If both a parole and
probation violator, code as 3)    _escape_

22. **SFS** (USPC calculated) . . . . . . . . . . . . . . . . . . . . . . . . . . _____

**Violence** (From Violence Codes - attachment)
23. **Current Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . . . . _12_
24. **Current Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
25. **Current Offense 3** . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
26. **A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . . ___/___
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . ___/___
27. **A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
    **B. Date of arrest** (mo/year) . . . . . . . . . . . . . . . . . . ___/___
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . ___/___

**Drug Distribution Offenses** (0 = no; 1 = yes)
Drug distribution offenses do not involve simple possession of a controlled
substance. They include such offenses as possession of a controlled substance
with intent to distribute, sale or distribution of a controlled substance, and
manufacture of a controlled substance.

28. **Current Offense** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
29. **A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . . ___/___
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . ___/___
30. **A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . . ___/___
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . ___/___

31. **Firearm in Current Offense** (0 = no; 1 = yes) . . . . . . . . . . _∅_

32. **Exploitation of Child in Current Offense** (0 = no; 1 = yes) . . . . . . . . . _∅_
"Exploitation of Child in Current Offense" means the employment of a minor
under the age of 16 in any criminal enterprise or the involvement of a minor in
any criminal transaction (e.g., as the customer in a sale of drugs or weapons.
This does not include sexual offenses in which the minor is the victim.

A002640

**Criminal Convictions for Institutional Conduct** (Use D.C. Code) (0 = None)

33.  **A. Offense**...............................................  _____
    **B. Sentence (in months)**....................................  _____
    **C. Date**...............................................  _____
34.  **A. Offense**...............................................  _____
    **B. Sentence (in months)**....................................  _____
    **C. Date**...............................................  _____ / _____
35.  **A. Offense**...............................................  _____
    **B. Sentence (in months)**....................................  ------
    **C. Date**...............................................  _____ / _____

**Negative Institutional Behavior (From Institutional Behavior Code Sheet)**
0(0 = none)

36.  . . . . . . . . . . . . . . . . . . . . . . . .  _____ 6 _____
37.  . . . . . . . . . . . . . . . . . . , . . . . .  _____ 0 _____
38.  . . . . . . . . . . . . . . . . . . . . . . . .  _____

A002641



The S's ex-wife reported that S approached her, started an argument, and punched her in the face. Later that afternoon, the wife reported that S approached her house and threw a brick threw her window. Still later, while trying to leave her house, S approached her and began to stab at her with a large butcher knife. As she retreated, S stated "Next time I am going to kill you." Although the victim was did not return the Victim Impact Statement for fear of S, during a call by the P.O. she stated that she was treated at a hospital for a stab wound. S convicted of Assault with a Dangerous Weapon.

At the time of the I.O. S was on escape status with an outstanding Bench Warrent serving a sentence for Attampted Burglary II, SDW, Simple Assault, and Destruction of Property from a previous incident involving his ex-wife.

January 16 1998,5:00pm /O:Erin.SAV   76

A002642

# Exhibit  2
# Inmate 64

*box 2* ✓

## CODING FORM DC 100 CASE SAMPLE (1/26/98)

1. **Name** (last, first, middle)
2. **DCDC** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
3. **Date of Birth** (day/month/year) . . . . . . . . . . . . . . . . . . . . .  *03/22/64*
4. **Sentence Length** (maximum) (code in months, life = 999) . . .  *999*
5. **Parole Eligibility Date** (day/month/year)
   (minimium sentence minus goodtime) . . . . . . . . . . . . . . .  *10/22/94*
6. **Projected Mandatory Release Date** (day/month/year)
   (maximum sentence minus total possible goodtime) . . . . . . .  *~/LIFE/~*
7. **Full Term Date** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  *~/LIFE/~*
8. **Months in Custody at First Hearing** . . . . . . . . . . . . . . . .  *99*

### DC DECISION HISTORY

*( used "continually Incarcerated since" date )*

| | Date | SFS (DC) | High Risk | + Points | - Points | Decision (in mos) | Reasons for Departure |
|---|---|---|---|---|---|---|---|
| **9.** | 9/28/94 | 6/1 | 1 | 1 | ∅ | C 24 | 64 |
| **10.** | 10/22/96 | /3 | | 1 | ∅ | C 23 | 62, 64 |
| **11.** | | | | | | | |
| **12.** | | | | | | | |
| **13.** | | | | | | | |
| **14.** | | | | | | | |
| **15.** | | | | | | | |
| **16.** | | | | | | | |
| **17.** | | | | | | | |

SFS as calculated by DC. (DC) is the D.C. point score as it relates to the SFS.

High Risk is where the current offense or 2+ prior felony convictions involved violence, weapons, or drug trafficking
- Points means points given, at that hearing, for negative institutional behavior
+ Points means points given, at that hearing, for institutional program achievement

Decision in Months Note: Code a decision to continue as C____ and number of months until next hearing. Code a decision to parole as P____ and number of months to parole. For example, a decision to continue for a new hearing in 12 months would be coded **C12**, a decision to parole in 3 months would be coded **P03**.
If more than 9 hearings, attach continuation sheet.

January 26, 1998          d:\inmate\ltr\dccode100.sav          1

A002643

**Current Offense Codes** (D.C. Code)
18. ...2 counts armed robbery...    22-2901
19. ...AWIK w/ armed...    22-501, 3202
20. ....CPWL............    22-3204

21. **Probation or Parole Violator This Time** ...............    ∅
    (0 = no; 1 = probation violator, 2 = parole violator. If both a parole and probation violator, code as 3)

22. **SFS** (USPC calculated) ..............................    _____

**Violence** (From Violence Codes - attachment)
23. **Current Offense 1** ...............Same......⌐......    13
24. **Current Offense 2** ...............offense...⌐_......    22
25. **Current Offense 3** ..................................    _____
26. A. **Prior Offense 1** .............................    22
    B. Date(mo/yr)...............................    3/76 / 11/76
27. A. **Prior Offense 2** .............................    _____
    B. Date (month/year)........................    ____/____

**Drug Distribution Offense** (0 = no; 1 = yes)
    Drug distribution offenses do not involve simple possession of a controlled substance. They include such offenses as possession of a controlled substance with intent to distribute, sale or distribution of a controlled substance, and manufacture of a controlled substance.

28. **Current Offense** ............................    ∅
29. A. **Prior Offense 1** .........................    _____
    B. Date (month/year)........................    ____/____
30. A. **Prior Offense 2** .........................    _____
    B. Date (month/year)........................    ____/____

31. **Firearm in Current Offense** (0 = no; 1 = yes) ..........    1

32. **Exploitation of Child in Current Offense** (0 = no; 1 = yes)    ∅
    "Exploitation of Child in Current Offense" means the employment of a minor under the age of 16 in any criminal enterprise or the involvement of a minor in any criminal transaction (e.g., as the customer in a sale of drugs or weapons). This does not include sexual offenses in which the minor is the victim.

A002644

**Criminal Convictions for Institutional Conduct** (Use D.C. Code.  None = 0)

33.   A. Offense.................................................................... _____
       B. Sentence (in months)........................................................ _____
       C. Date................................................................ _____/_____

34.   A. Offense.................................................................... _____
       B. Sentence (in months)........................................................ _____
       C. Date................................................................ _____/_____

35.   A. Offense.................................................................... _____
       B. Sentence (in months)........................................................ \-\-\-\-\-\-
       C. Date................................................................ _____/_____

**Negative Institutional Behavior** (From Institutional Behavior Code Sheet)

36.  . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____6_____
37.  . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____6_____
38.  . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

A002645

This offense involves the robbery of several victims by S and two accomplices. The PSI does not make it clear which perpetrator committed which act, but does indicate that one pointed a handgun at the victims and demanded "everything you got" while one of the other perpetrators pointed a sawed off shotgun at them. Three sterling silver chains and a Timex watch were obtained from the victims. After this, one of the victims was hit on the back of the head with the handgun, shot at five times, and hit once in the back as he attempted to run away. Along with the shotgun and the handgun, police found a set of brass knuckles in the car apparently used by the perpetrators. S convicted of Armed Robbery, Assault With Intent to Kill While Armed, Carrying a Pistol Without a License/F, and Possession of Prohibited Weapon/F.

January 16 1998,5:00pm /O:Erin.SAV   22

A002646