# Exhibit C
# Part 2

# Exhibit  2
# Inmate 65



## CODING FORM DC 100 CASE SAMPLE (1/26/98)

1. **Name** (last, first, middle)
2. **DCDC** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
3. **Date of Birth** (day/month/year) . . . . . . . . . . . . . . . . .  _07 / 02 / 54_
4. **Sentence Length** (maximum) (code in months, life = 999) . . . _36_
5. **Parole Eligibility Date** (day/month/year)
   (minimum sentence minus goodtime) . . . . . . . . . . . . . . . . _08 / 28 / 97_
6. **Projected Mandatory Release Date** (day/month/year)
   (maximum sentence minus total possible goodtime) . . . . . . . _02 / 17 / 99_
7. **Full Term Date** . . . . . . . . . . . . . . . . . . . . . . . . . . . . _10 / 30 / 99_
8. **Months in Custody at First Notice** . . . . . . . . . . . . . . . . _11_

### DC DECISION HISTORY

| | Date | SFS (DC) | High Risk | + Points | - Points | Decision (in mos) | Reasons for Departure |
|---|---|---|---|---|---|---|---|
| 9. | 9/97 | 3/3 | 1 | ∅ | -1 | C 12 | G7 |
| 10. | | | | | | C 11 | |
| 11. | | | | | | | |
| 12. | | | | | | | |
| 13. | | | | | | | |
| 14. | | | | | | | |
| 15. | | | | | | | |
| 16. | | | | | | | |
| 17. | | | | | | | |

SFS as calculated by DC. (DC) is the D.C. point score as it relates to the SFS.

High Risk is where the current offense or 2+ prior felony convictions involved
violence, weapons, or drug trafficking
+ Points means points given, at that hearing, for negative institutional behavior
- Points means points given, at that hearing, for institutional program achievement

Decision in Months Note: Code a decision to continue as C____ and number of months
until next hearing.  Code a decision to parole as P____ and number of months to
parole.  For example, a decision to continue for a new hearing in 12 months would be
coded **C12**, a decision to parole in 3 months would be coded **P03**.
If more than 9 hearings, attach continuation sheet.

A002647

**Current Offense Codes** (D.C. Code)

18. . . . . . . . . . . . . . . . . . . . . . .  *Att Dist of Heroin  33-541*
19. . . . . . . . . . . . . . . . . . . . .  _____
20. . . . . . . . . . . . . . . . . . . . .  _____

*?*

21. **Probation or Parole Violator This Time** . . . *unsure →* _____
    (0 = no; 1 = probation violator, 2 = parole violator. If both a parole and probation violator, code as 3)

22. **SFS** (USPC calculated) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

**Violence** (From Violence Codes - attachment)
23. **Current Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
24. **Current Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
25. **Current Offense 3** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
26. **A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . . . . . . . _____/_____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . . . . . . _____/_____
27. **A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
    **B. Date of arrest** (mo/year) . . . . . . . . . . . . . . . . . . . . . . . _____/_____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . . . . . . _____/_____

**Drug Distribution Offenses** (0 = no; 1 = yes)
    Drug distribution offenses do not involve simple possession of a controlled substance. They include such offenses as possession of a controlled substance with intent to distribute, sale or distribution of a controlled substance, and manufacture of a controlled substance.

28. **Current Offense** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
29. **A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . . . . . . . _____/_____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . . . . . . _____/_____
30. **A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . . . . . . . _____/_____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . . . . . . _____/_____

31. **Firearm in Current Offense** (0 = no; 1 = yes) . . . . . . . . . .  *Ø*

32. **Exploitation of Child in Current Offense** (0 = no; 1 = yes) . . . . . . . . . . . . . . . *Ø*
    "Exploitation of Child in Current Offense" means the employment of a minor under the age of 16 in any criminal enterprise or the involvement of a minor in any criminal transaction (e.g., as the customer in a sale of drugs or weapons). This does not include sexual offenses in which the minor is the victim.

A002648

**Criminal Convictions for Institutional Conduct** (Use D.C. Code) (0 = None)

33.   A. Offense..............................................................   _____
      B. Sentence (in months)...........................................   _____
      C. Date................................................................   _____/_____

34.   A. Offense..............................................................   _____
      B. Sentence (in months)...........................................   _____
      C. Date................................................................   _____/_____

35.   A. Offense..............................................................   _____
      B. Sentence (in months)...........................................   ------
      C. Date................................................................   _____/_____

**Negative Institutional Behavior (From Institutional Behavior Code Sheet)**
0(0 = none)

36.   . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____
37.   . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____
38.   . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

A002649



File contains no description of offense, however, S convicted of Attempted Distribution of Heroin.

January 16 1998,5:00pm /O:Erin.SAV   68

A002650

# Exhibit  2
# Inmate 66

box 4

## CODING FORM DC 100 CASE SAMPLE (1/26/98)

1.  **Name** (last, first, middle) _____
2.  **DCDC** . . . . . . . . . . . . . . . . . . . . . . . . . . . .
3.  **Date of Birth** (day/month/year) . . . . . . . . . . . . . . . . . .    04 / 13 / 65
4.  **Sentence Length** (maximum) (code in months, life = 999) . . .   252
5.  **Parole Eligibility Date** (day/month/year)
    (minimium sentence minus goodtime) . . . . . . . . . . . . . . .   02 / 07 / 97
6.  **Projected Mandatory Release Date** (day/month/year)
    (maximum sentence minus total possible goodtime) . . . . . . . .   07 / 25 / 05
7.  **Full Term Date** . . . . . . . . . . . . . . . . . . . . . . . . . . .   08 / 16 / 12
8.  **Months in Custody at First Notice** . . . . . . . . . . . . . . . . .   74

### DC DECISION HISTORY

| Date | SFS (DC) | High Risk | + Points | - Points | Decision (in mos) | Reasons for Departure |
|------|----------|-----------|----------|----------|-------------------|----------------------|
| 9. 10/97 | 3/3 | 1 | 1 | 1 | C 18 | 69, 62, 64 |
| 10. | | | | | | |
| 11. | | | | | | |
| 12. | | | | | | |
| 13. | | | | | | |
| 14. | | | | | | |
| 15. | | | | | | |
| 16. | | | | | | |
| 17. | | | | | | |

SFS as calculated by DC.  (DC) is the D.C. point score as it relates to the SFS.

High Risk is where the current offense or 2+ prior felony convictions involved violence, weapons, or drug trafficking
+ Points means points given, at that hearing, for negative institutional behavior
- Points means points given, at that hearing, for institutional program achievement

Decision in Months Note:  Code a decision to continue as C____ and number of months until next hearing.  Code a decision to parole as P____ and number of months to parole.  For example, a decision to continue for a new hearing in 12 months would be coded **C12**, a decision to parole in 3 months would be coded **P03**.
If more than 9 hearings, attach continuation sheet.

A002651

**Current Offense Codes** (D.C. Code)
18. . . . . . . . . . . . . . . . . . . . . .    Prison Break    22-2601
19. . . . . . . . . . . . . . . . . . . . . .    Armed Robbery
20. . . . . . . . . . . . . . . . . . . . . .    Poss of Firearm

21. **Probation or Parole Violator This Time** . . . . . . . . . . . . . . .    _____    7
    (0 = no; 1 = probation violator, 2 = parole violator. If both a parole and
    probation violator, code as 3)

22. **SFS** (USPC calculated) . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

**Violence** (From Violence Codes - attachment)
23. **Current Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____
24. **Current Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____
25. **Current Offense 3** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____
26. **A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . . . . . .    _____/_____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . . . . . .    _____/_____
27. **A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____
    **B. Date of arrest** (mo/year) . . . . . . . . . . . . . . . . . . . . . .    _____/_____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . . . . . .    _____/_____

**Drug Distribution Offenses** (0 = no; 1 = yes)
    Drug distribution offenses do not involve simple possession of a controlled
    substance.  They include such offenses as possession of a controlled substance
    with intent to distribute, sale or distribution of a controlled substance, and
    manufacture of a controlled substance.

28. **Current Offense** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____
29. **A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . . . . . .    _____/_____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . . . . . .    _____/_____
30. **A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . . . . . .    _____/_____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . . . . . .    _____/_____

31. **Firearm in Current Offense** (0 = no; 1 = yes) . . . . . . . . . .    |_____

32. **Exploitation of Child in Current Offense** (0 = no; 1 = yes). . . . . . . . . . .    Ø
    "Exploitation of Child in Current Offense" means the employment of a minor
    under the age of 16 in any criminal enterprise or the involvement of a minor in
    any criminal transaction (e.g., as the customer in a sale of drugs or weapons.
    This does not include sexual offenses in which the minor is the victim.

A002652

**Criminal Convictions for Institutional Conduct** (Use D.C. Code) (0 = None)

33.   A. Offense............................................................   _____
     B. Sentence (in months).........................................   _____
     C. Date..................................................................   _____/_____

34.   A. Offense............................................................   _____
     B. Sentence (in months).........................................   _____
     C. Date..................................................................   _____/_____

35.   A. Offense............................................................   _____
     B. Sentence (in months).........................................   ------
     C. Date..................................................................   _____/_____

**Negative Institutional Behavior (From Institutional Behavior Code Sheet)**
0(0 = none)

36.   . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

37.   . . . . . . . . . . . . . . . . . . . , . . . . . .   _____

38.   . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

A002653



In 1982 S broke into the home of two elderly women, kicked in their bedroom door, demanded money, and beat one of the women with a telephone--she later required surgery and a three week hospitalization. S was convicted of AWITK while Armed, two counts of Burglary I, and Assault With Intent to Rob. While on parole, he was arrested and subsequently convicted for Distribution of Heroin. While serving that sentence at a community corrections center, S was released to attend a drug treatment program and did not return to the CCC. S convicted of Prison Breech.

A002654

# Exhibit  2
# Inmate 67

## CODING FORM DC 100 CASE SAMPLE (1/26/98)

1. **Name** (last, first, middle) _____
2. **DCDC** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
3. **Date of Birth** (day/month/year) . . . . . . . . . . . . . . . . . . . .  _08_/_05_/_64_
4. **Sentence Length** (maximum) (code in months, life = 999) . . .  _8 4_
5. **Parole Eligibility Date** (day/month/year)
   (minimum sentence minus goodtime) . . . . . . . . . . . . . . . . .  _10_/_01_/_97_
6. **Projected Mandatory Release Date** (day/month/year)
   (maximum sentence minus total possible goodtime) . . . . . . . .  _03_/_26_/_01_
7. **Full Term Date** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _10_ /_22_/_02_
8. **Months in Custody at First Notice** . . . . . . . . . . . . . . . . . . .  _65_                7

### DC DECISION HISTORY

|        | Date   | SFS (DC) | High Risk | + Points | - Points | Decision (in mos) | Reasons for Departure |
|--------|--------|----------|-----------|----------|----------|-------------------|-----------------------|
| 9.     | 10/97  | 7/1      | 1         | ∅        | ∅        | C12               | 64, 65, 67            |
| 10.    |        |          |           |          |          |                   |                       |
| 11.    |        |          |           |          |          |                   |                       |
| 12.    |        |          |           |          |          |                   |                       |
| 13.    |        |          |           |          |          |                   |                       |
| 14.    |        |          |           |          |          |                   |                       |
| 15.    |        |          |           |          |          |                   |                       |
| 16.    |        |          |           |          |          |                   |                       |
| 17.    |        |          |           |          |          |                   |                       |

SFS as calculated by DC.  (DC) is the D.C. point score as it relates to the SFS.

High Risk is where the current offense or 2 + prior felony convictions involved
violence, weapons, or drug trafficking
+ Points means points given, at that hearing, for negative institutional behavior
- Points means points given, at that hearing, for institutional program achievement

Decision in Months Note:  Code a decision to continue as C____ and number of months
until next hearing.  Code a decision to parole as P____ and number of months to
parole.  For example, a decision to continue for a new hearing in 12 months would be
coded **C12**, a decision to parole in 3 months would be coded **P03**.
If more than 9 hearings, attach continuation sheet.

A002655

**Current Offense Codes** (D.C. Code)
18.  . . . . . . . . . . . . . . . . . . . . .  BRA/F     23-1327
19.  . . . . . . . . . . . . . . . . . . . . .  PWID cocaine  33-541
20.  . . . . . . . . . . . . . . . . . . . . .

21.  **Probation or Parole Violator This Time**  . . . . . . . . . . . . . . .  1
     (0 = no; 1 = probation violator, 2 = parole violator. If both a parole and probation violator, code as 3)

22.  **SFS** (USPC calculated)  . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____

**Violence** (From Violence Codes - attachment)
23.  **Current Offense 1**  . . . . . . . . . . . . . . . . . . . . . . .
24.  **Current Offense 2**  . . . . . . . . . . . . . . . . . . . . . . .
25.  **Current Offense 3**  . . . . . . . . . . . . . . . . . . . . . . .
26.  **A. Prior Offense 1**  . . . . . . . . . . . . . . . . . . . . . . .
     **B. Date of arrest** (mo/yr)  . . . . . . . . . . . . . . . . .
     **C. Date of conviction** (mo/yr)  . . . . . . . . . . . . .
27.  **A. Prior Offense 2**  . . . . . . . . . . . . . . . . . . . . . . .
     **B. Date of arrest** (mo/year)  . . . . . . . . . . . . . . .
     **C. Date of conviction** (mo/yr)  . . . . . . . . . . . . .

**Drug Distribution Offenses** (0 = no; 1 = yes)
     Drug distribution offenses do not involve simple possession of a controlled substance.  They include such offenses as possession of a controlled substance with intent to distribute, sale or distribution of a controlled substance, and manufacture of a controlled substance.

28.  **Current Offense**  . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1
29.  **A. Prior Offense 1**  . . . . . . . . . . . . . . . . . . . . . . .
     **B. Date of arrest** (mo/yr)  . . . . . . . . . . . . . . . . .
     **C. Date of conviction** (mo/yr)  . . . . . . . . . . . . .
30.  **A. Prior Offense 2**  . . . . . . . . . . . . . . . . . . . . . . .
     **B. Date of arrest** (mo/yr)  . . . . . . . . . . . . . . . . .
     **C. Date of conviction** (mo/yr)  . . . . . . . . . . . . .

31.  **Firearm in Current Offense** (0 = no; 1 = yes)  . . . . . . . . . .  Ø

32.  **Exploitation of Child in Current Offense** (0 = no; 1 = yes)............  Ø
     "Exploitation of Child in Current Offense" means the employment of a minor under the age of 16 in any criminal enterprise or the involvement of a minor in any criminal transaction (e.g., as the customer in a sale of drugs or weapons. This does not include sexual offenses in which the minor is the victim.

February 5, 1998, 4:20pm                    c:\wp51\ronnie\code100.dc                    2

**Criminal Convictions for Institutional Conduct** (Use D.C. Code) (0 = None)

33.  A. Offense........................................................... _Escape_
     B. Sentence (in months)................................... _4 - 12_
     C. Date.............................................................. _12 / 92_
34.  A. Offense........................................................... _____
     B. Sentence (in months)................................... _____
     C. Date.............................................................. _____ / _____
35.  A. Offense........................................................... _____
     B. Sentence (in months)................................... ------
     C. Date.............................................................. _____ / _____

**Negative Institutional Behavior (From Institutional Behavior Code Sheet)**
0(0 = none)

36.  . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
37.  . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
38.  . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

February 5, 1998, 4:20pm              c:\wp51\ronnie\code100.dc              3

A002657

An unmarked police car approached the S who was in the street flagging it down. S asked the officers what they were looking for, to which they responded that they were looking for a twenty. The officers then exhanged $20 for a small piece of clear plastic containing three loose white rocks which field tested positive for cocaine. S was then arrested (9/30/92).

S failed to appear before the court as required 5/8/92. S convicted of BRA/F, UCSA, PWID Cocaine. S went on escape status from Hope Village between 8/13/93 and 1/23/97.

At the time of the I.O. S was on probation for Possession of Drug Paraphanalia.

January 16 1998, 5:00pm /O:Erin.SAV   90

# Exhibit  2
# Inmate 68

box 3

## CODING FORM DC 100 CASE SAMPLE (1/26/98)

1. **Name** (last, first, middle)
2. **DCDC** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
3. **Date of Birth** (day/month/year) . . . . . . . . . . . . . . . . . . . . . . . . . 08 / 15 / 79
4. **Sentence Length** (maximum) (code in months, life = 999) . . . 60
5. **Parole Eligibility Date** (day/month/year)
   (minimum sentence minus goodtime) . . . . . . . . . . . . . . . . . . . NRA
6. **Projected Mandatory Release Date** (day/month/year)
   (maximum sentence minus total possible goodtime) . . . . . . . . 02 / 12 / 01
7. **Full Term Date** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 02 / 12 / 01
8. **Months in Custody at First Notice** . . . . . . . . . . . . . . . . . . . . . 08

## DC DECISION HISTORY

| | Date | SFS (DC) | High Risk | + Points | - Points | Decision (in mos) | Reasons for Departure |
|---|---|---|---|---|---|---|---|
| 9. | 10/23/96 | 8/1 | 1 | Ø | Ø | C 23 | (None indicated) |
| 10. | | | | | | | |
| 11. | | | | | | | |
| 12. | | | | | | | |
| 13. | | | | | | | |
| 14. | | | | | | | |
| 15. | | | | | | | |
| 16. | | | | | | | |
| 17. | | | | | | | |

SFS as calculated by DC. (DC) is the D.C. point score as it relates to the SFS.

High Risk is where the current offense or 2+ prior felony convictions involved violence, weapons, or drug trafficking
+ Points means points given, at that hearing, for negative institutional behavior
- Points means points given, at that hearing, for institutional program achievement

Decision in Months Note:  Code a decision to continue as C____ and number of months until next hearing.  Code a decision to parole as P____ and number of months to parole.  For example, a decision to continue for a new hearing in 12 months would be coded **C12**, a decision to parole in 3 months would be coded **P03**.
If more than 9 hearings, attach continuation sheet.

A002659

**Current Offense Codes** (D.C. Code)

18. . . . . . . . . . . . . . . . . . . . . . . .  _CPWL_
19. . . . . . . . . . . . . . . . . . . . . . . .  _Poss of Marijuana_
20. . . . . . . . . . . . . . . . . . . . . . . .  _Poss of Cocaine_

21. **Probation or Parole Violator This Time** . . . . . . . . . . . . . .  _Ø_
    (0 = no; 1 = probation violator, 2 = parole violator. If both a parole and
    probation violator, code as 3)

22. **SFS** (USPC calculated) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____

**Violence** (From Violence Codes - attachment)
23. **Current Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
24. **Current Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
25. **Current Offense 3** . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
26. **A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . . .  _____/_____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . .  _____/_____
27. **A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
    **B. Date of arrest** (mo/year) . . . . . . . . . . . . . . . . . . .  _____/_____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . .  _____/_____

**Drug Distribution Offenses** (0 = no; 1 = yes)
    Drug distribution offenses do not involve simple possession of a controlled
    substance. They include such offenses as possession of a controlled substance
    with intent to distribute, sale or distribution of a controlled substance, and
    manufacture of a controlled substance.

28. **Current Offense** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _Ø_
29. **A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . . .  _____/_____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . .  _____/_____
30. **A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . . .  _____/_____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . .  _____/_____

31. **Firearm in Current Offense** (0 = no; 1 = yes) . . . . . . . . . .  ___|___

32. **Exploitation of Child in Current Offense** (0 = no; 1 = yes). . . . . . . . . . . . _Ø_
    "Exploitation of Child in Current Offense" means the employment of a minor
    under the age of 16 in any criminal enterprise or the involvement of a minor in
    any criminal transaction (e.g., as the customer in a sale of drugs or weapons.
    This does not include sexual offenses in which the minor is the victim.

A002660

**Criminal Convictions for Institutional Conduct** (Use D.C. Code) (0 = None)

33.  A. Offense................................................................ _____
     B. Sentence (in months)................................................. _____
     C. Date................................................................ _____ / _____
34.  A. Offense................................................................ _____
     B. Sentence (in months)................................................. _____
     C. Date................................................................ _____ / _____
35.  A. Offense................................................................ _____
     B. Sentence (in months)................................................. -------
     C. Date................................................................ _____ / _____

**Negative Institutional Behavior (From Institutional Behavior Code Sheet)**
0(0 = none)

36.  . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
37.  . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
38.  . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

A002661



S convicted of CPWL, Possession of Marijuana, and Possession of Cocaine. S was winessed entering an apartment. When ordered outside, by police who were following up on a complaint about S threatening victim with a gun, he was searched. This revealed two loaded hand guns and a quantity of illegal drugs.

→ ① .45 revolver

② .380 auto pistol

> Witness complained to police that S pointed 2 guns at him and threatened to kill him.

A002662

# Exhibit  2
# Inmate 69

box 3

## CODING FORM DC 100 CASE SAMPLE (1/26/98)

1. **Name** (last, first, middle)
2. **DCDC** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
3. **Date of Birth** (day/month/year) . . . . . . . . . . . . . . . . . . . . . 07/10/70
4. **Sentence Length** (maximum) (code in months, life = 999) . . . 144
5. **Parole Eligibility Date** (day/month/year)
   (minimum sentence minus goodtime) . . . . . . . . . . . . . . . . . 02/05/93
6. **Projected Mandatory Release Date** (day/month/year)
   (maximum sentence minus total possible goodtime) . . . . . . . 01/28/98
7. **Full Term Date** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 01/07/02
8. **Months in Custody at First Hearing** . . . . . . . . . . . . . . . . . 68

### DC DECISION HISTORY

| Date | SFS (DC) | High Risk | + Points | - Points | Decision (in mos) | Reasons for Departure |
|------|----------|-----------|----------|----------|-------------------|------------------------|
| 9. 9/6/95 | 3/3 | 1 | 1 | Ø | C 11 | |
| 10. 10/10/96 | | | 1 | -1 | C 23 | 69, 62, 64, 67 |
| 11. | | | | | | |
| 12. | | | | | | |
| 13. | | | | | | |
| 14. | | | | | | |
| 15. | | | | | | |
| 16. | | | | | | |
| 17. | | | | | | |

SFS as calculated by DC.  (DC) is the D.C. point score as it relates to the SFS.

High Risk is where the current offense or 2+ prior felony convictions involved violence, weapons, or drug trafficking
- Points means points given, at that hearing, for negative institutional behavior
+ Points means points given, at that hearing, for institutional program achievement

Decision in Months Note:  Code a decision to continue as C____ and number of months until next hearing.  Code a decision to parole as P____ and number of months to parole.  For example, a decision to continue for a new hearing in 12 months would be coded **C12**, a decision to parole in 3 months would be coded **P03**.
If more than 9 hearings, attach continuation sheet.

January 26, 1998          d:\inmate\ltr\dccode100.sav                    1

A002667

**Current Offense Codes** (D.C. Code)
18. . . . *P.W.I.D. Coc. w/ Armd*. _____ 33-541 , 22-3202 _____
19. . . . . . . . . . . . . . . . . . . . . . . _____
20. . . . . . . . . . . . . . . . . . . . . . . _____

21. **Probation or Parole Violator This Time** . . . . . . . . . . . . . . _____ 2 _____
    (0 = no; 1 = probation violator, 2 = parole violator. If both a parole and
    probation violator, code as 3)

22. **SFS** (USPC calculated) . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

**Violence** (From Violence Codes - attachment)
23. **Current Offense 1** . . . . . . . . . . . . . . . . . . _____
24. **Current Offense 2** . . . . . . . . . . . . . . . . . . _____
25. **Current Offense 3** . . . . . . . . . . . . . . . . . . _____
26. **A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . _____ 22 _____
    **B. Date(mo/yr)** . . . . . . . . . . . . . . . . . . . . . . . _3/85_/ _____
27. **A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . _____
    **B. Date (month/year)** . . . . . . . . . . . . . . . . . . . _____/ _____

**Drug Distribution Offense** (0 = no; 1 = yes)
    Drug distribution offenses do not involve simple possession of a controlled
    substance. They include such offenses as possession of a controlled substance
    with intent to distribute, sale or distribution of a controlled substance, and
    manufacture of a controlled substance.

28. **Current Offense** . . . . . . . . . . . . . . . . . . . . . . . . _____ 1 _____
29. **A. Prior Offense 1** . . . . . . . *P.W.I.D. Cocaine* . . . . . . →
    **B. Date (month/year)** . . . . . . . . . . . . . . . . . . . _12/87_/ _5/88_
30. **A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . _____
    **B. Date (month/year)** . . . . . . . . . . . . . . . . . . . _____/ _____

31. **Firearm in Current Offense** (0 = no; 1 = yes) . . . . . . . . . . _____ 1 _____

32. **Exploitation of Child in Current Offense** (0 = no; 1 = yes)
    "Exploitation of Child in Current Offense" means the employment of a minor
    under the age of 16 in any criminal enterprise or the involvement of a minor in
    any criminal transaction (e.g., as the customer in a sale of drugs or weapons.
    This does not include sexual offenses in which the minor is the victim.

A002668

**Criminal Convictions for Institutional Conduct** (Use D.C. Code. None = 0)
33.  A. Offense..................................................................... _____
     B. Sentence (in months)......................................................... _____
     C. Date.................................................................... _____/_____
34.  A. Offense..................................................................... _____
     B. Sentence (in months)......................................................... _____
     C. Date.................................................................... _____/_____
35.  A. Offense..................................................................... _____
     B. Sentence (in months)......................................................... -------
     C. Date.................................................................... _____/_____

**Negative Institutional Behavior** (From Institutional Behavior Code Sheet)
36.  ................... fighting ............. _____  6
37.  ................... escape ............. _____
38.  ................................. _____

S    escaped   4/94 - 5/95   (384 days)

A002669



S convicted of PWID Cocaine While Armed.  S was observed by undercover police engaging in drug transactions.  Realizing the police were observing him, he fled with the officers following.  As they approached, they noted S making movements under a piece of furniture under which they recovered a loaded .38 caliber revolver.  Recovered from S were approximately five grams of a substance which field tested positive for cocaine (no DEA7) and $171.

At the time of the I.O. two parole violation warrents and one bench warrent were outstanding against the S.

January 30 1998,3:02pm /O:Erin.SAV  51

A002670

# Exhibit  2
# Inmate 70

## CODING FORM DC 100 CASE SAMPLE (1/26/98)

1.  **Name** (last, first, middle)
2.  **DCDC**
3.  **Date of Birth** (day/month/year) . . . . . . . . . . . . . . . . . . .  07/09/66
4.  **Sentence Length** (maximum) (code in months, life = 999) . . .  207
5.  **Parole Eligibility Date** (day/month/year)
    (minimum sentence minus goodtime) . . . . . . . . . . . . . .  12/21/92
6.  **Projected Mandatory Release Date** (day/month/year)
    (maximum sentence minus total possible goodtime) . . . . . . .  7/17/00
7.  **Full Term Date** . . . . . . . . . . . . . . . . . . . . . . . . . . . .  3/22/06
8.  **Months in Custody at First Notice** . . . . . . . . . . . . . . . . .  47

### DC DECISION HISTORY

| Date | SFS (DC) | High Risk | + Points | - Points | Decision (in mos) | Reasons for Departure |
|---|---|---|---|---|---|---|
| 9. 11/92 | 9/0 | 1 | +1 | 1 | C 22 | neg instl opp but no effort to rehab |
| 10. | | | | | | |
| 11. | | | | | | |
| 12. | | | | | | |
| 13. | | | | | | |
| 14. | | | | | | |
| 15. | | | | | | |
| 16. | | | | | | |
| 17. | | | | | | |

SFS as calculated by DC.  (DC) is the D.C. point score as it relates to the SFS.

High Risk is where the current offense or 2+ prior felony convictions involved
violence, weapons, or drug trafficking
+ Points means points given, at that hearing, for negative institutional behavior
- Points means points given, at that hearing, for institutional program achievement

Decision in Months Note:  Code a decision to continue as C____ and number of months
until next hearing.  Code a decision to parole as P____ and number of months to
parole.  For example, a decision to continue for a new hearing in 12 months would be
coded **C12**, a decision to parole in 3 months would be coded **P03**.
If more than 9 hearings, attach continuation sheet.

February 5, 1998, 4:20pm              c:\wp51\ronnie\code100.dc                    1

**Current Offense Codes** (D.C. Code)
**18.** . . . . . . . . . . . . . . . . . . . . . . .    _____
**19.** . . . . . . . . . . . . . . . . . . . . . . .    _____
**20.** . . . . . . . . . . . . . . . . . . . . . . .    _____

**21.   Probation or Parole Violator This Time** . . . . . . . . . . . . . . .    _____
(0 = no; 1 = probation violator, 2 = parole violator. If both a parole and probation violator, code as 3)

**22.   SFS** (USPC calculated) . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

**Violence** (From Violence Codes - attachment)
**23.   Current Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____
**24.   Current Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____
**25.   Current Offense 3** . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____
**26.   A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____
         **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . . . . . . .    _____/_____
         **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . . . . . .    _____/_____
**27.   A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____
         **B. Date of arrest** (mo/year) . . . . . . . . . . . . . . . . . . . . . .    _____/_____
         **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . . . . . .    _____/_____

**Drug Distribution Offenses** (0 = no; 1 = yes)
Drug distribution offenses do not involve simple possession of a controlled substance. They include such offenses as possession of a controlled substance with intent to distribute, sale or distribution of a controlled substance, and manufacture of a controlled substance.

**28.   Current Offense** . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____
**29.   A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____
         **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . . . . . . .    _____/_____
         **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . . . . . .    _____/_____
**30.   A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____
         **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . . . . . . .    _____/_____
         **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . . . . . .    _____/_____

**31.   Firearm in Current Offense** (0 = no; 1 = yes) . . . . . . . . . . .    _____

**32.   Exploitation of Child in Current Offense** (0 = no; 1 = yes)....................
"Exploitation of Child in Current Offense" means the employment of a minor under the age of 16 in any criminal enterprise or the involvement of a minor in any criminal transaction (e.g., as the customer in a sale of drugs or weapons). This does not include sexual offenses in which the minor is the victim.

**Criminal Convictions for Institutional Conduct** (Use D.C. Code) (0 = None)

33.  **A. Offense**.................................................... _____
     **B. Sentence (in months)**.................................... _____
     **C. Date**.................................................. _____/_____

34.  **A. Offense**.................................................... _____
     **B. Sentence (in months)**.................................... _____
     **C. Date**.................................................. _____/_____

35.  **A. Offense**.................................................... _____
     **B. Sentence (in months)**.................................... ------
     **C. Date**.................................................. _____/_____

**Negative Institutional Behavior (From Institutional Behavior Code Sheet)**
0(0 = none)

36.  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
37.  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
38.  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____



S convicted of Attemped Distribtion of Cocaine and UCSA Distribtion of Cocaine.  S was observed selling drugs by police officers on 8/30/88. The buyer was arrested and substances conviscated. The DEA report revealed 270 mg. of 91% pure cocaine, and heroin--27% pure with a net weight of 114 mg.

On 9/26/88 S was again observed selling drugs on several occasions to several different individuals and in collusion with a co-defendant.  When arrested on this date S was in possession of $160.

DEA lab report revealed four viles of cocaine, 87% pure, with a net weight of 478 mg. (unsure what this report refers to).

At the time of this offense S had outstanding Bench Warrents against him from NY state.

# Exhibit  2
# Inmate 71

## CODING FORM DC 100 CASE SAMPLE (1/26/98)

1. **Name** (last, first, middle) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
2. **DCDC** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
3. **Date of Birth** (day/month/year) . . . . . . . . . . . . . . . . . . . . *07 / 20 / 52*
4. **Sentence Length** (maximum) (code in months, life = 999) . . . *54*
5. **Parole Eligibility Date** (day/month/year)
   (minimum sentence minus goodtime) . . . . . . . . . . . . . . . . . *08 / 30 / 97*
6. **Projected Mandatory Release Date** (day/month/year)
   (maximum sentence minus total possible goodtime) . . . . . . . . *08 / 31 / 00*
7. **Full Term Date** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *08 / 31 / 00*
8. **Months in Custody at First Notice** . . . . . . . . . . . . . . . . . . . . . _____

## DC DECISION HISTORY

| Date | SFS (DC) | High Risk | + Points | - Points | Decision (in mos) | Reasons for Departure |
|------|----------|-----------|----------|----------|-------------------|-----------------------|
| 9. 7/93 | | | | | | |
| 10. | | | | | | |
| 11. | | | | | | |
| 12. | | | | | | |
| 13. | | | | | | |
| 14. | | | | | | |
| 15. | | | | | | |
| 16. | | | | | | |
| 17. | | | | | | |

SFS as calculated by DC. (DC) is the D.C. point score as it relates to the SFS.

High Risk is where the current offense or 2+ prior felony convictions involved violence, weapons, or drug trafficking
+ Points means points given, at that hearing, for negative institutional behavior
- Points means points given, at that hearing, for institutional program achievement

Decision in Months Note: Code a decision to continue as C____ and number of months until next hearing. Code a decision to parole as P____ and number of months to parole. For example, a decision to continue for a new hearing in 12 months would be coded **C12**, a decision to parole in 3 months would be coded **P03**.
If more than 9 hearings, attach continuation sheet.

**Current Offense Codes** (D.C. Code)

18. . . . . . . . . . . . . . . . . . .    _____

19. . . . . . . . . . . . . . . . . . .    _____

20. . . . . . . . . . . . . . . . . . .    _____

21. **Probation or Parole Violator This Time** . . . . . . . . . . . . . . .    _____
    (0 = no; 1 = probation violator, 2 = parole violator. If both a parole and probation violator, code as 3)

22. **SFS** (USPC calculated) . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

**Violence** (From Violence Codes - attachment)

23. **Current Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . .    _____
24. **Current Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . .    _____
25. **Current Offense 3** . . . . . . . . . . . . . . . . . . . . . . . . .    _____
26. **A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . . . .    _____
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . .    _____/_____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . .    _____/_____
27. **A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . . .    _____
    **B. Date of arrest** (mo/year) . . . . . . . . . . . . . . . . . .    _____/_____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . .    _____/_____

**Drug Distribution Offenses** (0 = no; 1 = yes)
    Drug distribution offenses do not involve simple possession of a controlled substance.  They include such offenses as possession of a controlled substance with intent to distribute, sale or distribution of a controlled substance, and manufacture of a controlled substance.

28. **Current Offense** . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____
29. **A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . . . .    _____
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . .    _____/_____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . .    _____/_____
30. **A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . . .    _____
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . .    _____/_____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . .    _____/_____

31. **Firearm in Current Offense** (0 = no; 1 = yes) . . . . . . . . . .    _____

32. **Exploitation of Child in Current Offense** (0 = no; 1 = yes)..........................
    "Exploitation of Child in Current Offense" means the employment of a minor under the age of 16 in any criminal enterprise or the involvement of a minor in any criminal transaction (e.g., as the customer in a sale of drugs or weapons. This does not include sexual offenses in which the minor is the victim.

**Criminal Convictions for Institutional Conduct** (Use D.C. Code) (0 = None)

**33.**  **A. Offense**................................................................ _____

        **B. Sentence (in months)**........................................................ _____

        **C. Date**.............................................................. _____/_____

**34.**  **A. Offense**................................................................ _____

        **B. Sentence (in months)**........................................................ _____

        **C. Date**.............................................................. _____/_____

**35.**  **A. Offense**................................................................ _____

        **B. Sentence (in months)**........................................................ \-\-\-\-\-\-

        **C. Date**.............................................................. _____/_____

**Negative Institutional Behavior (From Institutional Behavior Code Sheet)**
0(0 = none)

**36.**  . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

**37.**  . . . . . . . . . . . . . . . . . . . . . , . . . . . _____

**38.**  . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

# Exhibit  2
# Inmate 72

## CODING FORM DC 100 CASE SAMPLE (1/26/98)

1. **Name** (last, first, middle)
2. **DCDC** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
3. **Date of Birth** (day/month/year) . . . . . . . . . . . . . . . . . . . . .  _02/ 11 /65_
4. **Sentence Length** (maximum) (code in months, life = 999) . . .  _54_
5. **Parole Eligibility Date** (day/month/year)
   (minimum sentence minus goodtime) . . . . . . . . . . . . . . . . .  _08/20/97_
6. **Projected Mandatory Release Date** (day/month/year)
   (maximum sentence minus total possible goodtime) . . . . . . . .  _11/24/99_
7. **Full Term Date** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _12/07/ 00_
8. **Months in Custody at First Notice** . . . . . . . . . . . . . . . . . .  _13_

## DC DECISION HISTORY

| | Date | SFS (DC) | High Risk | + Points | - Points | Decision (in mos) | Reasons for Departure |
|---|---|---|---|---|---|---|---|
| 9. | 7/97 | 4/2 | Ø | 1 | Ø | | |
| 10. | | | | | | | |
| 11. | | | | | | | |
| 12. | | | | | | | |
| 13. | | | | | | | |
| 14. | | | | | | | |
| 15. | | | | | | | |
| 16. | | | | | | | |
| 17. | | | | | | | |

SFS as calculated by DC.  (DC) is the D.C. point score as it relates to the SFS.

High Risk is where the current offense or 2 + prior felony convictions involved
violence, weapons, or drug trafficking
+ Points means points given, at that hearing, for negative institutional behavior
- Points means points given, at that hearing, for institutional program achievement

Decision in Months Note:  Code a decision to continue as C____ and number of months
until next hearing.  Code a decision to parole as P____ and number of months to
parole.  For example, a decision to continue for a new hearing in 12 months would be
coded **C12**, a decision to parole in 3 months would be coded **P03**.
If more than 9 hearings, attach continuation sheet.

**Current Offense Codes** (D.C. Code)

18. . . . . . . . . . . . . . . . . . . . . . . .  _____

19. . . . . . . . . . . . . . . . . . . . . . . .  _____

20. . . . . . . . . . . . . . . . . . . . . . . .  _____

21. **Probation or Parole Violator This Time** . . . . . . . . . . . . . .  _____
(0 = no; 1 = probation violator, 2 = parole violator. If both a parole and probation violator, code as 3)

22. **SFS** (USPC calculated) . . . . . . . . . . . . . . . . . . . . . . . . .  _____

**Violence** (From Violence Codes - attachment)

23. **Current Offense 1** . . . . . . . . . . . . . . . . . . . . . . . .  _____

24. **Current Offense 2** . . . . . . . . . . . . . . . . . . . . . . . .  _____

25. **Current Offense 3** . . . . . . . . . . . . . . . . . . . . . . . .  _____

26. **A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . . .  _____
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . .  _____/_____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . .  _____/_____

27. **A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . .  _____
    **B. Date of arrest** (mo/year) . . . . . . . . . . . . . .  _____/_____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . .  _____/_____

**Drug Distribution Offenses** (0 = no; 1 = yes)
Drug distribution offenses do not involve simple possession of a controlled substance. They include such offenses as possession of a controlled substance with intent to distribute, sale or distribution of a controlled substance, and manufacture of a controlled substance.

28. **Current Offense** . . . . . . . . . . . . . . . . . . . . . . . .  _____

29. **A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . . .  _____
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . .  _____/_____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . .  _____/_____

30. **A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . .  _____
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . .  _____/_____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . .  _____/_____

31. **Firearm in Current Offense** (0 = no; 1 = yes) . . . . . . . . . .  _____

32. **Exploitation of Child in Current Offense** (0 = no; 1 = yes)......................
"Exploitation of Child in Current Offense" means the employment of a minor under the age of 16 in any criminal enterprise or the involvement of a minor in any criminal transaction (e.g., as the customer in a sale of drugs or weapons. This does not include sexual offenses in which the minor is the victim.

**Criminal Convictions for Institutional Conduct** (Use D.C. Code) (0 = None)

33.  **A. Offense**..........................................................................  _____

     **B. Sentence** (in months)...........................................................  _____

     **C. Date**..................................................................................  _____/_____

34.  **A. Offense**..........................................................................  _____

     **B. Sentence** (in months)...........................................................  _____

     **C. Date**..................................................................................  _____/_____

35.  **A. Offense**..........................................................................  _____

     **B. Sentence** (in months)...........................................................  -------

     **C. Date**..................................................................................  _____/_____

**Negative Institutional Behavior (From Institutional Behavior Code Sheet)**
0(0 = none)

36.  . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____

37.  . . . . . . . . . . . . . . . . . . . . . . , . . . . .  _____

38.  . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____



S convicted of Prison Breech.  On 8/5/92 S was transferred from the Medium Security Facility at Lorton to Hope Village Community Treatment Center.  On 9/2/92 he left this facility without permission and was put on escape status.  At the time of the I.O. S was serving time for a previous Prison Breech conviction.

January 16 1998,5:00pm /O:Erin.SAV  82

# Exhibit  2
# Inmate 73

## CODING FORM DC 100 CASE SAMPLE (1/14/98)

1. **Name** _____
2. **DCDC** _____
3. **Date of birth** _10_ / _5_ / _42_ (day/month/year)
4. **Sentence Length** (Maximum) __118__ Code in Months, life = 999
5. **Parole Eligibility Date** _10_ / _3_ / _97_ (day/month/year)
   (minimum sentence minus goodtime)
6. **Projected Mandatory Release Date** _11_ / _17_ / _63_ (day/month/year)
   (maximum sentence minus total possible goodtime)
7. **Full Term Date** _1_ / _3_ /_05_
8. **Months in Custody at First Hearing** _126_ ( 3/31/95 - in custody )

### DC DECISION HISTORY

| | Date | SFS | High Risk | + Points | - Points | Decision (in months) | Reasons for Departure |
|---|---|---|---|---|---|---|---|
| | 9/19/85 | REVOKE | | PAROLE | X | | |
| 9. | 4/22/97 | 3/3 | 1 | 0 | 0 | CON C/8 | |
| 10. | | | | | | | |
| 11. | | | | | | | |
| 12. | | | | | | | |
| 13. | | | | | | | |
| 14. | | | | | | | |
| 15. | | | | | | | |
| 16. | | | | | | | |
| 17. | | | | | | | |

SFS is the SFS 0as calculated by DC *if hearing at eligibility date*

High Risk is where the current offense or 2+ prior felony convictions involved violence, weapons, or drug trafficking

- Points means points given, at that hearing, for negative institutional behavior

+ Points means points given, at that hearing, for institutional program achievement

Decision in Months Note: Code a decision to continue as C____ and number of months until next hearing; Code a decision to parole as P____ and number of

months to parole.  For example, a decision to continue for a new hearing in 12 months would be coded C12, a decision to parole in 3 months would be coded P03. If more than 9 hearings, attach continuation sheet.

**Current Offense Codes** (from offense code sheet)
18. _33-5 49_
19. _____
20. _____
21. **Probation or Parole Violator This Time** _l_
    (0 = no; 1 = probation violator, 2 = parole violator  If both a parole and probation violator, code as *1* 3

22. **SFS** (USPC Calculated) ____

**Violence** (From Violence Codes - attachment)
23. **Current Offense 1** ____
24. **Current Offense 2** ____
25. **Current Offense 3** ____
26. **Prior Offense 1** ____   Date _8_ / _92_ (mo/yr)
27. **Prior Offense 2** ____   Date _7_ / _88_ (mo/yr)

**Drug Distribution Offense** (0 = no; 1 = yes)
    Drug distribution offenses do not involve simple possession of a controlled substance.  They include such offenses as possession of a controlled substance with intent to distribute, sale or distribution of a controlled substance, and manufacture of a controlled substance.
28. **Current Offense** _l_
29. **Prior Offense 1** __  Date _8_ / _92_ (mo/yr)
30. **Prior Offense 2** __  Date _7_ / _88_ (mo/yr)

31. **Firearm in Current Offense** _O_   (0 = no; 1 = yes)

32. **Exploitation of Child in Current Offense** _O_ (0 = no; 1 = yes)
    "Exploitation of Child in Current Offense" means the employment of a minor under the age of 16 in any criminal enterprise or the involvement of a minor in any criminal transaction (e.g., as the customer in a sale of drugs or weapons. This dores not include sexual offesnes in which the minor is the victim.

**Criminal Convictions for Institutional Conduct**
33. **Offense** _____  **Sentence** _____ (in months) Date ___/___/___
34. **Offense** _____  **Sentence** _____ (in months) Date ___/___/___
35. **Offense** _____  **Sentence** _____ (in months) Date ___/___/___

**Negative Institutional Behavior** (From Institutional Behavior Code Sheet)

36. _____

37. _____

38. _____

Released on parole 8/93 until 4/9/00.

Banded from drug offenses date of arrests —

6/1/88, 7/7/88, 1/30/89, & 10/23/90

S convicted of Attempted PWID Heroin.  S was observed by police officers engaging in drug transactions.  Upon his arrest and search, ten ziplock bags containing white powder were found in S's buttocks.  This substance tested positive for heroin but no DEA7 was included in the report.

At the time of the I.O., S was on probation after pleading guilty for Driving Under the Influence. ~~in 1994. There is also a~~ ~~He was also~~ *and on parole*

~~paroled on 8/11/93 with an FTD of 4/9/00 for~~ ~~DUI conviction not listed in criminal history~~ ~~section~~

at the time, he was on parole for distribution of cocaine + possession of heroin. According to the ~~DE~~ PSI, he was also on probation for a DUI not listed in the criminal history section.

Released on parole 8/11/93

January 16 1998,5:00pm /O:Erin.SAV

# Exhibit 2
# Inmate 74

## CODING FORM DC 100 CASE SAMPLE (1/14/98)

1. **Name** _____
2. **DCDC** _____
3. **Date of birth** _9_ / _24_ / _53_ (day/month/year)
4. **Sentence Length** (Maximum) _144_ Code in Months, life = 999
5. **Parole Eligibility Date** _8_ / _12_ / _97_ (day/month/year)
   (minimum sentence minus goodtime)
6. **Projected Mandatory Release Date** _8_ / _4_ / _02_ (day/month/year)
   (maximum sentence minus total possible goodtime)
7. **Full Term Date** _7_ / _23_ / _06_
8. **Months in Custody at First Hearing** ~~38~~ 34

## DC DECISION HISTORY

| | Date | SFS | High Risk | + Points | - Points | Decision (in months) | Reasons for Departure |
|---|---|---|---|---|---|---|---|
| 9. | 5/12/97 | 0/3 | 1 | 1 | 1 | C 15 | |
| 10. | | | | | | | |
| 11. | | | | | | | |
| 12. | | | | | | | |
| 13. | | | | | | | |
| 14. | | | | | | | |
| 15. | | | | | | | |
| 16. | | | | | | | |
| 17. | | | | | | | |

SFS is the SFS 0as calculated by DC

High Risk is where the current offense or 2+ prior felony convictions involved violence, weapons, or drug trafficking

- Points means points given, at that hearing, for negative institutional behavior

+ Points means points given, at that hearing, for institutional program achievement

Decision in Months Note:  Code a decision to continue as C____ and number of months until next hearing;  Code a decision to parole as P____ and number of

months to parole. For example, a decision to continue for a new hearing in 12 months would be coded C12, a decision to parole in 3 months would be coded P03. If more than 9 hearings, attach continuation sheet.

**Current Offense Codes** (from offense code sheet)
18.  33 - 541
19.  _____
20.  _____
21. **Probation or Parole Violator This Time** 1
    (0 = no; 1 = probation violator, 2 = parole violator  If both a parole and probation violator, code as 2)

22. **SFS** (USPC Calculated)  ____

**Violence** (From Violence Codes - attachment)
23. **Current Offense 1** ____
24. **Current Offense 2** ____
25. **Current Offense 3** ____
26. **Prior Offense 1** ____ Date _____/____ (mo/yr)
27. **Prior Offense 2** ____ Date ____/____ (mo/yr)

**Drug Distribution Offense** (0 = no; 1 = yes)
    Drug distribution offenses do not involve simple possession of a controlled substance. They include such offenses as possession of a controlled substance with intent to distribute, sale or distribution of a controlled substance, and manufacture of a controlled substance.  *Convictions*
28.   **Current Offense** 1 *Arrest*
29.   **Prior Offense 1** 1 Date 1 / 90 (mo/yr) *1990 AD Coc. 3/90*
30.   **Prior Offense 2** __ Date ___/____ (mo/yr)

31.   **Firearm in Current Offense** O (0 = no; 1 = yes)

32.   **Exploitation of Child in Current Offense** O (0 = no; 1 = yes)
    "Exploitation of Child in Current Offense" means the employment of a minor under the age of 16 in any criminal enterprise or the involvement of a minor in any criminal transaction (e.g., as the customer in a sale of drugs or weapons. This dores not include sexual offesnes in which the minor is the victim.

**Criminal Convictions for Institutional Conduct**
33.   **Offense** _____ **Sentence** _____ (in months) Date ___/___/____
34.   **Offense** _____ **Sentence** _____ (in months) Date ___/___/____
35.   **Offense** _____ **Sentence** _____ (in months) Date ___/___/____

**Negative Institutional Behavior** (From Institutional Behavior Code Sheet)

36. ~~102 15 F~~  6

37. _____

38. _____

## Violence Codes

(Items 23-27)

1. Murder
2. Voluntary manslaughter
3. Mayhem
4. Malicious Disfigurement
5. Arson of a residence
6. Arson of a regularly occupied building
7. Rape (first degree sexual abuse not of a child)
8. Armed kidnapping
9. Kidnapping to commit a sexual assault
10. Burglary of a residence while armed
11. Assault with a deadly weapon upon a law enforcement officer
12. Aggravated assault (D.C. Code §22-504.1)
13. Assault with shots fired by offender
14. Extortion by threat of death [serious bodily injury, or kidnapping]
15. Obstruction of justice by threat of death [serious bodily injury, or kidnapping]
16. Robbery resulting in serious bodily injury to victim (D.C. Code §22-4101).
17. First degree sexual abuse of a child (D.C. §22-4108)
18. Sexual abuse of a child other than in 17 above
    "Sexual Abuse of a Child" means any sexual offense involving a minor under the age of 16 that is committed by an adult offender at least 4 years older than the child. This does not include first-degree child sexual abuse rape) (D.C. Code §22-4108) which is covered under 24-28 above.
21. Assault (felony only)
22. Robbery
23. Arson
24. Residential burglary
25. Any offense involving threat of bodily harm

???26. Any crime set forth in D.C. Code section 23-103(a)(2) (DC code cite makes no sense)

## Negative Institutional Behavior Codes

( Items 40-42. Score three incidents with the lowest code numbers)

1.  Possession of weapon
2.  Riot or inciting a riot

3.  Setting a fire
4.  Assault upon correctional staff
5.  Introduction of drugs for purpose of distribution
6.  Other negative institutional behavior



S convicted of Distribution of Heroin.  File contains no offense description.  S was on probation at the time of the I.O.  for Distribution of Cocaine.

January 16 1998,5:00pm /O:Erin.SAV

# Exhibit 2
# Inmate 75

## CODING FORM DC 100 CASE SAMPLE (1/14/98)

1. **Name** _____
2. **DCDC** _____
3. **Date of birth**   1 / 19 / 61   (day/month/year)
4. **Sentence Length** (Maximum) 26144 ** Code in Months, life = 999
5. **Parole Eligibility Date**   8 / 8 / 94   (day/month/year)
   (minimum sentence minus goodtime)
6. **Projected Mandatory Release Date**  4 / 7 / 02  (day/month/year)
   (maximum sentence minus total possible goodtime)
7. **Full Term Date**  3 / 6 / 03
8. **Months in Custody at First Hearing**  5∅   (52 at NOA)

## DC DECISION HISTORY

|  | Date | SFS | High Risk | + Points | - Points | Decision (in months) | Reasons for Departure |
|---|---|---|---|---|---|---|---|
| 9. | 7/19/94 | 6/1 | 1 Yes | ∅ | ∅ | C 23 | 50, 55, 59 |
| 22  10. | 8/7/96 |  |  | 1 | ∅ | C 05 | 64 |
| 11. | 2/6/97 |  |  | ∅ | 1 | C 19 | 62, 63, 64, 65, 66, 67 |
| 12. |  |  |  |  |  |  |  |
| 13. |  |  |  |  |  |  |  |
| 14. |  |  |  |  |  |  |  |
| 15. |  |  |  |  |  |  |  |
| 16. |  |  |  |  |  |  |  |
| 17. |  |  |  |  |  |  |  |

SFS is the SFS 0as calculated by DC

High Risk is where the current offense or 2+ prior felony convictions involved violence, weapons, or drug trafficking

- Points means points given, at that hearing, for negative institutional behavior

+ Points means points given, at that hearing, for institutional program achievement

Decision in Months Note:  Code a decision to continue as C____ and number of months until next hearing;  Code a decision to parole as P____ and number of

months to parole.  For example, a decision to continue for a new hearing in 12 months would be coded C12, a decision to parole in 3 months would be coded P03. If more than 9 hearings, attach continuation sheet.

**Current Offense Codes** (from offense code sheet)

18.  _22-2901_

19.  _22-3901_

20.  _22-501_

**21. Probation or Parole Violator This Time** _0_

(0 = no; 1 = probation violator, 2 = parole violator  If both a parole and probation violator, code as 2)

**22. SFS** (USPC Calculated)  ____

**Violence** (From Violence Codes - attachment) _robbery_

**23. Current Offense 1** _12_ - ( this _?_ senior citizen - broken wrist no code) ⟵

**24. Current Offense 2** _22_ - ( assault w/1 to rob)

**25. Current Offense 3** ____

**26. Prior Offense 1** ____  Date _____/____ (mo/yr)   _Burg #2 - NO_

**27. Prior Offense 2** ____  Date ____/____ (mo/yr)

**Drug Distribution Offense** (0 = no; 1 = yes)

Drug distribution offenses do not involve simple possession of a controlled substance.  They include such offenses as possession of a controlled substance with intent to distribute, sale or distribution of a controlled substance, and manufacture of a controlled substance.

**28.  Current Offense** _0_

**29.  Prior Offense 1** __  Date ___/____ **(mo/yr)**

**30.  Prior Offense 2** __  Date ___/____ **(mo/yr)**

**31.  Firearm in Current Offense** _0_  (0 = no; 1 = yes)

**32.  Exploitation of Child in Current Offense** _0_ (0 = no; 1 = yes)

"Exploitation of Child in Current Offense" means the employment of a minor under the age of 16 in any criminal enterprise or the involvement of a minor in any criminal transaction (e.g., as the customer in a sale of drugs or weapons. This does not include sexual offesnes in which the minor is the victim.

**Criminal Convictions for Institutional Conduct**

**33.  Offense** _____  **Sentence** _____ **(in months) Date** ___/___/___

**34.  Offense** _____  **Sentence** _____ **(in months) Date** ___/___/___

**35.  Offense** _____  **Sentence** _____ **(in months) Date** ___/___/___

**Negative Institutional Behavior** (From Institutional Behavior Code Sheet)

36. ~~103.5~~ 6

37. ~~104.9~~ 6

38. ~~103.5~~ 6

~~104.9~~ 6

~~104.3~~ 6

None this period

## Violence Codes

(Items 23-27)

1. Murder
2. Voluntary manslaughter
3. Mayhem
4. Malicious Disfigurement
5. Arson of a residence
6. Arson of a regularly occupied building
7. Rape (first degree sexual abuse not of a child)
8. Armed kidnapping
9. Kidnapping to commit a sexual assault
10. Burglary of a residence while armed
11. Assault with a deadly weapon upon a law enforcement officer
12. Aggravated assault (D.C. Code §22-504.1)
13. Assault with shots fired by offender
14. Extortion by threat of death [serious bodily injury, or kidnapping]
15. Obstruction of justice by threat of death [serious bodily injury, or kidnapping]
16. Robbery resulting in serious bodily injury to victim (D.C. Code §22-
    . 4101).
17. First degree sexual abuse of a child (D.C. §22-4108)
18. Sexual abuse of a child other than in 17 above
    "Sexual Abuse of a Child" means any sexual offense involving    a minor
    under the age of 16 that is committed by an adult offender at least 4
    years older than the child.  This does not include first-degree child sexual
    abuse rape) (D.C. Code §22-4108) which is covered under 24-28 above.
21. Assault (felony only)
22. Robbery
23. Arson
24. Residential burglary
25. Any offense involving threat of bodily harm
???26. Any crime set forth in D.C. Code section 23-103(a)(2) (DC code cite makes
no sense)


## Negative Institutional Behavior Codes

( Items 40-42. Score three incidents with the lowest code numbers)

1. Possession of weapon
2. Riot or inciting a riot

4

3. Setting a fire
4. Assault upon correctional staff
5. Introduction of drugs for purpose of distribution
6. Other negative institutional behavior



S convicted of Robbery-Senior Citizen and Assault With Intent to Rob. On January 4, 1990, as the victim attempted to enter her apartment building S grabbed her purse and a struggle over the purse ensued. During the struggle S struck the victim several times with his fist, knocking her to the ground; victims wrist was also broken.

S attempted to rob another victim by grabbing her purse as she attempted to enter her building, but S was unsuccessful.

January 16 1998,5:00pm /O:Erin.SAV

# Exhibit  2
# Inmate 76

### CODING FORM DC 100 CASE SAMPLE (1/14/98)

1. **Name** _____
2. **DCDC** _____
3. **Date of birth** ___/___/___ (day/month/year)
4. **Sentence Length** (Maximum) _90_ Code in Months, life = 999
5. **Parole Eligibility Date** _3_/_2_/_96_ (day/month/year)
   (minimum sentence minus goodtime)
6. **Projected Mandatory Release Date** _12_/_21_/_99_ (day/month/year)
   (maximum sentence minus total possible goodtime)
7. **Full Term Date** _11_/_30_/_02_
8. **Months in Custody at First Hearing** _24_

### DC DECISION HISTORY

| | Date | SFS | High Risk | + Points | - Points | Decision (in months) | Reasons for Departure |
|---|---|---|---|---|---|---|---|
| 9. | 2/12/96 | 1(3) | +1 | ~~⬤~~ | -1 | C 13 | ~~⬤~~ |
| 10. | 3/3/97 | | ~~⬤~~ | +1 | ~~⬤~~ | C 18 | ~~⬤⬤⬤~~ 64, 67 |
| 11. | | | | | | | |
| 12. | | | | | | | |
| 13. | | | | | | | |
| 14. | | | | | | | |
| 15. | | | | | | | |
| 16. | | | | | | | |
| 17. | | | | | . | | |

*Date - Use NOA date*

SFS is the SFS 0as calculated by DC

High Risk is where the current offense or 2+ prior felony convictions involved violence, weapons, or drug trafficking

+Points means points given, at that hearing, for negative institutional behavior

-Points means points given, at that hearing, for institutional program achievement

Decision in Months Note:  Code a decision to continue as C____ and number of months until next hearing; Code a decision to parole as P____ and number of

months to parole.  For example, a decision to continue for a new hearing in 12 months would be coded C12, a decision to parole in 3 months would be coded P03. If more than 9 hearings, attach continuation sheet.

**Current Offense Codes** (from offense code sheet)
18.  _33·549_
19.  _22-103_
20.  _____
**21.  Probation or Parole Violator This Time** _0_
   (0 = no; 1 = probation violator, 2 = parole violator  If both a parole and
   probation violator, code as 2)

**22. SFS** (USPC Calculated)  ____

**Violence** (From Violence Codes - attachment)
**23. Current Offense 1** _0_
**24. Current Offense 2** _0_
**25. Current Offense 3** _~~0~~_
**26. Prior Offense 1** _24_  Date _5 /83_ (mo/yr)  ?          _daytime housebreaking_
**27. Prior Offense 2** _22_  Date _3/ 77_ (mo/yr)  _8/7 7_

**Drug Distribution Offense** (0 = no; 1 = yes)
   Drug distribution offenses do not involve simple possession of a controlled substance.  They include such offenses as possession of a controlled substance with intent to distribute, sale or distribution of a controlled substance, and manufacture of a controlled substance.
**28.  Current Offense** _1_      _arrest_
**29.  Prior Offense 1** _1_  Date _6 /92_  (mo/yr)   _~~held 3~~ 1/93_
**30.  Prior Offense 2** __  Date ___/___  (mo/yr)

**31.  Firearm in Current Offense** _0_   (0 = no; 1 = yes)

**32.  Exploitation of Child in Current Offense** _0_  (0 = no; 1 = yes)
   "Exploitation of Child in Current Offense" means the employment of a minor under the age of 16 in any criminal enterprise or the involvement of a minor in any criminal transaction (e.g., as the customer in a sale of drugs or weapons. This dores not include sexual offesnes in which the minor is the victim.

**Criminal Convictions for Institutional Conduct**
33.  **Offense** _____  **Sentence** _____ **(in months) Date** ___/___/___
34.  **Offense** _____  **Sentence** _____ **(in months) Date** ___/___/___
35.  **Offense** _____  **Sentence** _____ **(in months) Date** ___/___/___

**Negative Institutional Behavior** (From Institutional Behavior Code Sheet)

36. _6_____
37. _6_____
38. _____

S convicted of Attempted Burglary and Attempted Distribution of Heroin.  No offense description in file.

January 16 1998, 5:00pm /O:Erin.SAV

# Exhibit  2
# Inmate 77

## CODING FORM DC 100 CASE SAMPLE (1/14/98)

1. **Name** _____
2. **DCDC** _____
3. **Date of birth** _9 / 7 /55_ (day/month/year)
4. **Sentence Length** (Maximum) __48__ Code in Months, life = 999
5. **Parole Eligibility Date** _9 / 23 / 96_ (day/month/year)
   (minimum sentence minus goodtime)
6. **Projected Mandatory Release Date** _2 / 11 / 99_ (day/month/year)
   (maximum sentence minus total possible goodtime)
7. **Full Term Date** _5 / 30/ 99_
8. **Months in Custody at First Hearing** _14_

## DC DECISION HISTORY

| Date | SFS | High Risk | + Points | - Points | Decision (in months) | Reasons for Departure |
|------|-----|-----------|----------|----------|----------------------|------------------------|
| 9. 8/22/96 | Ø/3 | Ø | 1 | Ø | C 25 | 67 |
| 10. 8/3/92 | 1/3 | 0 | 0 | 0 | C 6 | |
| 11. 2/16/83 | | | | -1 | P 2 | |
| 12. 9/9/93 ESCAPE | . | | | | | SET ASIDE DECISION UNTIL RETURNED |
| 13. 8/22/96 INITIAL | 0/3 | 0 | 1 | 0 | C 25 | 67 |
| 14. | | | | | | |
| 15. | | | | | | |
| 16. | | | | | | |
| 17. | | | | | | |

SFS is the SFS 0as calculated by DC

High Risk is where the current offense or 2+ prior felony convictions involved violence, weapons, or drug trafficking

+Points means points given, at that hearing, for negative institutional behavior

- Points means points given, at that hearing, for institutional program achievement

Decision in Months Note:  Code a decision to continue as C____ and number of months until next hearing;  Code a decision to parole as P____ and number of

months to parole. For example, a decision to continue for a new hearing in 12 months would be coded C12, a decision to parole in 3 months would be coded P03. If more than 9 hearings, attach continuation sheet.

**Current Offense Codes** (from offense code sheet)

18. _22-3204 (a)_ Carrying a Pistol w/o a license

19. _____ Prison breach

20. _____

**21. Probation or Parole Violator This Time** _1_
   (0 = no; 1 = probation violator, 2 = parole violator  If both a parole and probation violator, code as 2)

**22. SFS** (USPC Calculated)    ____

**Violence** (From Violence Codes - attachment)

**23. Current Offense 1** ____

**24. Current Offense 2** ____

**25. Current Offense 3** ____

assault
robbery

**26. Prior Offense 1** ____ Date _12_ / _89_ (mo/yr)    5/92 - sentence only 1 yr - w/ /F?

**27. Prior Offense 2** _22_ Date _8_ / _76_ (mo/yr)    8/76

**Drug Distribution Offense** (0 = no; 1 = yes)
   Drug distribution offenses do not involve simple possession of a controlled substance. They include such offenses as possession of a controlled substance with intent to distribute, sale or distribution of a controlled substance, and manufacture of a controlled substance.

**28. Current Offense** _O_

**29. Prior Offense 1** __ Date ___/___ (mo/yr)

**30. Prior Offense 2** __ Date ___/___ (mo/yr)

**31. Firearm in Current Offense** _1_    (0 = no; 1 = yes)

**32. Exploitation of Child in Current Offense** _O_ (0 = no; 1 = yes)
   "Exploitation of Child in Current Offense" means the employment of a minor under the age of 16 in any criminal enterprise or the involvement of a minor in any criminal transaction (e.g., as the customer in a sale of drugs or weapons. This dores not include sexual offesnes in which the minor is the victim.

**Criminal Convictions for Institutional Conduct**

**33. Offense** _Escape_ **Sentence** _6-18_ **(in months) Date** _6_ / _23_ / _93_

**34. Offense** _____ **Sentence** _____ **(in months) Date** ___/___/___

**35. Offense** _____ **Sentence** _____ **(in months) Date** ___/___/___

**Negative Institutional Behavior** (From Institutional Behavior Code Sheet)

36.  6 +03 7  falsifying physical evidence                6
37.  6 102.15  poss f major cont. marijuana             6
38.  _____

## Violence Codes

(Items 23-27)

1. Murder
2. Voluntary manslaughter
3. Mayhem
4. Malicious Disfigurement
5. Arson of a residence
6. Arson of a regularly occupied building
7. Rape (first degree sexual abuse not of a child)
8. Armed kidnapping
9. Kidnapping to commit a sexual assault
10. Burglary of a residence while armed
11. Assault with a deadly weapon upon a law enforcement officer
12. Aggravated assault (D.C. Code §22-504.1)
13. Assault with shots fired by offender
14. Extortion by threat of death [serious bodily injury, or kidnapping]
15. Obstruction of justice by threat of death [serious bodily injury, or kidnapping]
16. Robbery resulting in serious bodily injury to victim (D.C. Code §22-4101).
17. First degree sexual abuse of a child (D.C. §22-4108)
18. Sexual abuse of a child other than in 17 above
    "Sexual Abuse of a Child" means any sexual offense involving    a minor under the age of 16 that is committed by an adult offender at least 4 years older than the child.  This does not include first-degree child sexual abuse rape) (D.C. Code §22-4108) which is covered under 24-28 above.
21. Assault (felony only)
22. Robbery
23. Arson
24. Residential burglary
25. Any offense involving threat of bodily harm
???26. Any crime set forth in D.C. Code section 23-103(a)(2) (DC code cite makes no sense)

## Negative Institutional Behavior Codes

( Items 40-42. Score three incidents with the lowest code numbers)

1. Possession of weapon
2. Riot or inciting a riot

3.  Setting a fire
4.  Assault upon correctional staff
5.  Introduction of drugs for purpose of distribution
6.  Other negative institutional behavior

*while on escape status,*

S convicted of Carrying a Pistol Without a License. S approached two victims, one of whom was carrying a radio. S asked the victim with the radio if he would sell it, to which the victim declined. S then pulled out a firearm and pointed it at that victim. The victim then went into the store and called the police. S was apprehended shortly thereafter and on his person was found a semi-automatic handgun, later tested by the police to be operable. *Also*

*Was on probation & parole was an escapee*

January 16 1998,5:00pm /O:Erin.SAV

# Exhibit 2
# Inmate 78

## CODING FORM DC 100 CASE SAMPLE (1/14/98)

1. **Name** _____
2. **DCDC** _____
3. **Date of birth** _1 / 6 / 78_ (day/month/year)
4. **Sentence Length** (Maximum) _60_ Code in Months, life = 999
5. **Parole Eligibility Date** ___YRA/___ (day/month/year)
   (minimum sentence minus goodtime)
6. **Projected Mandatory Release Date** _10 / 16 / 99_ (day/month/year)
   (maximum sentence minus total possible goodtime)
7. **Full Term Date** ~~10/16/99~~  4/29/01
8. **Months in Custody at First Hearing** _6_

## DC DECISION HISTORY

| Date | SFS | High Risk | + Points | - Points | Decision (in months) | Reasons for Departure |
|------|-----|-----------|----------|----------|----------------------|------------------------|
| **9.** 10/30/96 | 8/1 | 1 | 1 | ∅ | C 23 | |
| **10.** | | | | | | |
| **11.** | | | | | | |
| **12.** | | | | | | |
| **13.** | | | | | | |
| **14.** | | | | | | |
| **15.** | | | | | | |
| **16.** | | | | | | |
| **17.** | | | | | | |

SFS is the SFS 0as calculated by DC

High Risk is where the current offense or 2+ prior felony convictions involved violence, weapons, or drug trafficking

- Points means points given, at that hearing, for negative institutional behavior

+ Points means points given, at that hearing, for institutional program achievement

Decision in Months Note:  Code a decision to continue as C____ and number of months until next hearing;  Code a decision to parole as P____ and number of

months to parole.  For example, a decision to continue for a new hearing in 12 months would be coded C12, a decision to parole in 3 months would be coded P03. If more than 9 hearings, attach continuation sheet.

**Current Offense Codes** (from offense code sheet)
18.  No PSI - CPWOL
19.  _____
20.  _____
21. **Probation or Parole Violator This Time** O
   (0 = no; 1 = probation violator, 2 = parole violator  If both a parole and probation violator, code as 2)

22. **SFS** (USPC Calculated)   ____

**Violence** (From Violence Codes - attachment)
23. **Current Offense 1** ____          No  PSI
24. **Current Offense 2** ____
25. **Current Offense 3** ____
26. **Prior Offense 1** ____   Date _____/____ (mo/yr)
27. **Prior Offense 2** ____   Date ____/____ (mo/yr)

**Drug Distribution Offense** (0 = no; 1 = yes)
   Drug distribution offenses do not involve simple possession of a controlled substance.  They include such offenses as possession of a controlled substance with intent to distribute, sale or distribution of a controlled substance, and manufacture of a controlled substance.
28.  **Current Offense** O
29.  **Prior Offense 1** __  Date ____/____ (mo/yr)
30.  **Prior Offense 2** __  Date ____/____ (mo/yr)

31.  **Firearm in Current Offense** 1    (0 = no; 1 = yes)

32.  **Exploitation of Child in Current Offense** __  (0 = no; 1 = yes)
   "Exploitation of Child in Current Offense" means the employment of a minor under the age of 16 in any criminal enterprise or the involvement of a minor in any criminal transaction (e.g., as the customer in a sale of drugs or weapons. This dores not include sexual offesnes in which the minor is the victim.

**Criminal Convictions for Institutional Conduct**
33.  **Offense** _____  **Sentence** _____ (in months) Date ___/___/____
34.  **Offense** _____  **Sentence** _____ (in months) Date ___/___/____
35.  **Offense** _____  **Sentence** _____ (in months) Date ___/___/____

January 20, 1998, 12:03pm  c:\wp51\ronnie\code100\dc                    2

**Negative Institutional Behavior** (From Institutional Behavior Code Sheet)

36. _____6_____
37. _____6_____
38. _____6_____

total g 12 ~~~~ Vidations

S convicted of CPWOL.  There is no PSI in the file and no offense description.

YOUTH ACT - offense may have been murder but found guilty of CPWOL at trial

January 16 1998,5:00pm /O:Erin.SAV

# Exhibit  2
# Inmate 79

## CODING FORM DC 100 CASE SAMPLE (1/26/98)

| | | |
|---|---|---|
| **1.** | **Name** (last, first, middle) | |
| **2.** | **DCDC** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| **3.** | **Date of Birth** (day/month/year) . . . . . . . . . . . . . . . . . . . . . . | 07/09/58 |
| **4.** | **Sentence Length** (maximum) (code in months, life = 999) . . . | 120 |
| **5.** | **Parole Eligibility Date** (day/month/year) | |
| | (minimum sentence minus goodtime) . . . . . . . . . . . . . . . . . . | 11/11/97 |
| **6.** | **Projected Mandatory Release Date** (day/month/year) | |
| | (maximum sentence minus total possible goodtime) . . . . . . . . | 01/04/02 |
| **7.** | **Full Term Date** . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 04/18/05 |
| **8.** | **Months in Custody at First Notice** . . . . . . . . . . . . . . . . . . . . . | 30 |

### DC DECISION HISTORY

| Date | SFS (DC) | High Risk | + Points | - Points | Decision (in mos) | Reasons for Departure |
|---|---|---|---|---|---|---|
| **9.** 10/97 | 3/3 | 1 | Ø | Ø | C 13 | |
| **10.** | | | | | | |
| **11.** | | | | | | |
| **12.** | | | | | | |
| **13.** | | | | | | |
| **14.** | | | | | | |
| **15.** | | | | | | |
| **16.** | | | | | | |
| **17.** | | | | | | |

SFS as calculated by DC. (DC) is the D.C. point score as it relates to the SFS.

High Risk is where the current offense or 2+ prior felony convictions involved violence, weapons, or drug trafficking
+ Points means points given, at that hearing, for negative institutional behavior
- Points means points given, at that hearing, for institutional program achievement

Decision in Months Note: Code a decision to continue as C____ and number of months until next hearing.  Code a decision to parole as P____ and number of months to parole.  For example, a decision to continue for a new hearing in 12 months would be coded C12, a decision to parole in 3 months would be coded P03.
If more than 9 hearings, attach continuation sheet.

*PSI is unreadable*

**Current Offense Codes** (D.C. Code)

18. . . . . . . . . . . . . . . . . . . . . . . .  Robbery    22-2901
19. . . . . . . . . . . . . . . . . . . . . . . .  ADW    22-502
20. . . . . . . . . . . . . . . . . . . . . . . .  Poss of Prohibited Weapon    22-3214
    (sawed off shotgun)

21. **Probation or Parole Violator This Time** . . . . . . . . . . . . . . .  _____   ?
    (0 = no; 1 = probation violator, 2 = parole violator. If both a parole and
    probation violator, code as 3)

22. **SFS** (USPC calculated) . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____

**Violence** (From Violence Codes - attachment)

23. **Current Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . . . .  22
24. **Current Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
25. **Current Offense 3** . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
26. **A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . . .  22
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . . . . .  ____/____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . . . . . .  ____/ 86
27. **A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . . .  22
    **B. Date of arrest** (mo/year) . . . . . . . . . . . . . . . . . . . . . .  ____/ 87
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . . . . . .  ____/____

**Drug Distribution Offenses** (0 = no; 1 = yes)
Drug distribution offenses do not involve simple possession of a controlled
substance. They include such offenses as possession of a controlled substance
with intent to distribute, sale or distribution of a controlled substance, and
manufacture of a controlled substance.

28. **Current Offense** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
29. **A. Prior Offense 1** . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . . . . .  ____/
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . . . . . .  ____/
30. **A. Prior Offense 2** . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
    **B. Date of arrest** (mo/yr) . . . . . . . . . . . . . . . . . . . . . . .  _____
    **C. Date of conviction** (mo/yr) . . . . . . . . . . . . . . . . . . . . .  ____/

31. **Firearm in Current Offense** (0 = no; 1 = yes) . . . . . . . . . .  1

32. **Exploitation of Child in Current Offense** (0 = no; 1 = yes). . . . . . . .  0
    "Exploitation of Child in Current Offense" means the employment of a minor
    under the age of 16 in any criminal enterprise or the involvement of a minor in
    any criminal transaction (e.g., as the customer in a sale of drugs or weapons.
    This does not include sexual offenses in which the minor is the victim.

**Criminal Convictions for Institutional Conduct** (Use D.C. Code) (0 = None)

**33.    A. Offense**.................................................    _____

       **B. Sentence (in months)**.......................................    _____

       **C. Date**...........................................................    _____/_____

**34.    A. Offense**.................................................    _____

       **B. Sentence (in months)**.......................................    _____

       **C. Date**...........................................................    _____/_____

**35.    A. Offense**.................................................    _____

       **B. Sentence (in months)**.......................................    - - - - -

       **C. Date**...........................................................    _____/_____

**Negative Institutional Behavior (From Institutional Behavior Code Sheet)**

**0(0 = none)**

**36.**    . . . . . . . . . . . . . . . . . . . . . .    _____

**37.**    . . . . . . . . . . . . . . . . . . , . . . .    _____

**38.**    . . . . . . . . . . . . . . . . . . . . . .    _____



$6.00

S and co-defendant robbed the Fish Market of $6000.  S convicted of Robbery, ADW, and PPW/M.

Due to the quality of the photocopy I could not ascertain whether S was on parole or probation at the time of the I.0.

January 16 1998,5:00pm /O:Erin.SAV   93

# Exhibit  3

## Violence Codes

(Items 23-27)

1. Murder
2. Voluntary manslaughter
3. Mayhem
4. Malicious Disfigurement
5. Arson of a residence
6. Arson of a regularly occupied building
7. Rape (first degree sexual abuse not of a child)
8. Armed kidnapping
9. Kidnapping to commit a sexual assault
10. Burglary of a residence while armed
11. Assault with a deadly weapon upon a law enforcement officer
12. Aggravated assault (D.C. Code §22-504.1)
13. Assault with shots fired by offender
14. Extortion by threat of death [serious bodily injury, or kidnapping]
15. Obstruction of justice by threat of death [serious bodily injury, or kidnapping]
16. Robbery resulting in serious bodily injury to victim (D.C. Code §22-4101).
17. First degree sexual abuse of a child (D.C. §22-4108)
18. Sexual abuse of a child other than in 17 above
    "Sexual Abuse of a Child" means any sexual offense involving     a minor under the age of 16 that is committed by an adult offender at least 4 years older than the child.  This does not include first-degree child sexual abuse rape) (D.C. Code §22-4108) which is covered under 24-28 above.
21. Assault (felony only)
22. Robbery
23. Arson
24. Residential burglary
25. Any offense involving threat of bodily harm
???26. Any crime set forth in D.C. Code section 23-103(a)(2) (DC code cite makes no sense)

## Negative Institutional Behavior Codes

( Items 40-42. Score three incidents with the lowest code numbers)

1. Possession of weapon
2. Riot or inciting a riot

3.  Setting a fire
4.  Assault upon correctional staff
5.  Introduction of drugs for purpose of distribution
6.  Other negative institutional behavior

# Exhibit 4-1

RE: *Curtis Eason*    DCDC# *231.040* Board Order Date: *02/23/98*

Code #          Reasons for the Board's Decision are Circled Below:          *3*

**(20)** As Recommended by Point Assignment Grid Score of:

30 Set-off is Outside Parole Guidelines Recommendation Due to Countervailing Factors

21 **Exceptional Program or Work Assignment Achievement**
Successful completion of appropriate educational or vocational programs or program levels which increased the likelihood the offender will remain crime-free in the community, OR exceptional and sustained performance in one or more work details which increased the likelihood the offender will remain crime-free in the community, OR maximum effort to participate in appropriate programs, but opportunities for programming were not available, and offender's programming needs can be met in the community.

22 **Record of Nonviolent Offenses**
criminal convictions have not involved injury or threat of injury to others

23 **Substantial Crime-Free Period**
in the 5 years prior to committing instant offense, subject was not committed for more than 30 days on any offense, AND    offender has otherwise demonstrated an ability to remain crime-free in the future

24 **Substantial Previous Period in Custody on Other Sentences or Additional Committed Sentences**
offender has demonstrated during this continuous period in custody, which included or will include other sentences, that he or she is ready to be paroled to the community or to his or her consecutive sentence

25 **Substantial Cooperation with the Government**
documented special or unusual assistance to DCDC or another government agency which made an exceptional contribution to the health, welfare, or safety of persons or property

29 **Availability of Community Resources Leading to Better Parole Prognosis**
an opening or opportunity for offender to participate in a program, service or other accommodation in the community, AND    that will meet the offender's identified needs and lead to reduced risk to the community or another person

28 **Poor Medical Prognosis**
terminally ill or sufficiently debilitated so that the likelihood of repeated criminal involvement or risk to the community or other person is minimal

26 **Other Changes in Circumstances**
capabilities or characteristics of offender have changed in ways that minimize the likelihood of repeated criminal involvement, or risk to the community or other person

61 **Prior Failure Under Community Supervision**
offender's prior negative conduct while under community supervision is likely to be repeated if again released to the community

69 **Ongoing or Repetitive Criminal Behavior**
failure to remain free of criminal activity over sustained periods of time, OR instant offense is similar to a prior offense and is likely to be repeated

62 **Prior Record of Violent Behavior**
prior record of violent behavior that creates an unacceptable risk to public safety

63 **Instant Offense Involved Unusual Cruelty to Victims**
physical, mental, or emotional abuse beyond the degree needed to sustain a conviction on the instant offense, OR especially vulnerable victims (for example, children or elderly persons victimized by assaultive, exploitive, or fraudulent behavior)

64 **Serious Negative Institutional Behavior**
documented criminal conduct or breach of institutional rules, the severity, frequency, or recent occurrence of which indicates that subject is not ready to remain crime-free in the community

65 **Opportunity but Little Effort to Engage in Productive Programming or Work**
an opportunity for productive programming or work was made available by the Department of Corrections, parole officer, or other agency or employer, AND offender was able but failed to make appropriate use of that opportunity

66 **Absence of Community Resources Which Ensure Safety of the Community**
unavailability of necessary services to support offender's personal or community adjustment, and minimize risk to the community, offender, or other person

67 **Needs Programming to Remain Crime-Free in the Community**
offender requires appropriate programming to address the underlying cause of his or her criminal conduct and reduce the risk to the community

70 Other:

BOP.301  11/1/95

# Exhibit  4-2



RE: ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆    ▆▆▆▆▆▆    ▆▆▆▆▆▆
     **Inmate's Name**               **DCDC#**       **PDID#**

## COUNTERVAILING FACTORS

### FAVORING PAROLE

| Anl | HQ | |
|-----|-----|---|
| 01 | 01 | Exceptional program achievement |
| 07 | 07 | Maximum effort to participate in assigned programs, but opportunities for programming were not available |
| 09 | 09 | Change in community resources available leading to better parole prognosis |
| 02 | 02 | Record of exclusively trivial offenses |
| 03 | 03 | Substantial crime-free period since the last offense |
| 04 | 04 | Substantial previous period in custody or substantial time on additional committed sentences |
| 05 | 05 | Substantial cooperation with the government that has not been otherwise rewarded |
| 08 | 08 | Poor medical prognosis |
| 06 | 06 | Other changes in circumstances:_____ |
| 00 | 00 | None applicable |

### FAVORING INCARCERATION

| | | |
|-----|-----|---|
| 59 | 59 | Needs program and rehabilitative services to minimize risk to the community when actually released on parole |
| 58 | 58 | Opportunity but little effort made toward rehabilitation or preparation for remaining crime-free if returned to the community |
| 50 | 50 | Repeated failure under any form of community supervision (e.g., probation, parole, bail, diversion program) |
| 52 | 52 | Lengthy history of criminally-related alcohol abuse |
| 57 | 57 | Lengthy history of criminally-related substance abuse |
| 53 | 53 | History of repetitive sophisticated, assaultive, or fraudulent criminal behavior |
| 54 | 54 | Unusually extensive or serious prior record |
| 51 | 51 | Instant offense involved ongoing criminal behavior or leadership role in an organized venture |
| 55 | 55 | Instant offense involved unusual cruelty to victims or involved especially vulnerable victims |
| 56 | 56 | Repeated or extremely serious negative institutional behavior |
| 00 | 00 | None applicable |

RE: █████████████████████        ████████████        ████████████
      **Inmate's Name**                    **DCDC#**              **PDID#**

## SPECIAL INSTRUCTIONS FOR NEXT CONSIDERATION

| An1 | HO |  | An1 | HO |  |
|-----|----|--|-----|----|--|
| 17 | 17 | Complete Adult Basic Ed. | 15 | 15 | Maintain Alcohol Abstinence |
| 01 | 01 | Complete GED | 14 | 14 | Attend Alcoholics Anonymous |
| 03 | 03 | Complete College Course | 04 | 04 | Complete 30-Day DAAPT |
| 02 | 02 | Complete Vocational Program | 13 | 13 | Maintain Drug Abstinence |
| 18 | 18 | Complete ETAP | 12 | 12 | Attend Narcotics Anonymous |
| 06 | 06 | Work Detail | 20 | 20 | Intensive Drug Program |
| 23 | 23 | Work Training | 16 | 16 | Complete Substance Abuse Program |
| 05 | 05 | Program Participation | | | |
| 07 | 07 | No New Disciplinary Infractions | 19 | 19 | Psychological Evaluation |
| 11 | 11 | Notify Board of Disposition of Pending Charges | 09 | 09 | Psychological Counseling |
| 08 | 08 | Pay VVCC of $_____ | 21 | 21 | Sex Offender Therapy |
| 22 | 22 | Electronic Monitoring | 49 | 49 | No Special Instructions |
| XX | XX | Other: _____ | | | |

## SPECIAL CONDITIONS OF PAROLE

| An1 | HO |  | An1 | HO |  |
|-----|----|--|-----|----|--|
| 63 | 63 | Intensive Supervision | 53 | 53 | Alcohol Abstinence |
| 67 | 67 | Voc Rehab.--Community Based | 71 | 71 | Alcoholics Anonymous |
| 68 | 68 | Voc Rehab.--Residential | 54 | 54 | Alcohol Trtmt--Outpatient |
| 65 | 65 | Special Needs--Community Prog. | 55 | 55 | Alcohol Trtmt--Inpatient |
| 66 | 66 | Special Needs--Residential | 50 | (50) | Narcotics Surveillance |
| 59 | 59 | Halfway Back | 71 | 71 | Narcotics Anonymous |
| 60 | 60 | Parole Initiative #1: PPRC | 51 | (51) | Drug Trtmt--Outpatient |
| 61 | 61 | Parole Initiative #2:_____ | 52 | 52 | Drug Trtmt--Inpatient |
| 62 | 62 | Parole Initiative #3:_____ | 58 | 58 | FPO |
| 64 | 64 | Pay VVCC $_____ | 56 | 56 | Mental Health--Outpatient |
| 99 | 99 | No Special Conditions | 57 | 57 | Mental Health--Inpatient |
| XX | XX | Other:_____ | 69 | 69 | Sex Offender Therapy |
| | | | 72 | 72 | Shoplifters Anonymous |

PDS.200 1/22/93                    10

# Exhibit  5-1

Summary of Preliminary Results of USPC 100 Case Sample and Coding Forms

| No. | Current Offense | Violence Current Offense | High Level Violence in Current | Total Point Score at Initial Hearing (as reflected in materials produced by Defendants or calculated using SFS and institutional conduct or program achievement recorded by USPC) SFS | YRA Departure Reason 1 | DR1 Description | DR2 | DR2 Description | DR3 | DR3 Description | DR4 | DR4 Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 separate murders | Y | | 3 (not counting +1 for disciplinary) [from report] | | 20 Disposition Consistent with Guideline Recommendation | | | | | 51 Ongoing Criminal Behavior |
| 2 | Office burglary | | | 2 (not counting disciplinary) [from SFS and report] | | 67 Needs Programming to Reduce Risk/Remain Crime-free in Community | 59 Needs Program/Rehab SVCS | | 58 Little/No Rehab Effort | | |
| 3 | Rape (also known as attempting to kill another individual) | Y | Y | 3 (not counting +1 for disciplinary and -1 for program achievement) [from report] | | 20 Disposition Consistent with Guideline Recommendation | 69 Ongoing or Repetitive Criminal Behavior | 63 Instant Offense Involved Unusual Cruelty to Victim | | 64 Serious Negative Institutional Behavior |
| 4 | car jacking and victim choked unconscious | Y | Y | 3 (not counting disciplinary) [from report] | | 20 Disposition Consistent with Guideline Recommendation | 67 Needs Programming to Reduce Risk/Remain Crime-free in Community | | | | |
| 5 | Residential burglary and possession of heroine | Y | | 4 (not counting +1 for disciplinary and -1 for program achievement) [from report] | | 20 Disposition Consistent with Guideline Recommendation | 61 Prior Failure Under Community Supervision | 64 Serious Negative Institutional Behavior | | |
| 6 | Attempted Burglary II | | | 10 [from report] | | 65 Opportunity but Little Effort in Programming or Work | | | | | |
| 7 | Crack sale while possession of weapon | | | 3 (including -1 for program achievement) [from SFS and report] | | (None given, but TPS 4 in report) Disposition Consistent with Guideline Recommendation 20 Disposition Consistent with Guideline Recommendation | | | | | |
| 8 | Murder of mentally handicapped man by kicking | Y | Y | 3 (including -1 for program achievement) [from report] | | 20 Disposition Consistent with Guideline Recommendation | 63 Instant Offense Involved Unusual Cruelty to Victim | | | |
| 9 | Robbery and car jacking; weapon fired striking person | Y | Y | 4 (not including +1 for disciplinary and -1 for program achievement) [from report] | | 20 Disposition Consistent with Guideline Recommendation | 64 Serious Negative Institutional Behavior | 62 Prior Record of Violent Behavior | | 69 Ongoing or Repetitive Criminal Behavior |
| 10 | Sale of crack worth $500 | | | 2 (not including +1 for disciplinary and -1 for program achievement; escape noted) [from SFS and report] | | 64 Serious Negative Institutional Behavior | | | | | |
| 11 | Attempted Murder (shot victim in chest after argument) | Y | Y | 2 (not including +1 for disciplinary and -1 for program achievement) [from report, but based on SFS and violence in current offense, TPS should be 3] | | 64 Serious Negative Institutional Behavior | 67 Needs Programming to Reduce Risk/Remain Crime-free in Community | | | | |
| 12 | Robbery (and later escape) | Y | | 6 [per report] | | 64 Serious Negative Institutional Behavior | 67 Needs Programming to Reduce Risk/Remain Crime-free in Community | | | | |

Page 1 of 6

## Summary of Preliminary Results of USPC 100 Case Sample and Coding Forms

| No. | Current Offense | Violence Current Offense | High Level Violence in Current | SFS | Total Point Score at Initial Hearing (as reflected in materials produced by Defendants or calculated using SFS and institutional conduct or program achievement recorded by USPC) | YRA | Departure Reason 1 | DR1 Description | DR2 Description | DR3 Description | DR4 Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | Residential burglary | Y | | 3 (including -1 for program achievement) [from Coding Form] | 2 [from Coding Form] | | | 20 Disposition Consistent with Guideline Recommendation | 61 Prior Failure Under Community Supervision | 69 Ongoing or Repetitive Criminal Behavior | 67 Needs Programming to Reduce Risk/Remain Crime-free in Community |
| 14 | Rape of 10 year old | Y | Y | 7 [from Coding Form] | 2 [from Coding Form] | | | 63 Instant Offense Involved Unusual Cruelty to Victim | 57 Hist Crime/Drug Abuse | 67 Needs Programming to Reduce Risk/Remain Crime-free in Community | |
| 15 | Armed burglary and Assault Deadly Weapon; forced entry into house with knives; forced woman upstairs and she screamed; 2nd woman comes and one of women get gun and shot subject in head, chest, thigh, groin, leg | Y | Y | 7 [from Coding Form] | 1 [from Coding Form] | | | 67 Needs Programming to Reduce Risk/Remain Crime-free in Community | | | |
| 16 | Voluntary Manslaughter | Y | Y | 6 [from Coding Form] | 2 [from Coding Form] | | | 65 Opportunity but Little Effort in Programming or Work | 67 Needs Programming to Reduce Risk/Remain Crime-free in Community | | |
| 17 | Shot and killed victim who punched offender; convicted of carrying pistol without license | Y | Y | 7 | 2 (discipline noted) [from SFS] | YRA | | 20 Disposition Consistent with Guideline Recommendation | | | |
| 18 | Unlawful use of vehicle; found stripping tires | | | 3 | 2 (including -1 for program achievement) [from SFS and report] | | | 69 Ongoing or Repetitive Criminal Behavior | 67 Needs Programming to Reduce Risk/Remain Crime-free in Community | | |
| 19 | Murder 2 (approached car at stop sign and shot and killed driver), attempted to sell crack | Y | | 5 | 2 [from SFS] | | None given | | | | |
| 20 | Attempted robbery of vehicle with knife | Y | | 2 | 8 (not including discipline noted) [from SFS and report] | YRA | | 20 Disposition Consistent with Guideline Recommendation | 64 Serious Negative Institutional Behavior | 67 Needs Programming to Reduce Risk/Remain Crime-free in Community | |
| 21 | Assault with Deadly Weapon (stabbing wife causing minor cuts) | Y | | 3 | 3 (including -1 for program achievement) [from SFS and report] | | | 20 Disposition Consistent with Guideline Recommendation | 61 Prior Failure Under Community Supervision | 64 Serious Negative Institutional Behavior | 67 Needs Programming to Reduce Risk/Remain Crime-free in Community |
| 22 | Residential burglary | Y | | 1 | 4 (including -1 for program achievement) [from SFS and report] | | | 61 Prior Failure Under Community Supervision | 69 Ongoing or Repetitive Criminal Behavior | 67 Needs Programming to Reduce Risk/Remain Crime-free in Community | |
| 23 | Attempted Burglary | | | 3 | 3 (including -1 for program achievement) [from SFS and report] | | | 20 Disposition Consistent with Guideline Recommendation | 67 Needs Programming to Reduce Risk/Remain Crime-free in Community | | |
| 24 | Distribution of crack $440 | | | 4 | 3 (not including disciplinary and program achievement noted) [from SFS and report] | | | 20 Disposition Consistent with Guideline Recommendation | 67 Needs Programming to Reduce Risk/Remain Crime-free in Community | | |
| 25 | Shot victim in chest allegedly for yelling racial slur | Y | Y | 2 | 7 (not including discipline noted) [from SFS and report] | | None given | | | | 61 Prior Failure Under Community Supervision |

Summary of Preliminary Results of USPC 100 Case Sample and Coding Forms

| No. | Current Offense | Violence Current Offense | High Level Violence in Current | Total Point Score at Initial Hearing (as reflected in materials produced by Defendants or calculated using SFS and institutional conduct or program achievement recorded by USPC) SFS | YRA | Departure Reason 1 | DR1 Description | DR2 Description | DR3 Description | DR4 | DR4 Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | Attempted distribution of cocaine | | | 6 (not including disciplinary and program achievement noted) [from SFS and report] | | | 64 Serious Negative Institutional Behavior | 67 Needs Programming to Reduce Risk/Remain Crime-free in Community | | | |
| 27 | Sale of crack worth $20 | | | 4 (not including discipline noted) [from SFS and report] | None given | | | | | | |
| 28 | Robbery (purse snatching) | Y | | 4 (not including disciplinary and program achievement noted) [from SFS and report] | | | 20 Disposition Consistent with Guideline Recommendation | 67 Needs Programming to Reduce Risk/Remain Crime-free in Community | | | |
| 29 | Assault on police officer (punch) | Y | | 7 [from SFS] | | | 69 Ongoing or Repetitive Criminal Behavior | 67 Needs Programming to Reduce Risk/Remain Crime-free in Community | | | |
| 30 | Attempted to shoot victim in chest twice, but misfired; then shot in ankle | Y | Y | 3 (including -1 for program achievement but not including 2 disciplinary) [from SFS and report] | | | 20 Disposition Consistent with Guideline Recommendation | | | | |
| 31 | Murder II | Y | Y | 2 (including -1 for program achievement but not including disciplinary noted) [from SFS and report] 4 | | | 63 Instant Offense Involved Unusual Cruelty to Victim | | | | |
| 32 | Possession with Intent to Distribute cocaine | | | 1 3 [from SFS] | | | 20 Disposition Consistent with Guideline Recommendation | 69 Ongoing or Repetitive Criminal Behavior | 67 Needs Programming to Reduce Risk/Remain Crime-free in Community | 61 | Prior Failure Under Community Supervision |
| 33 | Attempted 4th degree sexual abuse (consentual sex w/ 15 year old) | | Y | 7 1 [from SFS] | | unknown decision | | | | | |
| 34 | Receiving stolen goods; unauthorized use of vehicle | | | 2 (not including discipline noted) 5 [from SFS and report] | | | 64 Serious Negative Institutional Behavior | 67 Needs Programming to Reduce Risk/Remain Crime-free in Community | | | |
| 35 | Sale of crack worth $702 while possessing firearm | | | 3 [from SFS] | | | 20 Disposition Consistent with Guideline Recommendation | | | | |
| 36 | Shot victim twice (thigh and hand) after robbing him | Y | | 3 (not including discipline noted) 4 [from SFS and report] | YRA | | 20 Disposition Consistent with Guideline Recommendation | 67 Needs Programming to Reduce Risk/Remain Crime-free in Community | | | |
| 37 | Carrying pistol without license and simple assault (denied assaulting victim, who had scratches on head, facial abrasions, and choke marks) but threatened to police to kill victim) | Y | | 2 [from SFS and report] 6 | YRA | | 20 Disposition Consistent with Guideline Recommendation | | | | |
| 38 | Possession with Intent to Distribute heroin and carrying pistol | | | 3 (not including discipline or program achievement noted) [from SFS and report] 0 | | | 20 Disposition Consistent with Guideline Recommendation | 64 Serious Negative Institutional Behavior | | | |
| 39 | Getaway driver in drug sale in which 3 officers shot (one lost spleen and gall bladder, one shot in leg, one suffers backaches) | Y | Y | 1 (including -1 for program achievement) [from SFS and report] 6 | | | 53 Hst Sophisticated Crime | 59 Needs Program/Rehab SVCS | | | |
| 40 | Attempted to shoot victim but misfired; returned and shot victim in leg | Y | Y | 2 [from SFS and report] 6 | YRA | | 20 Disposition Consistent with Guideline Recommendation | | | | |
| 41 | Sale of crack | | | 3 [from SFS] 3 | | | | | | | |

Summary of Preliminary Results of USPC 100 Case Sample and Coding Forms

| No. | Current Offense | Violence Current Offense | High Level Violence in Current | Total Point Score at Initial Hearing (as reflected in materials produced by Defendants or calculated using SFS and institutional conduct or program achievement recorded by USPC) — SFS | YRA | Departure Reason 1 | DR1 Description | DR2 | DR2 Description | DR3 | DR3 Description | DR4 | DR4 Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 42 | Getaway driver in robbery of fast food restaurant in which employees placed in freezer and codefendant pointed Uzi at police | Y | | 8; 1 (not including disciplinary and program achievement noted) [from SFS and report] | | Prior Failure Under Community Supervision 61 | Disposition Consistent with Guideline Recommendation 20 | | Prior Record of Violent Behavior 62 | | Serious Negative Institutional Behavior 64 | | Needs Programming to Reduce Risk/Remain Crime-free in Community 67 |
| 43 | Possession with Intent to Distribute cocaine; possession of firearm | | | 7; 1 [from SFS] | YRA | | Disposition Consistent with Guideline Recommendation 20 | | | | | | |
| 44 | Distribution of dilaudid while on parole for armed robbery | | | 5; 2 (not including discipline and program achievement noted) [from SFS and report] | None given | None given | | | | | | | |
| 45 | Robbery (person who tried to apprehend stabbed in shoulder) | Y | | 2; 4 [from SFS and report] | | | Disposition Consistent with Guideline Recommendation 20 | | Prior Failure Under Community Supervision 61 | | Ongoing or Repetitive Criminal Behavior 69 | | Needs Programming to Reduce Risk/Remain Crime-free in Community 67 |
| 46 | Failure to appear | | | 4; 2 (including -1 for program achievement) [from SFS and report] | | | Disposition Consistent with Guideline Recommendation 20 | | Needs Programming to Reduce Risk/Remain Crime-free in Community 67 | | | | |
| 47 | Office burglary; sale of PCP | | | 3; 3 (not including discipline noted) [from SFS and report] | | | Disposition Consistent with Guideline Recommendation 20 | | | | | | |
| 48 | Simple Assault and Possession Prohibited Weapon; failed to show for sentencing; later sentenced for Attempted distribution of cocaine | Y | | 1; 3 [from Coding Form] | | | Disposition Consistent with Guideline Recommendation 20 | | | | | | |
| 49 | Assault with Deadly Weapon (cut victim about head, neck, and back with box cutter) | Y | Y | 7; 2 [from SFS and report] | | Prior Record of Violent Behavior 62 | Disposition Consistent with Guideline Recommendation 20 | | Instant Offense Involved Unusual Cruelty to Victim 63 | | Absence of Community Resources Which Ensure Safety 66 | | Needs Programming to Reduce Risk/Remain Crime-free in Community 67 |
| 50 | Stabbed victim | Y | Y | 5; 2 (including -1 for program achievement noted) [from SFS and report] | | Prior Record of Violent Behavior 62 | Disposition Consistent with Guideline Recommendation 20 | | | | | | |
| 51 | Attempted distribution of cocaine | | | 4; 4 [from Coding Form] | | | Disposition Consistent with Guideline Recommendation 20 | | | | | | |
| 52 | Distribution of cocaine and attempted Possession with Intent to Distribute (2 sales) | | | 6; 6 [from Coding Form] | YRA | | Disposition Consistent with Guideline Recommendation 20 | | | | | | |
| 53 | Possession with Intent to Distribute cocaine and Attempted Distribution of heroin | | | 2; 2 [from Coding Form] | | | Disposition Consistent with Guideline Recommendation 20 | | | | | | |
| 54 | Destruction of Property; Receiving Stolen Property; Bail Reform Act violation | | | 5; 5 [from Coding Form] | | | Disposition Consistent with Guideline Recommendation 20 | | Ongoing or Repetitive Criminal Behavior 69 | | Needs Programming to Reduce Risk/Remain Crime-free in Community 67 | | |

Summary of Preliminary Results of USPC 100 Case Sample and Coding Forms

| No. | Current Offense | Violence Current Offense | High Level Violence in Current | SFS | Total Point Score at Initial Hearing (as reflected in materials produced by Defendants or calculated using SFS and institutional conduct or program achievement recorded by USPC) | YRA | Departure Reason 1 | DR1 Description | DR2 | DR2 Description | DR3 | DR3 Description | DR4 | DR4 Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 55 | 2 counts of Simple Assault; Threats to do Bodily Harm, Possession of Firearm During Crime of Violence; fired handgun at victim 14 times | | Y | 3 | 5 [from Coding Form] | | | 20 Disposition Consistent with Guideline Recommendation | 64 | Serious Negative Institutional Behavior | 67 | Needs Programming to Reduce Risk/Remain Crime-free in Community | | |
| 56 | Robbery; Possession of Firearm During Crime of Violence | Y | | 8 | 2 [from Coding Form] | YRA | | 20 Disposition Consistent with Guideline Recommendation | | | | | | |
| 57 | Rape, Burglary II, Assault; raped one woman and left her tied up and then went to apartment of another woman, held knife to her, and tied her up | | Y | 4 | 2 [from Coding Form] | | | 67 Needs Programming to Reduce Risk/Remain Crime-free in Community | 65 | Opportunity but Little Effort in Programming or Work | 69 | Ongoing or Repetitive Criminal Behavior | 62 | Prior Record of Violent Behavior |
| 58 | Robbery | Y | Y | 4 | 4 [from Coding Form] | | | 20 Disposition Consistent with Guideline Recommendation | 67 | Needs Programming to Reduce Risk/Remain Crime-free in Community | 64 | Serious Negative Institutional Behavior | 65 | Opportunity but Little Effort in Programming or Work |
| 59 | First Degree Sex Abuse of a Child; sexually abused 5-year-old daughter | | Y | 5 | 2 [from Coding Form] | | | 20 Disposition Consistent with Guideline Recommendation | | | | | | |
| 60 | (federal) Attempted distribution of cocaine; (federal) Attempted prison breach; Attempted Distribution of PCP and marijuana; sold marijuana and PCP to officers, escaped from halfway house and sold white rock substance to officer | | | 2 | 4 [from Coding Form] | | | 20 Disposition Consistent with Guideline Recommendation | | | | | | |
| 61 | Attempted Robbery; after begging for money, grabbed purse and fled | | Y | 3 | 3 [from Coding Form] | | | 20 Disposition Consistent with Guideline Recommendation | | | | | | |
| 62 | Sale of dilaudid to undercover | | | 1 | 3 [from Coding Form] | | None given | 20 Disposition Consistent with Guideline Recommendation | | | | | | |
| 63 | Assault with a Deadly Weapon; Aggravated Assault; punched ex-wife in face, later threw brick through window, later stabbed with butcher's knife and said would kill | | Y | 5 | 3 [from Coding Form] | | | 20 Disposition Consistent with Guideline Recommendation | | | | | | |
| 64 | Assault with Intent to Kill While Armed; Carrying Pistol without a License; Possession Prohibited Weapon; Armed Robbery; robbed several victims with co-defendants and gun; one victim hit with gun and shot in back as ran away | | Y | 6 | 3 [from Coding Form] | | | 20 Disposition Consistent with Guideline Recommendation | 64 | Serious Negative Institutional Behavior | | | | |
| 65 | Attempted Distribution of heroin | | | 3 | 3 [from Coding Form] | | | 20 Disposition Consistent with Guideline Recommendation | 67 | Needs Programming to Reduce Risk/Remain Crime-free in Community | | | | |

Summary of Preliminary Results of USPC 100 Case Sample and Coding Forms

| No. | Current Offense | Violence Current Offense | High-Level Violence in Current | SFS | Total Point Score at Initial Hearing (as reflected in materials produced by Defendants or calculated using SFS and institutional conduct or program achievement recorded by USPC) | YRA | Departure Reason 1 | DR1 Description | DR2 Description | DR3 Description | DR4 Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 66 | Assault with Intent to Kill; Burglary I; Assault with Intent to Rob; on parole and convicted of distribution of heroin; escaped; broke into home with two elderly women, beat one woman with telephone (required surgery and hospital) | Y | | 3 | 4 (from Coding Form) | | | Disposition Consistent with Guideline Recommendation 20 | Ongoing or Repetitive Criminal Behavior 69 | Prior Record of Violent Behavior 62 | Serious Negative Institutional Behavior 64 |
| 67 | Possession with Intent to Distribute Cocaine; failed to appear at court; escape between 8/93 and 1/97 | | | 7 | 2 (from Coding Form) | | | Serious Negative Institutional Behavior 64 | Opportunity but Little Effort in Programming or Work 65 | Needs Programming to Reduce Risk/Remain Crime-free in Community 67 | |
| 68 | Possession of Weapon (2 loaded handguns); Possession of marijuana and cocaine | | | 8 | 2 (from Coding Form) | YRA | | Disposition Consistent with Guideline Recommendation 20 | | | |
| 69 | Possession with Intent to Distribute While Armed; escaped 4/94-5/95 | | | 3 | 5 (from Coding Form) | | | Disposition Consistent with Guideline Recommendation 20 | | | |
| 70 | Attempted Distribution of Cocaine; (federal) Distribution of Cocaine | | | 9 | 1 (from Coding Form) | | | Serious Negative Institutional Behavior 64 | | | |
| 71 | No info, but sentence length of 54 months | | | | No information | | unknown decision | | | | |
| 72 | Prison Breach; transferred to Medium and left without permission and put on escape status | | | 4 | 3 (from Coding Form) | | | Disposition Consistent with Guideline Recommendation 20 | | | |
| 73 | Attempted Possession with Intent to Distribute heroin; on parole for Distribution of cocaine, possession heroin, and DWI | | | 3 | 4 (from Coding Form) | | | Disposition Consistent with Guideline Recommendation 20 | | | |
| 74 | Attempted Distribution of controlled substance; on probation for distribution of cocaine at time of instant offense | | | 0 | 4 (from Coding Form) | | | Disposition Consistent with Guideline Recommendation 20 | | | |
| 75 | Assault with intent to rob senior citizen; attempted to enter senior citizen's apartment building, grabbed purse, and struggled with victim, punched victim knocking to ground, broke her wrist, attempted to rob another victim as she entered her building | Y | | 6 | 2 (from Coding Form) | | | Repeated failure under any form of supervision (e.g., probation, parole, bail, diversion program) 50 | Instant Offense Involved Unusual Cruelty to Victims or involved especially vulnerable victims 55 | | |
| 76 | Attempted burglary; Attempted Distribution of controlled substance | Y | | 1 | 3 (from Coding Form) | | | Disposition Consistent with Guideline Recommendation 20 | | | |
| 77 | Carrying pistol without license; approached two victims, asked if victim would sell radio, victim declined, $ pulled gun | | | 1 | 3 (from Coding Form) | | | Disposition Consistent with Guideline Recommendation 20 | Needs Programming to Reduce Risk/Remain Crime-free in Community 67 | | |
| 78 | Carrying pistol without license; murder, but found guilty CPWOL | Y | | 8 | 3 (from Coding Form) | YRA | | Disposition Consistent with Guideline Recommendation 20 | | | |
| 79 | Robbed fish market with co-defendant; convicted of robbery, assault deadly weapon, and possession of prohibited weapon (sawed off shotgun) | Y | | 3 | 4 (from Coding Form) | | | Disposition Consistent with Guideline Recommendation 20 | | | |

# Exhibit  5-2

Analysis of 100 Case Sample

| | Number of Inmates in Sample | As % of Total Inmates in Sample | As % of Total Departures | Total Inmates with Info | As % of Total Inmates with Info | As % of Departures for Total Inmates with Info |
|---|---|---|---|---|---|---|
| Total Usable Inmates in Sample | 98 | 100.00% | N/A | 77 | 100.00% | N/A |
| Total Within Guidelines | 49 | 50.00% | N/A | 49 | 63.64% | N/A |
| Total Departures | 28 | 28.57% | N/A | 28 | 36.36% | N/A |
| Departures Where No Reasons Recorded | 5 | 5.10% | 17.86% | 6.49% | | |
| Departures Based on Unusual Cruelty to the Victim | 4 | 4.08% | 14.29% | 5.19% | | |
| Departures Based on Prior Record of Violence | 3 | 3.06% | 10.71% | 3.90% | | |
| Departure Based on Ongoing Criminal Activity | 4 | 4.08% | 14.29% | 5.19% | | |
| Departures Based Solely on Negative Institutional Behavior or Needed Programming | 12 | 12.24% | 42.86% | 15.58% | | |
| Total Inmates with Crime of Violence in Current Offense | 46 | 46.94% | | 22.08% | | |
| Departures Where Violence in Current Offense | 17 | 17.35% | 60.71% | 22.08% | | |
| Departures Where Violence in Current Offense and Based on Unusual Cruelty or Prior Record of Violence | 7 | 7.14% | 25.00% | 9.09% | | |
| Departures Where Violence in Current Offense and Based on Reasons Other Than Unusual Cruelty and Prior Record of Violence | 10 | 10.20% | 35.71% | 12.99% | | |

Exhibit  5-3

Summary of USPC 1998 Sample of 100 D.C. Parole Board Decisions

| Within Guideline Decisions | Negative Institutional Behavior or Programming Deficiencies (departure solely for) | Departure Reasons Not Recorded | Ongoing Criminal Behavior | Unusual Cruelty to the Victim | Prior Record of Violent Behavior | Unknown Decision |
|---|---|---|---|---|---|---|
| 1. 2 separate murders | 2. Office burglary | 19. Murder 2 (approached car at stop sign and shot and killed driver); attempted to sell crack | 18. Unlawful use of vehicle; found stripping tires | 14. Rape of 10 year old | 42. Getaway driver in robbery of fast food restaurant in which employees placed in freezer and codefendant pointed Uzi at police | 33. Attempted 4th degree sexual abuse (consensual sex w/ 15 year old) |
| 3. Rape (also admitted to attempting to kill another individual) | 6. Attempted Burglary II | 25. Shot victim in chest allegedly for yelling racial slur | 22. Residential burglary | 31. Murder II | 50. Stabbed victim | 74. No info, but sentence length is 54 months |
| 4. car jacking and victim choked unconscious | 10. Sale of crack worth $500 | 27. Sale of crack worth $20 | 29. Assault on police officer (punch) | 49. Assault with Deadly Weapon (cut victim about head, neck, and back with box cutter) | 57. Rape, burglary I, Assault; raped one woman and left her tied up and then went to apartment of another woman, held knife to her, and tied her up. | |
| 5. Residential burglary and possession of heroine | 11. Attempted Murder (shot victim in chest after argument) | 44. Distribution of dilaudid while on parole for armed robbery | 39. Getaway driver in drug sale in which 3 officers shot (one foot spleen and gall bladder, one shot in leg, one suffers backaches) | 75. Assault with intent to rob senior citizen; attempted to enter senior citizen's apartment building, grabbed purse, and struggled with victim, punched victim knocking to ground, broke her wrist, attempted to rob another victim as she entered her building | | |
| 7. Crack sale while in possession of a firearm | 12. Robbery (and later escape) | 58. First Degree Sex Abuse of a Child; sexually abused 5-year-old daughter | | | | |
| 8. Murder of mentally handicapped man by kicking | 15. Armed burglary and Assault Deadly Weapon; forced entry into house with knives; forced two women upstairs and one screamed; 2nd woman comes and one of women get gun and shoot subject in head, chest, thigh, groin, leg. | | | | | |
| 9. Robbery and car jacking; weapon fired striking panic | 16. Voluntary Manslaughter | | | | | |
| 13. Residential burglary | 26. Attempted distribution of cocaine | | | | | |
| 17. Shot and killed victim who punched another offender; convicted of carrying pistol without license | 34. Receiving stolen goods; unauthorized use of vehicle | | | | | |
| 20. Attempted robbery of vehicle with knife | 46. Failure to appear | | | | | |
| 21. Assault with Deadly Weapon (stabbing wife causing minor cuts) | 87. Possession with intent to Distribute Cocaine; failed to appear at court; escape between $893 and 1997 | | | | | |
| 23. Attempted Burglary | 70. Attempted Distribution Cocaine; (federal) Distribution of Cocaine | | | | | |
| 24. Distribution of crack $440 | | | | | | |
| 28. Robbery (purse snatching) | | | | | | |
| 30. Attempted to shoot victim in chest twice, but misfired; then shot in ankle | | | | | | |
| 32. Possession with Intent to Distribute cocaine | | | | | | |
| 35. Sale of crack worth $702 while possessing firearm | | | | | | |
| 36. Shot victim twice (thigh and hand) after robbing her | | | | | | |
| 37. Carrying pistol without license and simple assault (denied assaulting victim, who had scratches on head, facial abrasions and choke marks, but threatened to police to kill victim) | | | | | | |
| 38. Possession with Intent to Distribute heroine and carry pistol | | | | | | |
| 40. Attempted to shoot victim but misfired; returned and shot victim in leg | | | | | | |
| 41. Sale of crack | | | | | | |
| 43. Robbery (person who tried to apprehend) stabbed in shoulder | | | | | | |
| 45. Office burglary; sale of PCP | | | | | | |
| 47. Simple Assault and Possession Prohibited Weapon; failed to show for sentencing; later sentenced for Attempted distribution of cocaine | | | | | | |
| 51. Attempted distribution of cocaine | | | | | | |
| 52. Distribution of cocaine and attempted Possession with Intent to Distribute (2 sales) | | | | | | |

Summary of USPC 1999 Sample of 100 D.C. Parole Board Decisions

| Within Guideline Decisions | Negative Institutional Behavior or Programming Deficiencies (departure solely for) | Departure Reasons Not Recorded | Ongoing Criminal Behavior | Unusual Cruelty to the Victim | Prior Record of Violent Behavior | Unknown Decision |
|---|---|---|---|---|---|---|
| 53. Possession with Intent to Distribute cocaine and Attempted Distribution of heroine | | | | | | |
| 54. Destruction of Property; Receiving Stolen Property; Bail Reform Act violation | | | | | | |
| 55. 2 counts of Simple Assault, Threats to do Bodily Harm, Possession of Firearm During Crime of Violence; fired handgun at victim 14 times | | | | | | |
| 56. Robbery; Possession of Firearm During Crime of Violence | | | | | | |
| 59. Robbery | | | | | | |
| 60. (federal) Attempted distribution of cocaine, (federal) Attempted prison breach; Attempted Distribution of PCP and marijuana; sold marijuana and PCP to officers, escaped from halfway house and sold white rock substance to officer | | | | | | |
| 61. Attempted Robbery; after begging for money, grabbed purse and fled | | | | | | |
| 62. Sale of dilaudid to undercover officer | | | | | | |
| 63. Assault with a Deadly Weapon; Aggravated Assault; punched ex-wife in face, later threw brick through window, later stabbed with butcher's knife and said would kill | | | | | | |
| 64. Assault with Intent to Kill While Armed; Carrying Pistol without a License; Possession Prohibited Weapon; Armed Robbery; robbed several victims with co-defendants and gun; one victim hit with gun and shot in back as ran away | | | | | | |
| 65. Attempted Distribution of heroin | | | | | | |
| 66. Assault with Intent to Kill; Burglary I; Assault with Intent to Rob; on parole and convicted of distribution of heroin; escaped; broke into home with two elderly women; beat one woman with telephone (required surgery and hospital) | | | | | | |
| 68. Possession of Weapon (2 bladed handguns); Possession of marijuana and cocaine | | | | | | |
| 69. Possession with intent to Distribute While Armed; escaped 494-565 | | | | | | |
| 72. Prison Breach, transferred to Medium and left without permission and put on escape status | | | | | | |
| 73. Attempted Possession with Intent to Distribute heroin; or parole for Distribution of cocaine, possession of heroin, and DWI | | | | | | |
| 74. Attempted Distribution of controlled substance; or probation for distr cocaine at time of instant offense | | | | | | |
| 76. Attempted burglary; Attempted Distribution of controlled substance | | | | | | |
| 77. Carrying pistol without license; approached two victims, asked if victim would sell radio, victim declined, $ pulled gun | | | | | | |
| 78. Carrying pistol without license; murder, but found guilty of carrying pistol without a license | | | | | | |
| 79. Robbed fish market with co-defendant; convicted of robbery, assault deadly weapon, and possession of prohibited weapon (sawed off shotgun) | | | | | | |