UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TONY R. SELLMON, et al.,** : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 06-1650 (ESH) |
| : | |
| **EDWARD F. REILLY, JR., et al.,** : | |
| : | |
| **Defendants.** : | |
| : | |

**CONSENT MOTION OF PLAINTIFFS TO EXTEND TO EXTEND THE TIME FOR
THE FILING OF PLAINTIFFS' REPLY BRIEFS IN SUPPORT OF
THEIR MOTIONS FOR SUMMARY JUDGMENT AND
OPPOSITION BRIEF TO DEFENDANTS' DISPOSITIVE MOTIONS
*NUNC PRO TUNC* TO MARCH 20, 2008**

Pursuant to Federal Rule of Civil Procedure 6 and Local Civil Rule 16.4, Plaintiffs respectfully move the Court to extend the deadline, *nunc pro tunc*, for Plaintiffs to file their briefs in opposition to Defendants' dispositive motions and in reply to Defendants' opposition to Plaintiffs' motions for summary judgment until Thursday, March 20, 2008. In support of this motion, Plaintiffs offer the following reasons and authorities.

Plaintiffs' brief in opposition and reply to Defendants' briefs were due on March 19, 2008, but Plaintiffs were unable to complete their submission through the electronic case filing system until 12:10 a.m. on March 20, 2008. As a result, Plaintiffs request that the Court extend the deadline for their reply and opposition briefs, *nunc pro tunc*, to March 20, 2008. Defendants' counsel consents to Plaintiffs' requested relief.

There have been two prior extensions of these deadlines.

Plaintiffs refer this Court to the following authorities in support of this motion:

    1.    Federal Rule of Civil Procedure 6(b)(1);

2413130

2. the consent of the parties;

3. Local Civil Rule 16.4; and

4. the equitable powers of this Court.

WHEREFORE, Plaintiffs respectfully request that this Court grant this motion.

Dated:  March 20, 2008                                    Respectfully Submitted,

By:     */s/ Jason D. Wallach*
        Jason D. Wallach (Bar No. #456154)
        DICKSTEIN SHAPIRO, LLP
        1825 Eye Street, NW
        Washington, D.C. 20006
        (202) 420-2268
        (202) 379-9209 facsimile

        Attorneys for Plaintiffs

2413130