UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
**TONY R. SELLMON, et al.,**                           )
)
      **Plaintiffs,**                                              )
)
)  Civil Action No. 06-1650 (ESH)
      v.                                                                )   (ECF)
)
**EDWARD F. REILLY, JR., et al.,**                 )
)
      **Defendants.**                                           )
_____)

**DEFENDANTS' MOTION TO EXTEND TIME TO FILE A REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS AND PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

      Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants respectfully request an enlargement of time up to and including April 14, 2008, to file a memorandum in reply to Plaintiffs' Opposition to Defendants' Motion for Judgment on the Pleadings and Motion for Summary Judgment.  In support of this motion, Defendants state the following:

      1.      Defendants' reply is due today, March 31, 2008.

      2.      Defendants seek the additional time to ensure a fully responsive reply to Plaintiffs' motion and opposition especially in light of the volume of documents involved and the complexity of issues raised.

      3.      Pursuant to LCvR 7(m), the undersigned sought and obtained Plaintiffs' consent to this request.

      WHEREFORE, Defendants respectfully request that this enlargement be granted.  A minute order is respectfully requested.

March 31, 2008                                   Respectfully submitted,

                                                       _/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                                     _/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                                                     _/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I certify that on this 31st day of March, 2008, I caused the foregoing Defendants' Motion to Enlarge Time to file a Reply to Plaintiffs' Opposition to Defendants' Motion for Judgment on the Pleadings and Motion for Summary Judgment to be served on Plaintiffs' attorney, Jason D. Wallach, Esq., via the Court's Electronic Case Filing system.

_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)