UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TONY R. SELLMON, et al., | ) |
|       Plaintiffs, | ) |
| v. | ) Civil Action No. 06-1650 (ESH)<br>) (ECF) |
| EDWARD F. REILLY, JR., et al., | ) |
|       Defendants. | ) |

**DEFENDANTS' MOTION TO EXTEND TIME TO FILE A REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS AND PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants respectfully request an enlargement of time up to and including April 11, 2008, to file a memorandum in reply to Plaintiffs' Opposition to Defendants' Motion for Judgment on the Pleadings and Motion for Summary Judgment. In support of this motion, Defendants state the following:

1. Defendants' reply is due today, April 7, 2008.

2. Although the reply is substantially complete, Defendants seek the additional time to enable final review and comment by the Agency in light of the significance of this matter to them and submission for supervisory review.

3. Defendants anticipate filing the reply by Wednesday April 9, 2008, but seek the additional time out of an abundance of caution.

3. Pursuant to LCvR 7(m), the undersigned sought and obtained Plaintiffs' consent to this request.

WHEREFORE, Defendants respectfully request that this enlargement be granted. A minute order is respectfully requested.

April 7, 2008                                    Respectfully submitted,

  /s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

  /s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

  /s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I certify that on this 7th day of April, 2008, I caused the foregoing Defendants' Motion to Enlarge Time to file a Reply to Plaintiffs' Opposition to Defendants' Motion for Judgment on the Pleadings and Motion for Summary Judgment to be served on Plaintiffs' attorney, Jason D. Wallach, Esq., via the Court's Electronic Case Filing system.

                                                                                                                             _/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)