# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5097**　　　　　　　　　　　　　　**September Term, 2007**
　　　　　　　　　　　　　　　　　　　　　　　06cv01650

　　　　　　　　　　　　　　　　　　　**Filed On: January 14, 2008**

[1091976]
Tony R. Sellmon, et al.,
　　　　Appellees

Troy A.X. Martin,
　　　　Appellant

　　v.

Edward F. Reilly, Jr., Chairman of the United States
Parole Commission, et al.,
　　　　Appellees

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 3/7/08
BY: [signature]
ATTACHED:　___ Amending Order
　　　　　　___ Opinion
　　　　　　___ Order on Costs

　　**BEFORE:**　　Ginsburg, Chief Judge, and Sentelle and Brown, Circuit Judges

## O R D E R

　　Upon consideration of the motion for summary affirmance and the response thereto; and the motion for summary reversal, it is

　　**ORDERED**, on the court's own motion, that the appeal from the district court's minute order, filed February 6, 2007, be dismissed for lack of jurisdiction. The denial of a motion for permissive intervention is, as a general matter, not appealable. See Twelve John Does v. District of Columbia, 117 F.3d 571, 574 (D.C. Cir. 1997). Because the circumstances underlying appellant's intervention motion do not justify a departure from the general non-appealability rule, see In re Vitamins Antitrust Class Actions, et al., 215 F.3d 26 (D.C. Cir. 2000), this court lacks jurisdiction over the appeal. Accordingly, it is

　　**FURTHER ORDERED** that the motion for summary affirmance and the motion for summary reversal be dismissed as moot.

　　Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

　　　　　　　　　　　　　　　　　**Per Curiam**

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: [signature] Deputy Clerk