UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**TONY R. SELLMON,** *et al.*,      )
                                    )
       **Plaintiff,**  )
                                    )
v.                                  )   Civil Action No. 06-01650 (ESH)
                                    )
**EDWARD F. REILLY, JR.,** Chairman of )
the United States Parole Commission, *et al.*, )
                                    )
       **Defendants.**  )
_____)

## ORDER

For the reasons stated in the Memorandum Opinion accompanying this Order, it is hereby

**ORDERED** that the Joint Motion for Summary Judgment by plaintiffs Eason and Gambrell's [Dkt. 45] is **GRANTED** and the Joint Motion for Summary Judgment by plaintiffs Swinton, Phillips, Sellmon, Martin, Smith, and West-El [Dkt. 46] is **GRANTED** in part and **DENIED** in part; it is further

**ORDERED** that defendants' Motion for Judgment on the Pleadings [Dkt. 55] is **GRANTED** with respect to plaintiffs Phillips and West-El and **DENIED** with respect to the remaining plaintiffs; it is further

**ORDERED** that defendants shall conduct a new parole hearing within 45 days for plaintiffs Gambrell, Smith, Eason, and Martin, at which time the 1987 Regulations must be correctly applied; and it is further

**ORDERED** that summary judgment is granted against plaintiffs Swinton and Sellmon.

Civil Action Nos. 07-742 and 07-1120 are **DISMISSED** with prejudice and the above-

captioned case is **DISMISSED** with prejudice with respect to plaintiffs Sellmon and West-El.

    **SO ORDERED**.

                                                                          /s/  
                                          ELLEN SEGAL HUVELLE  
                                          United States District Judge

Date:   May 5, 2008