UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TONY R. SELLMON, et al.,** | : |
|     **Plaintiffs,** | : |
| v. | : Civil Action No. 06-1650 (ESH) |
| **EDWARD F. REILLY, JR., et al.,** | : |
|     **Defendants.** | : |

UNOPPOSED MOTION OF PLAINTIFFS FOR ENTRY OF ORDER
PURSUANT TO LOCAL CIVIL RULE 54.2 DIRECTING THE
PARTIES TO CONFER REGARDING FEE ISSUES AND/OR
TO EXTEND THE TIME FOR PLAINTIFFS TO FILE A MOTION
UNDER FEDERAL RULE OF CIVIL PROCEDURE 54(d)(2)(B)

Plaintiffs respectfully move the Court to enter an order, pursuant to Local Civil Rule 54.2 and Federal Rule of Civil Procedure 6(b)(1), directing the parties to confer and attempt to reach agreement on fee issues with respect to the above-captioned case and/or extending the deadline for Plaintiffs to file a motion for attorneys fees pursuant to Federal Rule of Civil Procedure 54(d)(2). In support of this motion, Plaintiffs offer the following reasons and authorities.

On May 5, 2008, the Court entered an order granting certain Plaintiffs' motions for summary judgment. Plaintiffs believe that the Court's May 5, 2008 order may trigger the fourteen (14) day period under Rule 54 for Plaintiffs to file a motion for attorneys' fees. Pursuant to Local Civil Rule 54.2 and Rule 6(b)(1), the Court may enter an order directing the parties to meet regarding fee issues and may extend the period for a party to file a motion under Rule 54(d)(2)(B). As a result, Plaintiffs request that the Court order the parties to meet regarding fee issues, set a status conference to address

2438167

any remaining fee issues, and extend the deadlines for Plaintiffs to file any fee petitions they intend to file until after the parties have conferred and met with the Court for a status conference.

Defendants' counsel does not oppose Plaintiffs' requested relief. There have been no prior extensions of these deadlines.

Plaintiffs refer this Court to the following authorities in support of this motion:

1. Local Civil Rule 54.2;

2. Federal Rule of Civil Procedure 6(b)(1);

3. the consent of all parties; and

4. the equitable powers of this Court.

WHEREFORE, Plaintiffs respectfully request that this Court grant this motion.

Dated: May 9, 2008                                  Respectfully Submitted,

                                                    By:    /s/ Jason D. Wallach
                                                           Jason D. Wallach (Bar No. #456154)
                                                           DICKSTEIN SHAPIRO, LLP
                                                           1825 Eye Street, NW
                                                           Washington, D.C. 20006
                                                           (202) 420-2268
                                                           (202) 379-9209 facsimile

                                                           Attorneys for Plaintiffs

2438167