**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **TONY R. SELLMON, <u>et al.</u>,** | : |
|  | : |
| **Plaintiffs,** | : |
|  | : |
| **v.** | : **Civil Action No. 06-1650 (ESH)** |
|  | : |
| **EDWARD F. REILLY, JR., Chairman of the United States Parole Commission, <u>et al.</u>,** | : |
|  | : |
| **Defendants.** | : |
|  | : |

**<u>ORDER</u>**

Upon consideration of the Unopposed Motion of Plaintiffs for Entry of Order Pursuant to Local Civil Rule 54.2 Directing the Parties to Confer Regarding Fee Issues and/or to Extend the Time for Plaintiffs to File a Motion Under Federal Rule of Civil Procedure 54(d)(2)(B), it is hereby:

**ORDERED** that the motion is GRANTED; it is further

**ORDERED** that the parties shall confer and attempt to reach agreement on fee issues by _____; it is further

**ORDERED** that the parties shall appear before the Court on _____ and report to the Court regarding their conference concerning fee issues; and it is further

**ORDERED** that if the parties are unable to reach an agreement on fee issues, the time for filing a motion for attorneys fees under Federal Rule of Civil Procedure 54 is extended until fourteen (14) days after the parties appear before the Court pursuant to paragraph b above.

**SO ORDERED**

Date: May 9, 2008

_____
ELLEN SEGAL HUVELLE
United States District Judge

2438675