UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TONY R. SELLMON, et al.,** | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-1650 (ESH) |
| **EDWARD F. REILLY, JR., et al.,** | : |
| Defendants. | : |

**CONSENT MOTION OF PLAINTIFFS CHARLES PHILLIPS, TONY SELLMON, AND DARU SWINTON TO EXTEND THE TIME FOR THE FILING OF THEIR REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR RECONSIDERATION**

Pursuant to Federal Rule of Civil Procedure 6 and Local Civil Rule 16.4, Plaintiffs Charles Phillips, Tony Sellmon, and Daru Swinton ("Plaintiffs") respectfully move the Court to extend the deadline for these Plaintiffs to file their brief in reply to Defendants' opposition to Plaintiffs' motion for reconsideration until Tuesday, June 17, 2008. In support of this motion, Plaintiffs offer the following reasons and authorities.

On June 2, 2008, Defendants filed a brief in opposition to Plaintiffs' motion for reconsideration. Plaintiffs expected to be able to complete and file their reply brief by June 12, 2008, but require additional time to prepare the brief because their lead counsel was unavailable most of this week due to his attendance at the parole hearings for Curtis Eason, James Gambrell, Carlton Martin, and Darius Smith. As a result, Plaintiffs request that the Court extend the deadline for their reply brief to June 17, 2008.

Defendants' counsel consents to Plaintiffs' requested relief. There have been no prior extensions of this deadline.

2404509

Plaintiffs refer this Court to the following authorities in support of this motion:

1. Federal Rule of Civil Procedure 6(b)(1);
2. the consent of the parties;
3. Local Civil Rule 16.4; and
4. the equitable powers of this Court.

WHEREFORE, Plaintiffs respectfully request that this Court grant this motion.

Dated: June 12, 2008

Respectfully Submitted,

By: /s/ *Jason D. Wallach*
Jason D. Wallach (Bar No. #456154)
DICKSTEIN SHAPIRO, LLP
1825 Eye Street, NW
Washington, D.C. 20006
(202) 420-2268
(202) 379-9209 facsimile

Attorneys for Plaintiffs

2404509