UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TONY R. SELLMON, et al.,** : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | Civil Action No. 06-1650 (ESH) |
| : | |
| **EDWARD F. REILLY, JR., et al.,** : | |
| : | |
| **Defendants.** : | |
| : | |

**JOINT MOTION OF PLAINTIFFS AND DEFENDANTS TO
EXTEND THE TIME FOR THE FILING OF A REPORT REGARDING
THE PARTIES' MEET AND CONFER CONCERNING FEE ISSUES**

Pursuant to Federal Rule of Civil Procedure 6 and Local Civil Rule 16.4, Plaintiffs and Defendants respectfully move the Court to extend the deadline for the parties to submit a joint report regarding the parties' meet and confer and potential agreements concerning fee issues. In support of this motion, the parties' offer the following reasons and authorities.

On May 12, 2008, the Court ordered the parties to confer and attempt to reach agreement on fee issues on or before June 9, 2008 and to file a status report with the Court on or before June 16, 2008, regarding their meet and confer and any agreements reached on fee issues. Prior to June 9, 2008, Plaintiffs submitted a proposal to Defendants regarding fee issues, after which Plaintiffs' counsel and Defendants' counsel discussed the proposal and Defendants' response thereto. During their meet and confer, the parties' counsel agreed that the pending motions for reconsideration and to alter and amend the judgment could impact the parties' positions with respect to fee

2456111

issues and that additional meet and confer sessions could result in a resolution of most, and possibly all, of the fee issues.

As a result, the parties request that the Court extend the deadline for their joint report on fee issues to July 18, 2008. There have been no prior extensions of this deadline.

The parties refer this Court to the following authorities in support of this motion:

1. Federal Rule of Civil Procedure 6(b)(1);

2. the consent of the parties;

3. Local Civil Rule 16.4; and

4. the equitable powers of this Court.

WHEREFORE, the parties respectfully request that the Court grant this motion.

Dated: June 16, 2008                                          Respectfully Submitted,

By: Jeffrey A. Taylor                                    By: */s/ Jason D. Wallach*
    Rudolph Contreras                                   Jason D. Wallach (Bar No. #456154)
    Kenneth Adebonojo                                   DICKSTEIN SHAPIRO, LLP
    Judiciary Center Building                           1825 Eye Street, NW
    555 4th Street, N.W. – Civil Div.                   Washington, D.C. 20006
    Washington, D.C. 20530                              (202) 420-2268
    (202) 514-7157                                      (202) 379-9209 facsimile

    Attorneys for Defendants                            Attorneys for Plaintiffs

2456111