UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TONY R. SELLMON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 06-1650 (ESH) |
| v. | ) (ECF) |
| | ) |
| EDWARD F. REILLY, JR., et al., | ) |
| | ) |
| Defendants. | ) |

**JOINT MOTION TO EXTEND TIME FOR THE FILING OF A STATUS REPORT ON THE PARTIES' MEET AND CONFERS ON THE RESOLUTION OF FEE ISSUES**

Pursuant to Fed. R. Civ. P. 6(b)(1), Edward F. Reilly, Jr., Chairman, United States Parole Commission et al. ("Defendants") and Tony R. Sellmon et al. ("Plaintiffs") (collectively "the parties"), by and through the undersigned counsel, hereby file this Joint Motion to Extend Time to file a status report addressing fee issues. Currently, the parties' status report is due today, July 18, 2008. Good cause exists to grant the parties' motion:

1.  The parties have been diligently engaged in discussions to resolve fee issues. Recently, Plaintiffs provided Defendants with documents that show a detailed breakdown of how Plaintiffs arrived at their fee demand.

2.  Defendants are reviewing these documents in order to get a better understanding of how Plaintiffs arrived at their figures. In light of these new developments, it might be necessary for the parties to sit down again to discuss further their respective concerns.

3.  Accordingly, the Parties seek a 45-day extension of time to enable additional efforts to resolve this fee dispute.

4.	The additional time also enables the parties to consider their appeal options, which could impact on these fee discussions.

WHEREFORE, the parties hereby respectfully request that this enlargement be granted.

A minute order is respectfully requested.

July 18, 2008                                                        Respectfully submitted,

_/s/_____
Jason D. Wallach, Esq.
DICKSTEIN SHAPIRO, L.L.P.
1825 Eye Street, N.W.                               _/s/_____
Washington D.C. 20006                            JEFFREY A. TAYLOR, D.C. BAR # 498610
Phone: (202)220-2468                               United States Attorney
Fax:    (202)379-9209

                                                                 _/s/_____
                                                                 RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                                 Assistant United States Attorney

                                                                 _/s/_____
                                                                 KENNETH ADEBONOJO
                                                                 Assistant United States Attorney
                                                                 Judiciary Center Building
                                                                 555 4th Street, N.W. – Civil Division
                                                                 Washington, D.C.  20530
                                                                 (202) 514-7157
                                                                 (202) 514-8780 (facsimile)
                                                                 kenneth.adebonojo@justice.com

## CERTIFICATE OF SERVICE

I certify that on this 18th day of July, 2008, I caused the foregoing Motion for Extension of time to file a Status Report of Fee Issues to be served on Plaintiffs' attorney, Jason D. Wallach, Esq. via the Court's Electronic Case Filing system.

          __/s/_____
          KENNETH ADEBONOJO
          Assistant United States Attorney
          Judiciary Center Building
          555 4th Street, N.W. – Civil Division
          Washington, D.C.  20530
          (202) 514-7157
          (202) 514-8780 (facsimile)
          kenneth.adebonojo@justice.com