UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TONY R. SELLMON, et al., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1650(ESH) |
| EDWARD F. REILLY, JR., Chairman United States Parole Commission, et al., | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

**Notice is hereby given** this 14th day of August, 2008, that Edward F. Reilly, Jr., Chair, United States Parole Commission ("USPC"), Cranston J. Mitchell, Deborah Spagnoli, Patricia Cushwa and Isaac Fulwood, Jr., Commissioners, USPC, in their official capacities (collectively "Defendants"), by and through the undersigned hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the District Court's Memorandum Opinion and Order dated May 5, 2008, partially granting summary judgment for four of eight plaintiffs' ex post facto claims and partially granting Defendants' Motion for Judgment on the Pleadings, and the Order dated June 20, 2008, deny the parties' Motions for Reconsideration.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that service of the foregoing **Notice Of Appeal**, has been made via the Court's ECF system or, if this means fails, they by first-class mail postage prepaid, addressed as follows:

**Jason Drew Wallach, Esq.**
DICKSTEIN SHAPIRO, L.L.P.
1825 Eye Street, N.W.
Washington, DC 20006

on this **14th** day of August, 2008.

                                                     /s/
                                           KENNETH ADEBONOJO
                                           Assistant United States Attorney