UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
AUG 14 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DARU SWINTON
_____
Plaintiff

vs.                              Civil Action No. 06-01650 (ESH)

EDWARD F. REILLY, JR., et al
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this 07 day of August, 20 08, that Daru Swinton.

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 5 day of May, 20 08 in favor of Edward F. Reilly et al., against said Daru Swinton.

_____
Attorney or Pro Se Litigant
Daru Swinton
#48752-053

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated: