UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Tony R. Sellmon, et al.,
_____
Plaintiff

vs.

Civil Action No. 06-01650 (ESH)

Edward F. Reilly, Jr., et al.,
_____
Defendant

RECEIVED

AUG 1 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**NOTICE OF APPEAL**

Notice is hereby given this 13 day of August, 2008, that Charles A. Phillips, Plaintiff, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 20th day of June, 2008 in favor of Edward F. Reilly, Jr. Chairman of the U.S. Parole Commission, et al., Defendants against said Plaintiff, Charles A. Phillips.

_____
C. A. Phillips
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Kenneth Adebonojo
Asst. U.S. Attorney
555 Fourth Street, N.W.
Wash., D.C. 20530

and

Edward F. Reilly, Jr., Chairman
US Parole Comm.
5550 Friendship Blvd.
Chevy Chase, MD 20815