UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TONY R. SELLMON, et al.,** | : |
| **Plaintiffs,** | : |
| v. | : Civil Action No. 06-1650 (ESH) |
| **EDWARD F. REILLY, JR., et al.,** | : |
| **Defendants.** | : |

## NOTICE OF APPEAL

Notice is hereby given this 27th day of August, 2008, that Plaintiff Tony Sellmon hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's Memorandum Opinion and Order dated May 5, 2008, partially granting Defendants' Motion for Judgment on the Pleadings, and Memorandum Opinion dated June 20, 2008, denying Plaintiff Sellmon's motion for reconsideration.

Dated: August 27, 2008                               Respectfully Submitted,

By:    */s/ Jason D. Wallach*
Jason D. Wallach (Bar No. #456154)
DICKSTEIN SHAPIRO, LLP
1825 Eye Street, NW
Washington, D.C. 20006
(202) 420-2268
(202) 420-2201 facsimile

Attorneys for Plaintiff Tony Sellmon