UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TONY R. SELLMON, et al.,** | : <br> : |
| **Plaintiffs,** | : <br> : |
| v. | : Civil Action No. 06-1650 (ESH) <br> : |
| **EDWARD F. REILLY, JR., et al.,** | : <br> : |
| **Defendants.** | : <br> : |

**JOINT MOTION OF PLAINTIFFS AND DEFENDANTS TO
STAY THE DEADLINE FOR THE FILING OF A REPORT REGARDING
THE PARTIES' MEET AND CONFER CONCERNING FEE ISSUES**

Pursuant to Federal Rule of Civil Procedure 6 and Local Civil Rule 16.4, Plaintiffs and Defendants respectfully move the Court to stay the deadline for the parties to submit a joint report regarding the parties' meet and confer and potential agreements concerning fee issues. In support of this motion, the parties' offer the following reasons and authorities.

On May 12, 2008, the Court ordered the parties to confer and attempt to reach agreement on fee issues on or before June 9, 2008 and to file a status report with the Court on or before June 16, 2008, regarding their meet and confer and any agreements reached on fee issues. Prior to June 9, 2008, Plaintiffs submitted a proposal to Defendants regarding fee issues, after which Plaintiffs' counsel and Defendants' counsel discussed the proposal and Defendants' response thereto.

On June 16, 2008, the parties filed a joint motion to extend the time to file the status report regarding fees until July 18, 2008, because of the pendency of the parties' motions for reconsideration. The parties, thereafter, jointly moved to extend the July 18,

2491536

2008 deadline for the status report until September 2, 2008, to afford Defendants adequate time to review and evaluate Plaintiffs' fee proposal and documentation.

Since the last extension, Defendants have provided a written response to Plaintiffs' fee proposal and the parties met and conferred regarding the areas of dispute. Also, since the last extension, the Defendants and the non-prevailing Plaintiffs have filed notices of appeal from the Court's May 5, 2008 decision and the Court's decisions on the parties' motions for reconsideration.

Both parties continue to believe that a resolution of all fee issues is possible without the need to burden the Court with a fee petition and briefing. Given the pending appeal, however, and its potential impact on any fee award, the parties agree that staying the deadline to file a fee report until such time as the appeal is decided is in the interests of both the parties and the Court.

As a result, the parties request that the Court stay the deadline for their joint report on fee issues until the appeal of the Court's May 5, 2008 decision and decisions on the parties' motions for reconsideration is resolved. Thereafter, the parties request that the Court reset the deadline for their joint status report regarding fee issues.

There have been two prior extensions of this deadline.

The parties refer this Court to the following authorities in support of this motion:

    1.    Federal Rule of Civil Procedure 6(b)(1);

    2.    the consent of the parties;

    3.    Local Civil Rule 16.4; and

    4.    the equitable powers of this Court.

WHEREFORE, the parties respectfully request that the Court grant this motion.

Dated:  September 2, 2008                     Respectfully Submitted,

By:   Jeffrey A. Taylor                               By:     /s/ Jason D. Wallach
     Rudolph Contreras                                    Jason D. Wallach (Bar No. #456154)
     Kenneth Adebonojo                                    DICKSTEIN SHAPIRO, LLP
     Judiciary Center Building                            1825 Eye Street, NW
     555 4th Street, N.W. – Civil Div.                    Washington, D.C. 20006
     Washington, D.C.  20530                              (202) 420-2268
     (202) 514-7157                                       (202) 379-9209 facsimile

     Attorneys for Defendants                             Attorneys for Plaintiffs

2491536